USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/09



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

EAMONN F. FOLEY
Labor & Employment Law Division
Phone: 212-788-0781
Fax: 212-788-8877
efoley@law.nyc.gov

June 30, 2009

**By Fax: (212) 805-7900**
Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re:  Gulino v. Board of Education
           96 Civ. 8414 (KMW)

**MEMO ENDORSED**

Dear Judge Wood:

    I am the Assistant Corporation Counsel assigned to represent defendant New York City Board of Education ("BOE") in the referenced action. By Order dated June 25, 2009, Your Honor advised the parties of the Court's intention intends to dismiss BOE's cross-claim for indemnification and contribution against defendant New York State Education Department ("SED"). Your Honor directed BOE to respond to the Order no later than July 1, 2009, and set July 8, 2009, as the date for SED to reply.

    I write to request a one week extension of the dates set in the June 25, 2009, Order, which would make BOE's response due on July 8, 2009, and SED's reply due on July 15, 2009. I have spoken to counsel for plaintiffs and SED and they consent to the requested extension.

**GRANTED**
KMW

Respectfully,

Eamonn F. Foley
Assistant Corporation Counsel

SO ORDERED, N.Y., N.Y.
KIMBA M. WOOD
U.S.D.J.
7-2-09