**MANDATE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1 2 JAN 2010

SDNY/NYNY
96.cv.8414
Wood

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---

Elsa Gulino, Mayling Ralph, Peter Wilds, Nia Greene, on behalf of themselves and all others similarly situated,

    Plaintiffs-Appellees,

v.

Board of Education of the New York City School District of the City of New York,

    Defendant-Cross-Claimant,

New York State Education Department,

    Defendant Cross-Defendant-Appellant,

New York State Board of Regents, David Steiner, New York State Commissioner of Education,

    Movants-Appellants.

STIPULATION
WITHDRAWING
APPEAL

No. 09-4292-cv



---

The undersigned counsel for the parties hereby stipulate that the above-captioned appeal is hereby withdrawn without costs and without attorneys' fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

Dated:    New York, New York
             January 5, 2010

By: _____
CECELIA C. CHANG
Assistant Solicitor General

CERTIFIED:

JAN 1 2 2010

Attorney for Appellants
Office of the Attorney General
120 Broadway, 25th Floor
New York, NY 10271

Dated:     New York, New York
            January 5, 2010

By: _____
JOSHUA SAMUEL SOHN, Esq.

Attorney for Plaintiffs-Appellees
DLA PIPER LLP
1251 Avenue of the Americas
New York, NY 10020

SO ORDERED

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel

Jan. 11, 2010

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by _____
            DEPUTY CLERK