UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------
ELSA GULINO, MAYLING RALPH, PETER WILDS, and
NIA GREENE, on behalf of themselves and all others
similarly situated,

                    Plaintiffs,

               - against -

THE BOARD OF EDUCATION OF THE CITY SCHOOL
DISTRICT OF THE CITY OF NEW YORK; and NEW
YORK STATE EDUCATION DEPARTMENT,

                    Defendant.
------------------------------------------------------------------------

96 Civ. 8414 (KMW)

**AFFIRMATION OF
JOSHUA S. SOHN, ESQ.**

      JOSHUA S. SOHN an attorney duly admitted to practice law before the courts of the State of New York, hereby affirms under the penalties of perjury as follows:

      1.      I am a partner with the firm DLA Piper LLP (US), co-counsel for the Plaintiff class in this action. I submit this Affirmation in support of Plaintiffs' submission pursuant to the Court's December 8, 2009 Order.

      2.      Attached as Exhibit A is a true and correct copy of the post-trial Findings of Fact and Conclusions of Law of The Honorable Constance Baker Motley dated September 4, 2003.

      3.      Attached as Exhibit B is a true and correct copy of the Plaintiffs' Proposed Findings of Fact and Conclusions of Law dated May 28, 2003.

      4.      Attached as Exhibit C is a true and correct copy of the Proposed Findings of Fact and Conclusions of Law by Defendant New York State Education Department on Title VII Claims By Plaintiffs dated May 28, 2003.

5. Attached as Exhibit D is a true and correct copy of the City Board's Post-Trial Proposed Findings of Fact and Conclusions of Law Regarding Plaintiffs' Claims dated May 28, 2003.

6. Attached as Exhibit E is a true and correct copy of Plaintiffs' Reply Proposed Findings of Fact and Conclusions of Law dated June 11, 2003.

7. Attached as Exhibit F is a true and correct copy of the Defendant New York State Education Department's Reply To Plaintiffs' Proposed Findings of Fact and Conclusions of Law dated June 11, 2003.

8. Attached as Exhibit G is a true and correct copy of the City Board's Reply Regarding its Cross-Claim dated June 11, 2003.

9. Attached as Exhibit H is a true and correct copy of the Final Form Brief of Plaintiffs-Appellants-Cross-Appellees submitted to the Second Circuit Court of Appeals dated September 10, 2004.

10. Attached as Exhibit I is a true and correct copy of the Brief for Defendant-Appellee The New York State Education Department submitted to the Second Circuit Court of Appeals dated September 10, 2004.

11. Attached as Exhibit J is a true and correct copy of the Brief for Municipal Appellee submitted to the Second Circuit Court of Appeals dated May 21, 2004.

12. Attached as Exhibit K is a true and correct copy of the Final Form Reply Brief of Plaintiffs-Appellants-Cross-Appellees submitted to the Second Circuit Court of Appeals dated September 10, 2004.

3

      13.     Attached as Exhibit L is a true and correct copy of the Joint Letter submitted to the Honorable Judge Kimba M. Wood dated November 9, 2009.

Dated:  New York, New York
         February 17, 2010

                                     /s/ Joshua S. Sohn
                                  JOSHUA S. SOHN