**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X

ELSA GULINO, MAYLING RALPH, PETER WILDS, :
and NIA GREENE, on behalf of themselves and all others
similarly situated, :

               Plaintiffs, :

               against- :        96 Cv. 8414 (KMW)

THE BOARD OF EDUCATION OF THE CITY SCHOOL : **Original Filed by ECF**
DISTRICT OF THE CITY OF NEW YORK
                :
             Defendant.

------------------------------------------------------------------------X

CERTIFICATE OF SERVICE

I hereby certify that on May14, 2010, I caused true and correct copies of the following documents:

1.     Remand Memorandum By *Amicus Curiae* New York State Education Department;

2.     Declaration Of Bruce McHale In Support Of Remand Memorandum By *Amicus Curiae* New York State Education Department, with attached Exhibit 1, Proposed Findings of Fact and Conclusions of Law by Defendant New York State Education Department on Title VII Claims by Plaintiffs, Exhibit 2, Memorandum Of Law In Support Of Motion To Intervene, and Exhibit 3, Brief for the United States as Amicus Curiae in the United States Supreme Court

to be filed through the Court's ECF system and to be served on counsel for Plaintiffs and Defendant the New York City Board of Education enclosed in pre-paid envelopes, deposited in a

United States Postal Service box regularly maintained at 120 Broadway, New York, New York 10271, directed to the addresses listed below:

Joshua S. Sohn
DLA Piper US LLP
1251 Avenue of the Americas
New York, N.Y. 10020-1104
Attorney for Plaintiffs

Eamonn F. Foley
Office of the Corporation Counsel
of the City of New York
100 Church Street, Room 2-197
New York, NY 10007
Attorney for Defendant
New York City Board of Education

    ANDREW M. CUOMO
    Attorney General of the State of New York
    <u>Attorney for New York State Education Department</u>

    By:

    /s/ *Bruce B. McHale*
    Bruce B. McHale
    Assistant Attorney General
    120 Broadway, 24th Floor
    New York, New York 10271
    (212) 416-6363