UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
ELSA GULINO, MAYLING RALPH, PETER WILDS, :
and NIA GREENE, on behalf of themselves and all others : 96 Civ. 8414 (KMW)
similarly situated, :
 :
                       Plaintiffs, : **AFFIRMATION OF**
 : **JOSHUA S. SOHN**
      - against – :
 :
THE BOARD OF EDUCATION OF THE CITY :
SCHOOL DISTRICT OF THE CITY OF NEW YORK, :
 :
                       Defendant. :
------------------------------------------------------------------------ x

       JOSHUA S. SOHN an attorney duly admitted to practice law before the courts of the State of New York, hereby affirms under the penalties of perjury as follows:

       1.     I am a partner with the firm DLA Piper LLP (US), co-counsel for the Plaintiff class in this action. I submit this Affirmation in support of Plaintiffs' submission pursuant to the Court's August 12, 2010 Order.

       2.     Attached as Exhibit A is a true and correct copy of the Summons and Complaint in the matter captioned *Mills v. Levy* (Index No. 26196/00), certified by the Clerk of the Kings County Supreme Court.

       3.     Attached as Exhibit B is a true and correct copy of Defendants Memorandum of Law in Opposition to Plaintiff's Motion for a Preliminary Injunction in the matter captioned *Mills v. Levy* (Index No. 26196/00), certified by the Clerk of the Kings County Supreme Court.

4. Attached as Exhibit C is a true and correct copy of the affidavit of Judith Rizzo in the matter captioned *Mills v. Levy* (Index No. 26196/00), certified by the Clerk of the Kings County Supreme Court.

Dated: New York, New York
October 4, 2010

       /s/ Joshua S. Sohn
JOSHUA S. SOHN