```
                                              DOCUMENT
                                              ELECTRONICALLY FILED
                                              DOC #: _____
                                              DATE FILED: 7/2/2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
ELSA GULINO, MAYLING RALPH, PETER WILDS,
and NIA GREENE, on behalf of themselves and all
others similarly situated,

                96 Civ. 8414 (KMW)

                Plaintiffs,

            - against -

**ORDER TO SHOW**
**CAUSE FOR**
**INJUNCTIVE RELIEF**

THE BOARD OF EDUCATION OF THE CITY
SCHOOL DISTRICT OF THE CITY OF NEW YORK,

                Defendant.
--------------------------------------------------------------- x

    PLEASE TAKE NOTICE, that upon Plaintiffs' Memorandum of Law in Support of Their Motion for Injunctive Relief, the Declaration of Anthony D. Gill, and all exhibits attached thereto, and all prior proceedings and pleadings in this action, it is hereby

    ORDERED, that Defendant Board of Education of the City School District of the City of New York ("BOE") show cause before a motion term of this Court, at Room 18B, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on July 25, 2013, at 2:00 pm, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure (i) enjoining the BOE from further use of the Liberal Arts and Sciences Test ("LAST") in any employment-related decision; and (ii) appointing a monitor to evaluate the validity of the current LAST and any future replacement for the current LAST; and it is further

*Security in the amount of $1 — will be posted by*

    ORDERED, that opposition papers, if any, shall be served no later than July 15, 2013; and it is further

    ORDERED, that reply papers, if any, shall be served no later than July 19, 2013; and it is further

Plaintiffs shall serve a copy of this order and their moving papers to Defendant by close of business on July 3, 2013

ORDERED that ~~filing copies of this order and the attached papers through the Court's Electronic Filing System shall be deemed good and sufficient service.~~

Dated: July 2, 2013
New York, New York

/s/ Kimba M. Wood
_____
KIMBA M. WOOD
United States District Judge

2