# Exhibit A

# NEW YORK STATE TEACHER
# CERTIFICATION EXAMINATIONS™

## FIELD 01:  LIBERAL ARTS AND SCIENCES TEST (LAST)
## TEST FRAMEWORK

### June 2003
### Authorized for Distribution by the New York State Education Department

Copyright © 2003 by the New York State Education Department
"NYSTCE®," "New York State Teacher Certification Examinations™," and the "NYSTCE®" logo are trademarks
of the New York State Education Department and National Evaluation Systems, Inc. (NES®).
"NES®" and its logo are registered trademarks of National Evaluation Systems, Inc.™

Permission is granted to make copies of this document for noncommercial use by educators.

**Authorized for Distribution by the New York State Education Department**

# New York State Teacher
# Certification Examinations™

## FIELD 01:  LIBERAL ARTS AND SCIENCES TEST (LAST)
## TEST FRAMEWORK
### June 2003

**Subarea**

| | **Selected-Response** | **Range of Objectives** |
|---|---|---|
| I. | Scientific, Mathematical, and Technological Processes | 0001–0006 |
| II. | Historical and Social Scientific Awareness | 0007–0011 |
| III. | Artistic Expression and the Humanities | 0012–0016 |
| IV. | Communication and Research Skills | 0017–0021 |

| | **Constructed-Response** | |
|---|---|---|
| V. | Written Analysis and Expression | 0022 |

Copyright © 2003 by the New York State Education Department
Permission is granted to make copies of this document for noncommercial use by educators.

Authorized for Distribution by the New York State Education Department

# NEW YORK STATE TEACHER CERTIFICATION EXAMINATIONS™

## FIELD 01:  LIBERAL ARTS AND SCIENCES TEST (LAST) TEST FRAMEWORK

Scientific, Mathematical, and Technological Processes
Historical and Social Scientific Awareness
Artistic Expression and the Humanities
Communication and Research Skills
Written Analysis and Expression

The New York State educator has the knowledge and skills necessary to teach effectively in New York State public schools.  The teacher has a broad understanding of the fundamental concepts of mathematics, science, and technology and is familiar with the basic principles and procedures associated with scientific inquiry.  The teacher recognizes the interrelatedness of geography and culture and can analyze varied interpretations of human history and society.  The teacher has an understanding of the major traditions of art, literature, religion, and philosophy and how cultural contexts inform artistic and literary expression.  The teacher can retrieve information from traditional and electronic sources, communicate effectively, reason clearly, and evaluate competing ideas and arguments.  Most importantly, the teacher recognizes the fundamental connections among all realms of human thought and endeavor and the diverse perspectives that shape human societies.

### SUBAREA I—SCIENTIFIC, MATHEMATICAL, AND TECHNOLOGICAL PROCESSES

**0001**  **Use mathematical reasoning in problem-solving situations to arrive at logical conclusions and to analyze the problem-solving process.**

For example:

- analyzing problem solutions for logical flaws

- examining problems to determine missing information needed to solve them

- analyzing a partial solution to a problem to determine an appropriate next step

- evaluating the validity or logic of an argument or advertising claim that is based on statistics or probability

Copyright © 2003 by the New York State Education Department
Permission is granted to make copies of this document for noncommercial use by educators.

**Authorized for Distribution by the New York State Education Department**

FIELD 01:  LIBERAL ARTS AND SCIENCES TEST (LAST)
TEST FRAMEWORK

0002    **Understand connections between mathematical representations and ideas; and use mathematical terms and representations to organize, interpret, and communicate information.**

For example:

- analyzing data and making inferences from two or more graphic sources (e.g., diagrams, graphs, equations)

- restating a problem related to a concrete situation in mathematical terms

- using mathematical modeling/multiple representations to present, interpret, communicate, and connect mathematical information and relationships

- selecting an appropriate graph or table summarizing information presented in another form (e.g., a newspaper excerpt)

0003    **Apply knowledge of numerical, geometric, and algebraic relationships in problem-solving and mathematical contexts.**

For example:

- representing and using numbers in a variety of equivalent forms (e.g., integer, fraction, decimal, percent)

- applying operational algorithms to add, subtract, multiply and divide fractions, decimals, and integers

- using scales and ratios to interpret maps and models

- using geometric concepts and formulas to solve problems (e.g., estimating the surface area of a floor to determine the approximate cost of floor covering)

- solving problems using algebraic concepts and formulas (e.g., calculating wages based on sales commission)

- applying appropriate algebraic equations to the solution of problems (e.g., determining the original price of a sale item given the rate of discount)

Copyright © 2003 by the New York State Education Department
Permission is granted to make copies of this document for noncommercial use by educators.

Authorized for Distribution by the New York State Education Department

FIELD 01:  LIBERAL ARTS AND SCIENCES TEST (LAST)
TEST FRAMEWORK

0004    **Understand major concepts, principles, and theories in science and technology; and use that understanding to analyze phenomena in the natural world and to interpret information presented in illustrated or written form.**

For example:

- using an appropriate illustration, graphic, or physical model to represent a scientific theory, concept, or relationship presented in an excerpt

- relating a major scientific principle, concept, or theory to a natural phenomenon

- using design processes and procedures to pose questions and select solutions to problems and situations

- applying technological knowledge and skills to evaluate the degree to which products and systems meet human and environmental needs

- analyzing excerpts describing recent scientific discoveries or technological advances in relation to underlying scientific principles, concepts, or themes

0005    **Understand the historical development and cultural contexts of mathematics, science, and technology; the relationships and common themes that connect mathematics, science, and technology; and the impact of mathematics, science, and technology on human societies.**

For example:

- analyzing the historical, societal, or environmental effects of given developments in science and technology (e.g., computerization)

- recognizing how mathematical models can be used to understand scientific, social, or environmental phenomena

- evaluating how historical and societal factors have promoted or hindered developments in science and technology

- analyzing how developments in scientific knowledge may affect other areas of life (e.g., recognizing types of scientific data likely to affect government policymaking regarding pollution control)

Copyright © 2003 by the New York State Education Department
Permission is granted to make copies of this document for noncommercial use by educators.

