**Outtz & Associates**
**816 Connecticut Avenue, N.W.**
**Suite 800**
**Washington DC, 20006**

**Phone 202 - 822-3882**
**Fax 202-822-3884**
**jlouttz@aol.com**


**Invoice for Professional Services**

**June 17, 2014**

RE: Gulino v. Board of Education of the City School District of the City of New York (96 CIV. 8414 (KMW)

Rate: $425/Hour
Invoice #1

| Date | Hours | Description |
|---|---|---|
| 5-2-14 | 4.0 Hours | Examined documents describing the history of the case and met with counsel for the parties to discuss the scope of work. |
| 5-5-14 | 6.5 Hours | Examined documents describing the framework planning and development for LAST 2. |
| 5-6-14 | 7.5 Hours | Examined documents describing the framework planning and development for LAST 2. |
| 5-7-14 | 6.5 Hours | Examined documents describing the content review process for LAST 2. |
| 5-8-14 | 4.5 Hours | Examined documents describing the content review process for LAST 2. |
| 5-9-14 | 7.5 Hours | Examined documents describing the backgrounds and qualifications of the subject matter experts used in the development of LAST 2. |
| 5-12-14 | 7.5 Hours | Examined documents describing the Content and Bias/equity review process for LAST 2. |
| 5-21-14 | 7.5 Hours | Examined job analysis survey materials for LAST 2. |
| 5-22-14 | 7.0 Hours | Examined test framework validation materials for LAST 2. |
| 5-23-14 | 7.5 Hours | Examined judicial decisions in this case. |

| Date | Hours | Description |
|---|---|---|
| 5-26-14 | 7.5 Hours | Examined the declaration of Jeanne Clayton (December 4, 2008) in conjunctions with documents provided regarding the development of LAST 2. |
| 5-27-14 | 5.5 Hours | Examined the declaration of Jeanne Clayton (December 4, 2008) in conjunctions with documents provided regarding the development of LAST 2. |
| 5-28-14 | 6.0 Hours | Examined plaintiff and defendant experts' reports regarding LAST 1. |
| 5-29-14 | 7.0 Hours | Examined plaintiff and defendant experts' reports regarding LAST 1. |

Total Hours     92.0 @ $425/Hour     $39,100.00

Amount Due                                     $39,100.00

*[signature]*