**Outtz & Associates**
**816 Connecticut Avenue, N.W.**
**Suite 800**
**Washington DC, 20006**

**Phone 202 - 822-3882**
**Fax 202-822-3884**
**jlouttz@aol.com**


**Invoice for Professional Services**

**July 2, 2014**

RE:    Gulino v. Board of Education of the City School District of the City of New York (96 CIV. 8414 (KMW)

Rate:   $425/Hour
Invoice #2

| | | |
|---|---|---|
| 6-2-14 | 6.5 Hours | Examined the district court decision from Judge Constance Baker Motley and the decision from the Second Circuit Court of Appeals. |
| 6-3-14 | 4.5 Hours | Examined Remand Submissions by all parties. |
| 6-4-14 | 3.5 Hours | Examined Remand Submissions by all Parties. |
| 6-5-14 | 6.5 Hours | Examined documents describing the content review process for LAST 2. |
| 6-6-14 | 7.5 Hours | Examined LAST 2 newly developed test items for format, structure and response type to determine the constructs measured. |
| 6-10-14 | 7.5 Hours | Examined the validation process for LAST 2 new test items for consistency with best practices regarding content validation. |
| 6-13-14 | 7.5 Hours | Examined the revalidation process for LAST 2 test items for consistency with best practices regarding content validation. |
| 6-16-14 | 7.5 Hours | Examined participation rates and diversity of Subject Matter Experts invited to participate in bias and content reviews for LAST 2. |
| 6-19-14 | 7.0 Hours | Examined Job Analysis Survey results for LAST 2. |

| Date | Hours | Description |
|---|---|---|
| 6-20-14 | 6.5 Hours | Examined the published literature regarding the scientific rigor required to produce credible content validity evidence. |
| 6-23-14 | 7.5 Hours | Identified topics to be discussed during the interview with Jeanne Clayton regarding LAST 2. |
| 6-24-14 | 4.5 Hours | Identified documents to be discussed during interview with Jeanne Clayton. |
| 6-27-14 | 6.0 Hours | Identified documents to be discussed during interview with Jeanne Clayton. |

Total Hours    82.5 @ $425/Hour   $35,062.50
Amount Due               $35,062.50

_[signature]_