

**ZACHARY W. CARTER**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**WILLIAM S.J. FRAENKEL**
Labor and Employment Law Division
phone: (212) 356-2434
fax: (212) 356-1148
email: wfraenke@law.nyc.gov

October 3, 2014

Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:   Gulino, et al. v. Bd. of Educ.
              Civil Action No. 96 Cv. 8414 (KMW)
              Law Dept. No. 96-GL-000890

Dear Judge Wood:

      Defendant, the Board of Education of the City School District of the City of New York, operating as the New York City Department of Education, ("defendant" or "the DOE"), respectfully submits this letter in response to the Court's Order of September 24, 2014.

      The requirements an applicant must have fulfilled to become a New York State certified teacher at any point between June 29, 1994 and February 13, 2004 have been summarized by the defendant and are set forth in a chart appearing as Attachment A. More detailed recitations of requirements are to be found in prior issuances of Part 80 of the Compilation of the Rules and Regulations of the State of New York (NYCRR). Copies of these prior versions of Part 80 of the NYCRR appear as Attachments B through Attachments U.

      The current requirements to become a New York State certified teacher are found in the current version of Part 80 a copy of which appears as Attachment W. The current requirements are also, and perhaps more readily accessible, via the New York State Education

Department's web site. The current requirements can be found at: http://eservices.nysed.gov/teach/certhelp/CertRequirementHelp.do

We appreciate the Court's attention to this matter.

Respectfully submitted,

William S.J. Fraenkel
Assistant Corporation Counsel

cc: All Counsel Via ECF