```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

GULINO, ET AL.,

                 Plaintiffs,

    -against-

THE BOARD OF EDUCATION OF THE
CITY SCHOOL DISTRICT OF THE CITY
OF NEW YORK,

                 Defendant.
------------------------------------------------------X

96-CV-8414 (KMW)
ORDER

WOOD, U.S.D.J.:

On September 18, 2014, Dr. James Outtz, the Court-appointed neutral expert in this case, submitted a letter to the Court requesting assistance in a discovery dispute. Dr. Outtz requested data related to the ATS-W and the CST examinations from the State Education Department ("SED") and Pearson. [ECF No. 498]. SED/Pearson objected to providing this information. [ECF No. 500].

The Court holds that Dr. Outtz's request for this information is reasonable. SED/Pearson shall provide to Dr. Outtz the following information by October 30, 2014:

(1) Each applicant's test score on the first attempt for the following examinations during the period from 2004 through 2014:[1]

- Content Specialty Test;

- Elementary Assessment of Teaching Skills – Written;

- Secondary Assessment of Teaching Skills –Written; and

---

[1] Note that no identifying information about any applicant need be provided so long as all the test scores of each applicant are linked to that applicant via a code number or similar method.

1

- LAST-2.

(2) Any documents produced by Pearson or SED that describe or discuss the performance (including pass/fail rates or raw test scores) of the following subgroups on the examinations listed above during the period from 2004 through 2014:

- American Indian or Alaskan Native
- Black Not of Hispanic Origin
- Asian or Pacific Islander
- Hispanic
- White not of Hispanic Origin

The Court expects that, per the Revised Supplemental Order of Confidentiality, [ECF No. 431], Dr. Outtz will be permitted to retain copies of this information during the length of this litigation, and will not be required to view this information solely at an SED/Pearson-designated space.

SO ORDERED.

Dated: New York, New York
October *16*, 2014

*/s/ Kimba M. Wood*
KIMBA M. WOOD
United States District Judge