Authorized for Distribution by the New York State Education Department

FIELD 01:  LIBERAL ARTS AND SCIENCES TEST (LAST)
TEST FRAMEWORK

**0006**  **Understand and apply skills, principles, and procedures associated with inquiry and problem solving in the sciences.**

For example:

- applying scientific methods and principles (including nonquantitative methods such as case studies) to investigate a question or problem

- formulating questions to guide research and experimentation toward explanations for phenomena and observations

- inferring the scientific principles (e.g., reliance on experimental data, replication of results) or skills (e.g., observation, inductive reasoning, familiarity with statistics and probability) that contributed to a scientific development as described in an excerpt

- demonstrating familiarity with electronic means for collecting, organizing, and analyzing information (e.g., databases, spreadsheets)

- analyzing the components of a given experimental design (e.g., dependent and independent variables, experimental groups, control groups)

- demonstrating an understanding of the nature of scientific inquiry (including ethical dimensions) and the role of observation and experimentation in science

**SUBAREA II—HISTORICAL AND SOCIAL SCIENTIFIC AWARENESS**

**0007**  **Understand the interrelatedness of historical, geographic, cultural, economic, political, and social issues and factors.**

For example:

- assessing the likely effects of human activities or trends (described in written or graphic form) on the local, regional, or global environment

- assessing ways in which major transformations related to human work, thought, and belief (e.g., industrialization, the scientific revolution, the development of various religions and belief traditions) have affected human society

- inferring aspects of a society's social structure or group interactions based on information presented in an excerpt

- analyzing ways in which social, cultural, geographic, and economic factors influence intergroup relations and the formation of values, beliefs, and attitudes

- assessing the social or economic implications of political views presented in an excerpt

Copyright © 2003 by the New York State Education Department
Permission is granted to make copies of this document for noncommercial use by educators.

Authorized for Distribution by the New York State Education Department

FIELD 01:  LIBERAL ARTS AND SCIENCES TEST (LAST)
TEST FRAMEWORK

0008    **Understand principles and assumptions underlying historical or contemporary arguments, interpretations, explanations, or developments.**

For example:

- inferring the political principles (e.g., popular sovereignty, separation of powers, due process of the law) illustrated in given situations or arguments

- recognizing assumptions (e.g., regarding the nature of power relationships) that inform the positions taken by political parties

- analyzing assumptions on which given U.S. policies (e.g., national health insurance, foreign relations) are based

- recognizing concepts and ideas underlying alternative interpretations of past events

- inferring the economic principle (e.g., supply and demand, redistribution of wealth) upon which a given explanation is based

0009    **Understand different perspectives and priorities underlying historical or contemporary arguments, interpretations, explanations, or developments.**

For example:

- identifying the values (e.g., a commitment to democratic institutions) implicit in given political, economic, social, or religious points of view

- recognizing the motives, beliefs, and interests that inform differing political, economic, social, or religious points of view (e.g., arguments related to equity, equality, and comparisons between groups or nations)

- analyzing multiple perspectives within U.S. society regarding major historical and contemporary issues

- recognizing the values or priorities implicit in given public policy positions

- analyzing the perceptions or opinions of observers or participants from different cultures regarding a given world event or development

Copyright © 2003 by the New York State Education Department
Permission is granted to make copies of this document for noncommercial use by educators.

Authorized for Distribution by the New York State Education Department

FIELD 01:  LIBERAL ARTS AND SCIENCES TEST (LAST)
TEST FRAMEWORK

**0010   Understand and apply skills, principles, and procedures associated with inquiry, problem solving, and decision making in history and the social sciences.**

For example:

- analyzing a description of research results to identify additional unanswered questions or to determine potential problems in research methodology

- determining the relevance or sufficiency of given information for supporting or refuting a point of view

- assessing the reliability of sources of information cited in historical or contemporary accounts or arguments and determining whether specific conclusions or generalizations are supported by verifiable evidence

- evaluating the appropriateness of specific sources (e.g., atlas, periodical guide, economic database) to meet given information needs (e.g., the distribution of natural resources in a given region, the political philosophy of a presidential candidate)

- distinguishing between unsupported and informed expressions of opinion

**0011   Understand and interpret visual representations of historical and social scientific information.**

For example:

- translating written or graphic information from one form to the other (e.g., selecting an appropriate graphic representation of information from an article on historical changes in global population)

- relating information provided in graphic representations (e.g., regarding population or economic trends) to public policy decisions

- interpreting historical or social scientific information provided in one or more graphs, charts, tables, diagrams, or maps

- inferring significant information (e.g., geographic, economic, sociological) about a historical or contemporary society based on examination of a photograph, painting, drawing, cartoon, or other visual representation

Copyright © 2003 by the New York State Education Department
Permission is granted to make copies of this document for noncommercial use by educators.

Authorized for Distribution by the New York State Education Department

FIELD 01:  LIBERAL ARTS AND SCIENCES TEST (LAST)
TEST FRAMEWORK

SUBAREA III—ARTISTIC EXPRESSION AND THE HUMANITIES

**0012**   **Understand and analyze elements of form and content in works from the visual and performing arts from different periods and cultures.**

For example:

- recognizing important elements in a given work of the visual or performing arts (e.g., focal point, symmetry, repetition of shapes, perspective, motif, rhythm)

- determining how a sense of unity or balance is achieved in a given work from the visual or performing arts

- characterizing the theme, mood, or tone of a given work from the visual or performing arts

- determining how specific elements in a given work of the visual or performing arts (e.g., color, composition, scale, instrumentation, set design, choreography) affect audience perceptions of the content of the work

**0013**   **Analyze and interpret works from the visual and performing arts representing different periods and cultures and understand the relationship of works of art to their social and historical contexts.**

For example:

- identifying similarities and differences in forms and styles of art from different movements or periods of time

- comparing and contrasting two or more works from the visual or performing arts in terms of mood, theme, or technique

- demonstrating an understanding of art as a form of communication (e.g., conveying political or moral concepts, serving as a means of individual expression)

- analyzing ways in which the content of a given work from the visual or performing arts reflects a specific cultural or historical context

Copyright © 2003 by the New York State Education Department
Permission is granted to make copies of this document for noncommercial use by educators.

Authorized for Distribution by the New York State Education Department

FIELD 01: LIBERAL ARTS AND SCIENCES TEST (LAST)
TEST FRAMEWORK

**0014**  **Understand forms and themes used in literature from different periods and cultures.**

For example:

- identifying characteristic features of various genres of fiction and nonfiction (e.g., novels, plays, essays, autobiographies)
- distinguishing the dominant theme in a literary passage
- recognizing common literary elements and techniques (e.g., imagery, metaphor, symbolism, allegory, foreshadowing, irony) and using those elements to interpret a literary passage
- determining the meaning of figurative language used in a literary passage

**0015**  **Analyze and interpret literature from different periods and cultures and understand the relationship of works of literature to their social and historical contexts.**

For example:

- analyzing how the parts of a literary passage contribute to the whole
- comparing and contrasting the tone or mood of two or more literary passages
- analyzing aspects of cultural or historical context implied in a literary passage
- distinguishing characteristic features of different literary genres, periods, and traditions reflected in one or more literary passages
- making inferences about character, setting, author's point of view, etc., based on the content of a literary passage
- recognizing how a text conveys multiple levels of meaning

**0016**  **Analyze and interpret examples of religious or philosophical ideas from various periods of time and understand their significance in shaping societies and cultures.**

For example:

- distinguishing the religious and philosophical traditions associated with given cultures and world regions
- recognizing assumptions and beliefs underlying ideas presented in religious or philosophical writing
- analyzing societal implications of philosophical or religious ideas
- comparing and contrasting key concepts presented in two excerpts reflecting different philosophical or religious traditions

Copyright © 2003 by the New York State Education Department
Permission is granted to make copies of this document for noncommercial use by educators.

**Authorized for Distribution by the New York State Education Department**

**FIELD 01:  LIBERAL ARTS AND SCIENCES TEST (LAST)
TEST FRAMEWORK**

## SUBAREA IV—COMMUNICATION AND RESEARCH SKILLS

**0017    Derive information from a variety of sources (e.g., magazine articles, essays, Web sites).**

> For example:
>
> - identifying the stated or implied main idea of a paragraph or passage
> - selecting an accurate summary or outline of a passage
> - organizing information presented on a Web site or other electronic means of communication
> - comprehending stated or implied relationships in an excerpt (e.g., cause-and-effect, sequence of events)
> - recognizing information that supports, illustrates, or elaborates the main idea of a passage

**0018    Analyze and interpret written materials from a variety of sources.**

> For example:
>
> - recognizing a writer's purpose for writing (e.g., to persuade, to describe)
> - drawing conclusions or making generalizations based on information presented in an excerpt
> - interpreting figurative language in an excerpt
> - comparing and contrasting views or arguments presented in two or more excerpts

**0019    Use critical-reasoning skills to assess an author's treatment of content in written materials from a variety of sources.**

> For example:
>
> - analyzing the logical structure of an argument in an excerpt and identifying possible instances of faulty reasoning
> - distinguishing between fact and opinion in written material
> - determining the relevance of specific facts, examples, or data to a writer's argument
> - interpreting the content, word choice, and phrasing of a passage to determine a writer's opinions, point of view, or position on an issue
> - evaluating the credibility, objectivity, or bias of an author's argument or sources

Copyright © 2003 by the New York State Education Department
Permission is granted to make copies of this document for noncommercial use by educators.

Authorized for Distribution by the New York State Education Department

FIELD 01:  LIBERAL ARTS AND SCIENCES TEST (LAST)
TEST FRAMEWORK

**0020    Analyze and evaluate the effectiveness of expression in a written paragraph or passage according to the conventions of edited American English.**

For example:

- revising text to correct problems relating to grammar (e.g., syntax, pronoun-antecedent agreement)

- revising text to correct problems relating to sentence construction (e.g., those involving parallel structure, misplaced modifiers, run-on sentences)

- revising text to improve unity and coherence (e.g., eliminating unnecessary sentences or paragraphs, adding a topic sentence or introductory paragraph, clarifying transitions between and relationships among ideas presented)

- analyzing problems related to the organization of a given text (e.g., logical flow of ideas, grouping of related ideas, development of main points)

**0021    Demonstrate the ability to locate, retrieve, organize, and interpret information from a variety of traditional and electronic sources.**

For example:

- demonstrating familiarity with basic reference tools (e.g., encyclopedias, almanacs, bibliographies, databases, atlases, periodical guides)

- recognizing the difference between primary and secondary sources

- formulating research questions and hypotheses

- applying procedures for retrieving information from traditional and technological sources (e.g., newspapers, CD-ROMs, the Internet)

- interpreting data presented in visual, graphic, tabular, and quantitative forms (e.g., recognizing level of statistical significance)

- organizing information into logical and coherent outlines

- evaluating the reliability of different sources of information

Copyright © 2003 by the New York State Education Department
Permission is granted to make copies of this document for noncommercial use by educators.

Authorized for Distribution by the New York State Education Department

FIELD 01:  LIBERAL ARTS AND SCIENCES TEST (LAST)
TEST FRAMEWORK

## SUBAREA V—WRITTEN ANALYSIS AND EXPRESSION

**0022**   **Prepare an organized, developed composition in edited American English in response to instructions regarding audience, purpose, and content.**

For example:

- taking a position on an issue of contemporary concern and defending that position with reasoned arguments and supporting examples

- analyzing and responding to an opinion presented in an excerpt

- comparing and contrasting conflicting viewpoints on a social, political, or educational topic, as presented in one or more excerpts

- evaluating information and proposing a solution to a stated problem

- synthesizing information presented in two or more excerpts

Copyright © 2003 by the New York State Education Department
Permission is granted to make copies of this document for noncommercial use by educators.

# Exhibit B

# NEW YORK STATE TEACHER
# CERTIFICATION EXAMINATIONS™

## FIELD 202:  ACADEMIC LITERACY SKILLS TEST (ALST)
## TEST DESIGN AND FRAMEWORK

### DRAFT
### June 2012

## Authorized for Distribution by the New York State Education Department

This document is a working draft.  The information in this document is subject to change, and any changes will fully supersede the information contained in this draft.

Copyright © 2012 Pearson Education, Inc. or its affiliate(s).  All rights reserved.
Evaluation Systems, Pearson, P.O. Box 226, Amherst, MA  01004

NYSTCE, New York State Teacher Certification Examinations, and the NYSTCE logo are trademarks, in the U.S. and/or other countries, of the New York State Education Department and Pearson Education, Inc. or its affiliate(s).

Pearson and its logo are trademarks, in the U.S. and/or other countries, of Pearson Education, Inc. or its affiliate(s).

**DRAFT June 2012**
**Authorized for Distribution by the New York State Education Department**

# NEW YORK STATE TEACHER CERTIFICATION EXAMINATIONS™

## FIELD 202:  ACADEMIC LITERACY SKILLS TEST (ALST)
## TEST DESIGN

This test consists of selected-response items, followed by focused constructed-response items and an extended writing assignment based on the critical analysis of authentic texts and graphic representations of information addressing the same topic.  Each item requires the analysis of complex literary or informational text.

The selected-response items count for 40% of the total test score and the constructed-response items count for 60% of the total test score, as indicated in the table that follows.  Each selected-response item counts the same toward the total test score.

The total testing time is 150 minutes.  Candidates are free to set their own pace during the test administration.  The following estimates were used to determine the total test time:

- Each focused constructed-response item is designed with the expectation of a response up to 20 minutes.

- The extended writing assignment is designed with the expectation of a response up to 60 minutes.

- The selected-response items are designed with the expectation of response time up to 50 minutes.

Further information regarding the content of each competency can be found in the test framework.

| Competency | Selected-Response | | Constructed-Response | |
|---|---|---|---|---|
| | Approximate Number of Items | Approximate Percentage of Test Score | Number of Items | Approximate Percentage of Test Score |
| 0001   Reading | 40 | 40% | --- | --- |
| 0002   Writing to Sources | --- | --- | 2 focused response<br><br>1 extended response | 60% |
| **Total** | **40** | **40%** | **3** | **60%** |

Copyright © 2012 Pearson Education, Inc. or its affiliate(s).  All rights reserved.
Evaluation Systems, Pearson, P.O. Box 226, Amherst, MA  01004

DRAFT June 2012
**Authorized for Distribution by the New York State Education Department**


# NEW YORK STATE TEACHER CERTIFICATION EXAMINATIONS™


## FIELD 202:  ACADEMIC LITERACY SKILLS TEST (ALST)
## TEST FRAMEWORK

Reading
Writing to Sources

---

The New York State educator has the academic literacy skills necessary to teach effectively in New York State public schools.  The teacher is capable of proficient, close, and critical reading that reflects wide, deep, and thoughtful engagement with a range of high-quality, complex informational and literary texts.  The teacher demonstrates command of evidence found in texts and uses cogent reasoning to analyze and synthesize ideas.  The teacher produces complex and nuanced writing by choosing words, information, and structure deliberately for a given task, purpose, and audience.

---

## COMPETENCY 0001—READING

Performance Expectations

The New York State educator reads complex informational and narrative texts and demonstrates command of key ideas and details in the texts.  The teacher determines what a text says explicitly and consistently makes logical inferences and draws conclusions based on evidence found in the text.  The teacher correctly determines the central ideas or themes of a text and analyzes their development.  The teacher recognizes accurate summaries of key supporting details and ideas.  The teacher accurately determines an author's attitude, opinion, or point of view.  The teacher analyzes how and why individuals, events, and ideas develop and interact over the course of a text.

The New York State educator demonstrates command of craft and structure in reading.  The teacher accurately interprets words and phrases as they are used in a text, including determining technical, connotative, and figurative meanings, and thoroughly analyzes how specific word choices shape meaning and tone.  The teacher thoroughly analyzes the structure of texts, including how specific sentences, paragraphs, and larger portions of the text relate to each other and the whole.  The teacher accurately assesses how point of view and purpose shape the content and style of a text.

Performance Indicators

     a.   determines what a text says explicitly

     b.   makes logical inferences based on textual evidence

Copyright © 2012 Pearson Education, Inc. or its affiliate(s).  All rights reserved.
Evaluation Systems, Pearson, P.O. Box 226, Amherst, MA  01004

DRAFT June 2012
**Authorized for Distribution by the New York State Education Department**

FIELD 202:  ACADEMIC LITERACY SKILLS TEST (ALST)
TEST FRAMEWORK

   c.   draws conclusions based on textual evidence

   d.   determines the central ideas or themes of a text

   e.   analyzes the development of central ideas or themes of a text

   f.   recognizes accurate summaries of key supporting details and ideas in a text

   g.   analyzes how and why individuals, events, and ideas develop and interact over the course of a text

   h.   interprets words and phrases as they are used in a text, including determining technical, connotative, and figurative meanings

   i.   analyzes how specific word choices shape meaning and tone in a text

   j.   analyzes how specific sentences, paragraphs, and larger portions of a text relate to each other and the whole

   k.   determines an author's attitude, opinion, or point of view

   l.   assesses how point of view and purpose shape the content and style of a text

## COMPETENCY 0002—WRITING TO SOURCES

<u>Performance Expectations</u>

The New York State educator demonstrates the ability to integrate knowledge and ideas from texts to produce clear, cohesive, and coherent writing.  The teacher delineates and evaluates the argument and specific claims in a text, including the validity of the reasoning as well as the relevance and sufficiency of the evidence.  The teacher thoroughly analyzes how multiple texts address similar themes or topics to compare the approaches the authors take.

The New York State educator produces writing in which the development, organization, and style are appropriate to a given task, purpose, and audience.  The teacher thoroughly develops strong arguments to support claims in a cogent synthesis and thorough analysis of information presented in substantive texts.  The teacher uses valid reasoning and relevant evidence to support claims.  The teacher organizes arguments by logically sequencing claims, counterclaims, reasons, and evidence.  The teacher applies extensive knowledge of language to make effective choices for meaning and style.  The teacher develops and strengthens writing by revising, editing, and rewriting as needed and demonstrates thorough command of the conventions of standard English grammar, usage, capitalization, punctuation, and spelling.

<u>Performance Indicators</u>

   a.   delineates and evaluates the argument and specific claims in a text

   b.   evaluates the validity of reasoning used to support arguments and specific claims in a text

Copyright © 2012 Pearson Education, Inc. or its affiliate(s).  All rights reserved.
Evaluation Systems, Pearson, P.O. Box 226, Amherst, MA  01004

DRAFT June 2012
**Authorized for Distribution by the New York State Education Department**

**FIELD 202:  ACADEMIC LITERACY SKILLS TEST (ALST)
TEST FRAMEWORK**

   c.   evaluates the relevance and sufficiency of evidence used to support arguments and specific claims in a text

   d.   evaluates the credibility, objectivity, and reliability of an author or sources used by an author

   e.   analyzes how multiple texts address similar themes or topics to compare the approaches the authors take

   f.   integrates and evaluates content presented in diverse formats and media, including visually and quantitatively

   g.   introduces a precise, knowledgeable claim

   h.   uses valid reasoning to support the claim

   i.   anticipates and addresses a possible counterclaim

   j.   chooses relevant and sufficient evidence from multiple texts to support the claim and integrates the information while avoiding plagiarism

   k.   establishes and maintains an appropriate style and tone

   l.   uses transitional words and phrases and varies syntax to link sections of the text and to clarify relationships between ideas

   m.   produces a conclusion that follows from and supports the claim

   n.   chooses precise language for clarity and rhetorical effect

   o.   uses correct standard English grammar, usage, capitalization, punctuation, and spelling

Copyright © 2012 Pearson Education, Inc. or its affiliate(s).  All rights reserved.
Evaluation Systems, Pearson, P.O. Box 226, Amherst, MA  01004

# Exhibit C

# NEW YORK STATE TEACHER
# CERTIFICATION EXAMINATIONS™

## FIELD 201:  EDUCATING ALL STUDENTS (EAS)
## TEST DESIGN AND FRAMEWORK

## DRAFT
### June 2012

## Authorized for Distribution by the New York State Education Department

This document is a working draft.  The information in this document is subject to change, and any changes will fully supersede the information contained in this draft.

Copyright © 2012 Pearson Education, Inc. or its affiliate(s).  All rights reserved.
Evaluation Systems, Pearson, P.O. Box 226, Amherst, MA  01004

NYSTCE, New York State Teacher Certification Examinations, and the NYSTCE logo are trademarks, in the U.S. and/or other countries, of the New York State Education Department and Pearson Education, Inc. or its affiliate(s).

Pearson and its logo are trademarks, in the U.S. and/or other countries, of Pearson Education, Inc. or its affiliate(s).

**DRAFT June 2012**
**Authorized for Distribution by the New York State Education Department**

# NEW YORK STATE TEACHER CERTIFICATION EXAMINATIONS™

## FIELD 201:  EDUCATING ALL STUDENTS (EAS)
## TEST DESIGN

This test consists of selected-response items and constructed-response items.  Each constructed-response item will share scenario-based stimulus material with several selected-response items.

The selected-response items count for 70% of the total test score and the constructed-response items count for 30% of the total test score, as indicated in the table that follows.  Each selected-response item counts the same toward the total test score.  The percentage of the total test score derived from each of the constructed-response items is also indicated in the table that follows.

The total testing time is 90 minutes.  Candidates are free to set their own pace during the test administration.  The following estimates were used to determine the total test time:

- Each constructed-response item is designed with the expectation of a response up to 10 minutes.
- The selected-response items are designed with the expectation of response time up to 60 minutes.

Further information regarding the content of each competency can be found in the test framework.

| Competency | Selected-Response | | Constructed-Response | |
|---|---|---|---|---|
| | Approximate Number of Items | Approximate Percentage of Test Score | Number of Items | Approximate Percentage of Test Score |
| 0001  Diverse Student Populations | 10 | 17% | 1 | 10% |
| 0002  English Language Learners | 10 | 17% | 1 | 10% |
| 0003  Students with Disabilities and Other Special Learning Needs | 10 | 17% | 1 | 10% |
| 0004  Teacher Responsibilities | 5 | 9% | -- | -- |
| 0005  School-Home Relationships | 5 | 9% | -- | -- |
| **Total** | **40** | **70%** | **3** | **30%** |

Copyright © 2012 Pearson Education, Inc. or its affiliate(s).  All rights reserved.
Evaluation Systems, Pearson, P.O. Box 226, Amherst, MA  01004

**DRAFT June 2012**
**Authorized for Distribution by the New York State Education Department**

## NEW YORK STATE TEACHER CERTIFICATION EXAMINATIONS™

## FIELD 201:  EDUCATING ALL STUDENTS (EAS)
## TEST FRAMEWORK

Diverse Student Populations
English Language Learners
Students with Disabilities and Other Special Learning Needs
Teacher Responsibilities
School-Home Relationships

The New York State educator has the professional and pedagogical knowledge and skills necessary to teach all students effectively in New York State public schools.  The teacher is familiar with and knows how to use research-validated instructional strategies that are responsive to the characteristics and learning needs of students with a broad range of backgrounds and needs.  The teacher knows his or her legal, ethical, and professional responsibilities in education-related situations involving students, parents/guardians, and others in the school community and acts in accordance with these responsibilities.  The teacher also understands the importance of parent/guardian involvement in children's education and is able to use skills and strategies to communicate and collaborate effectively with parents/guardians in support of student learning.

As used in this document, the term "research-based" refers to those practices that have been shown to be effective in improving learner outcomes through systematic observation or experiment, rigorous data analysis, ability to replicate results, and publication in a peer-reviewed journal.  "Evidence-based" refers to strategies empirically shown to improve learner outcomes, though not necessarily based on systematic experiments or published in a peer-reviewed journal.

## COMPETENCY 0001—DIVERSE STUDENT POPULATIONS

Performance Expectations

The New York State educator understands the characteristics, strengths, and needs of all student populations and effectively uses knowledge of diversity within the school and the community to address the needs of all students, to create a sense of community among students, and to promote students' appreciation of and respect for all students in their diversity.

Copyright © 2012 Pearson Education, Inc. or its affiliate(s).  All rights reserved.
Evaluation Systems, Pearson, P.O. Box 226, Amherst, MA  01004

DRAFT June 2012
**Authorized for Distribution by the New York State Education Department**

**FIELD 201:  EDUCATING ALL STUDENTS (EAS)**
**TEST FRAMEWORK**

Performance Indicators

a.  demonstrates an understanding of appropriate strategies to enhance knowledge of students (e.g., learning about students' family situations, cultural backgrounds, individual needs, gifts and talents, and personal interests) and to promote a sense of community among diverse individuals and groups in the classroom

b.  demonstrates knowledge of strategies for engaging in self-reflection to enhance one's interactions with all students and strengthen classroom practices

c.  applies knowledge of research- or evidence-based strategies, including utilizing universal design principles, for teaching and working effectively and inclusively with all students (e.g., students from all cultures and backgrounds, students of different genders and sexual orientations, students from homes where English is not the primary language or where a variant form of English is used)

d.  applies knowledge of research- or evidence-based strategies for teaching and working effectively and inclusively with students from various social and economic circumstances and students with diverse family and living arrangements (e.g., students who are homeless; students who are in foster care; students with interrupted, limited, or no formal education)

e.  applies knowledge of the significance of giftedness for teaching and learning and research- or evidence-based strategies for selecting, modifying, and implementing curriculum and instruction for students who are gifted and talented

f.  demonstrates knowledge of strategies for using and adapting fair, equitable, and appropriate classroom assessment practices to inform instruction

g.  applies knowledge of strategies for promoting students' understanding and appreciation of diversity (e.g., infusing diverse perspectives throughout the curriculum) and for using the diversity that exists in the classroom and the community to enhance all students' learning

h.  demonstrates an understanding of how culturally responsive classroom environments in which diversity is valued and respected promote student achievement and positive student experiences

i.  demonstrates an understanding of strategies for working collaboratively within the school environment and for identifying and incorporating additional school-based and community-based resources to enhance learning for diverse student populations

j.  applies knowledge of varied strategies and modifications for creating a safe, supportive, and positive classroom environment for all students, including students with special learning needs and English Language Learners, and for ensuring that these students are an integral part of the general education classroom and participate to the greatest extent possible in all classroom activities

Copyright © 2012 Pearson Education, Inc. or its affiliate(s).  All rights reserved.
Evaluation Systems, Pearson, P.O. Box 226, Amherst, MA  01004

**DRAFT June 2012**
**Authorized for Distribution by the New York State Education Department**

**FIELD 201:  EDUCATING ALL STUDENTS (EAS)**
**TEST FRAMEWORK**

## COMPETENCY 0002—ENGLISH LANGUAGE LEARNERS

Performance Expectations

The New York State educator understands the characteristics, strengths, and needs of English Language Learners and effectively uses this knowledge to assist in developing their language and literacy skills and promoting their achievement of learning standards in all content areas.

Performance Indicators

a. identifies stages and patterns of first- and second-language acquisition and analyzes factors that affect students' English language acquisition and development (e.g., cognitive learning styles and strategies; cultural background; exceptionalities; prior experiences with the second language; interrupted, limited, or no formal education; teacher expectations; classroom environment; primary language; literacy in the primary language)

b. demonstrates an understanding of the types and benefits of bilingualism and bilingual programs and the importance of viewing use of the primary language as a right and as an asset for English Language Learners

c. applies knowledge of the legal rights of English Language Learners and ethical considerations related to the education of English Language Learners

d. demonstrates knowledge of effective approaches for promoting English Language Learners' development of oral and written language proficiency in English, including adapting teaching strategies and materials

e. demonstrates an understanding of similarities and differences between English literacy development for native English speakers and for English Language Learners, including how literacy development in the primary language influences literacy development in English, and applies strategies for helping English Language Learners transfer literacy skills in the primary language to English

f. applies knowledge of research-based instructional strategies (e.g., providing scaffolding, using authentic tasks) for promoting literacy for English Language Learners at all stages of literacy development

g. applies knowledge of strategies for supporting English Language Learners' development of content-area literacy skills and for teaching English Language Learners how to use literacy skills as tools for learning

h. applies knowledge of criteria and procedures for evaluating, selecting, creating, and adjusting instructional materials and strategies and assessment systems and practices to meet the learning needs of English Language Learners and to promote their achievement of learning standards in all content areas

i. identifies effective strategies for consulting and collaborating with students' families and support networks and with educators in the English as a Second Language (ESL) and/or bilingual education programs to meet the needs of English Language Learners and to promote their English language skills and academic progress

Copyright © 2012 Pearson Education, Inc. or its affiliate(s).  All rights reserved.
Evaluation Systems, Pearson, P.O. Box 226, Amherst, MA  01004

**DRAFT June 2012**
**Authorized for Distribution by the New York State Education Department**

**FIELD 201:  EDUCATING ALL STUDENTS (EAS)**
**TEST FRAMEWORK**

**COMPETENCY 0003—STUDENTS WITH DISABILITIES AND OTHER SPECIAL LEARNING NEEDS**

Performance Expectations

The New York State educator understands the characteristics, strengths, and needs of students with disabilities and other special learning needs and effectively uses this knowledge to help students reach their highest levels of achievement and independence.

Performance Indicators

a.  demonstrates an understanding of types of disabilities and other special learning needs and the implications for teaching and learning associated with these differences

b.  applies knowledge of how to select, modify, and implement curricula, assessments, materials, technology, and equipment to meet the individualized needs of students with disabilities and other special learning needs

c.  demonstrates an understanding of the importance of and strategies for consulting and collaborating with specialists who can assist in the identification of appropriate resources, technology (including assistive technology), and instruction to meet the individualized needs of students with disabilities and other special learning needs

d.  applies knowledge of federal and state laws, policies, and regulations (e.g., Individuals with Disabilities Education Act [IDEA], Section 504 of the Rehabilitation Act of 1973) and ethical considerations (e.g., confidentiality rights and responsibilities of stakeholders) related to the education of students with disabilities

e.  identifies teacher responsibilities and requirements in working with students with disabilities and other special learning needs, including providing increasingly intensive supports and interventions through response to intervention (RtI) and positive behavioral interventions and supports (PBIS) to support struggling learners and ensure appropriate referrals for special education, requesting referrals of students who are suspected of having disabilities, participating on the Committee on Special Education, and developing and implementing Individualized Education Programs (IEPs)

f.  applies knowledge of strategies for effectively integrating recommendations from IEPs into instructional activities and daily routines

g.  demonstrates knowledge of basic service delivery models for students with disabilities and other special learning needs and of strategies and resources (e.g., special education staff, specialized support staff) for supporting instruction in integrated settings

Copyright © 2012 Pearson Education, Inc. or its affiliate(s).  All rights reserved.
Evaluation Systems, Pearson, P.O. Box 226, Amherst, MA  01004

**DRAFT June 2012**
**Authorized for Distribution by the New York State Education Department**

**FIELD 201:  EDUCATING ALL STUDENTS (EAS)**
**TEST FRAMEWORK**

**COMPETENCY 0004—TEACHER RESPONSIBILITIES**

Performance Expectations

The New York State educator understands rights and responsibilities in situations involving interactions between teachers and students, parents/guardians, community members, colleagues, school administrators, and other school personnel.

Performance Indicators

   a. applies knowledge of laws, policies, and regulations related to students' rights in various situations (e.g., in relation to testing accommodations and right to services, due process, discrimination, bullying, harassment, confidentiality, discipline, privacy)

   b. applies knowledge of a teacher's responsibilities in various situations (e.g., advocating to meet student needs, reporting potential abuse, addressing safety issues)

   c. applies knowledge of the rights and responsibilities of parents/guardians in various education-related situations (e.g., in relation to student records, school attendance, input into educational decisions)

   d. analyzes the appropriateness of a teacher's response to a parent/guardian, a community member, another educator, or a student in various situations


**COMPETENCY 0005—SCHOOL-HOME RELATIONSHIPS**

Performance Expectations

The New York State educator understands effective strategies for promoting positive and productive relationships and interactions between the school and home to enhance student learning.

Performance Indicators

   a. identifies strategies for initiating and maintaining effective communication between the teacher and parents/guardians to promote student development and achievement

   b. identifies factors that may facilitate or impede communication or collaboration with parents/guardians (e.g., accessibility, responsiveness, cross-cultural understanding) in given situations (including parent-teacher conferences)

   c. identifies strategies for accommodating the communication needs of parents/guardians (e.g., the use of interpreters and translated documents) and for inviting parents/guardians to share information to enhance student learning

   d. identifies strategies for ensuring that parents/guardians of all students are encouraged to participate as active members in school-based decision making

Copyright © 2012 Pearson Education, Inc. or its affiliate(s).  All rights reserved.
Evaluation Systems, Pearson, P.O. Box 226, Amherst, MA  01004

**DRAFT June 2012**
**Authorized for Distribution by the New York State Education Department**

**FIELD 201:  EDUCATING ALL STUDENTS (EAS)**
**TEST FRAMEWORK**

e.  identifies strategies for encouraging parents/guardians to participate in and contribute to their children's education and for collaborating with parents/guardians to reinforce in-school learning outside the school environment

Copyright © 2012 Pearson Education, Inc. or its affiliate(s).  All rights reserved.
Evaluation Systems, Pearson, P.O. Box 226, Amherst, MA  01004

# Exhibit D



**THE STATE EDUCATION DEPARTMENT** / THE UNIVERSITY OF THE STATE OF NEW YORK / ALBANY, NY 12234

COMMISSIONER OF EDUCATION
PRESIDENT OF THE UNIVERSITY OF THE STATE OF NEW YORK

March 23, 2012

Dear Colleagues,

I am excited to provide you with a brief update on an important policy decision.  As you know, since late 2009, when the Board of Regents directed the Department to implement a performance assessment for initial teacher certification, we have been working with Pearson to develop an assessment.  At the Board's meeting earlier this week, it was announced that the Department will instead implement a multi-state Teacher Performance Assessment (TPA) developed by Stanford University that has recently become available through Pearson.  The policy memo is posted at this link:
http://www.regents.nysed.gov/meetings/2012Meetings/March2012/312hed5.pdf

The TPA is a joint project of Stanford University, the American Association of Colleges for Teacher Education (AACTE), the Council of Chief State School Officers, and a group of more than 20 states known as the Teacher Performance Assessment Consortium (TPAC).  The National Council for Accreditation of Teacher Education (NCATE) has endorsed the TPA, and NCATE's Blue Ribbon Panel on Clinical Preparation has published a report supporting the TPAC model.  As many of you know, Linda Darling-Hammond and Ray Pecheone, both professors at Stanford's School of Education, have led the development of the TPA with Stanford Center for Assessment, Learning and Equity (SCALE) staff.  The TPA is modeled after previous performance based assessments of teaching, including the National Board for Professional Teaching Standards, InTASC, and the Performance Assessment for California Teachers.  National design teams composed of teacher education faculty have provided valuable advice on the development of the TPA.

One advantage of adopting the TPA model is the intended multi-state administration, which would provide a large data set to benchmark New York against other states—both at the outset, when we set passing scores for initial certification, and in the future, as we monitor the effectiveness of certification policies in practice. Institutions in 26 states (including New York) and the District of Columbia are currently field-testing the TPA.  New York institutions will have an additional opportunity to participate in field trial of the TPA during the 2012-13 academic year, at no cost to candidates.  The TPA field test website (tpafieldtest.nesinc.com) serves as a valuable resource even for those not participating in the field test, including information on the TPA program and current field test materials, instructions to candidates and faculty, confidentiality information, policies, and frequently asked questions.  In many respects, the TPA is very similar to the performance assessment that NYSED pilot- and field-tested in New York in 2010 and 2011, so faculty that participated in those trials will see much that is familiar in the TPA tasks and electronic platform.

The TPA is Common Core-aligned and specifically designed to assess practice-based skills proven to have a positive impact on student achievement. The rubrics for scoring the TPA are aligned with NYS Teaching Standards and the InTASC standards.

There is no significant change to the implementation timeline discussed at the February 2012 Board of Regents meeting as a result of this decision (see http://www.highered.nysed.gov/tcert/certificate/certexamsl2012.html).  Stanford and Pearson will disseminate assessment handbooks and rubrics to IHEs in spring 2012.  The assessment will be available for formative use during the 2012-13 academic year and will be required for candidates applying for initial certification on or after May 1, 2014.

Finally, there are a number of online resources for the TPA program that you may access and begin to explore immediately.  For example, TPAC Online is a web-based community hosted by AACTE for TPA participating states and programs.  TPAC Online includes discussion forums, examples and suggestions from institutions implementing the TPA, research articles and state-oriented groups.  We encourage your faculty to take advantage of the resources and discussion available at TPAC Online by becoming members. To join, contact tpac@aacte.org for registration assistance.

Sincerely,

John B. King, Jr.
Commissioner