**LANKLER SIFFERT & WOHL LLP**
ATTORNEYS AT LAW
500 FIFTH AVENUE
NEW YORK, N.Y. 10110-3398
WWW.LSWLAW.COM

TELEPHONE (212) 921-8399
TELEFAX (212) 764-3701

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/14


RECEIVED
OCT 22 2014
CHAMBERS OF KIMBA M. WOOD
U.S.D.J.-S.D.N.Y.

October 21, 2014

Honorable Kimba M. Wood
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    <u>Elsa Gulino, Mayling Ralph, Peter Wilds, and Nia Greene, on behalf of themselves and all others similarly situated, v. The Board of Education of the City School District of the City of New York</u>, 96 Civ. 8414 (KMW)

Dear Judge Wood:

       We are submitting the enclosed bill for inspection for regularity and reasonableness pursuant to Your Honor's Order of Appointment dated May 20, 2014. Pursuant to the Order of Appointment, I have written off $10,721.75 reflecting my agreed upon reduced hourly rate of $690 per hour and the agreed upon 25% discount off the hourly rate for associates and paralegals. Both plaintiffs' and defendant's counsel have reviewed this bill for accuracy, and have approved it.

Respectfully submitted,

John S. Siffert

JSS:ac
Enclosure

cc: Joshua S. Sohn, Esq.
William S. J. Fraenkel, Esq.

*Handwritten endorsement:*
The Court has reviewed the attached itemized statement, which the parties have approved, and finds it regular and reasonable. The statement may be processed for payment. See also ECF No. 454.

10-23-14
SO ORDERED:
Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.

IN ACCOUNT WITH

# LANKLER SIFFERT & WOHL LLP
ATTORNEYS AT LAW
500 FIFTH AVENUE
34TH FLOOR
NEW YORK, N. Y. 10110-3398

TELEPHONE (212) 921-8399
TELEFAX (212) 764-3701

---

Elsa Gulino, et al v. Board of Education

Page: 1
10/10/2014
ACCOUNT NO: 2190-010M
22960

Elsa Gulino et al. v. Bd. of Education of the NYC

For professional services rendered by attorneys, paralegals and staff during the month of September 2014, totaling $42,636.50 per annex less a discount of $10,721.75

| | |
|---|---:|
| Current Fees....... | 31,914.75 |
| Lexis/Westlaw/Dow Jones Computer Research | 564.23 |
| Transportation Expenses | 11.55 |
| Photocopying | 5.00 |
| Telephone | 94.99 |
| Current Charges .............. | 675.77 |
| Current Fees and Charges | 32,590.52 |
| Total Fees and Charges Due ........................ | $32,590.52 |

**To remit payment by wire:**
JP Morgan Chase
FBO: Lankler Siffert & Wohl, LLP
Account# 092-061389
ABA# 021-000-021
Swift Code: CHASUS33

DISBURSEMENTS INCURRED FOR WHICH BILLS HAVE NOT BEEN POSTED AS OF THE ABOVE DATE WILL BE BILLED LATER.

| Date 10/10/2014 | | | | | Tabs3 Detail Work-In-Process Report | | | | Page 1 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | LANKLER SIFFERT & WOHL LLP | | | | |

Primary Timekeeper  2 John S Siffert

Client: 2190.010M  Elsa Gulino, et al v. Board of Education                                   Elsa Gulino                    Contact:
Elsa Gulino et al. v. Bd. of Education of the NYC

| | | | | | |
|---|---|---|---|---|---|
| Primary Timekeeper | 2 JSS | Category | 2 Civil | | |
| Secondary Timekeeper | 2 JSS | Draft Template | DEFDRFIN | Rate Code 1 | |
| Originating Timekeeper | 2 JSS | Final Template | DEFDRFIN | Date Opened | 05/14/2014 |
| Previous Balance | 67,221.39 | | | | |

| Date | Tmkr | Cat Src | H P | Tcode | Ref # | Rate | Hours Worked | Amount | Write-Up/ Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| **Fees** | | | | | | | | | | |
| 09/02/2014 | 2 JSS | 2 | | 1 | 191 | 925.00 | 4.25 | 2,932.50 | -998.75 | Review parties' status update to Judge Wood; Review brief; Review Board of Ed documents, Confs KK, Prep for argument, Conduct hearing/arguments, Conf w/KK, Interim report recommendations |
| 09/05/2014 | 2 JSS | 2 | | 1 | 198 | 925.00 | 0.10 | 69.00 | -23.50 | Party's email to court |
| 09/08/2014 | 2 JSS | 2 | | 1 | 212 | 925.00 | 0.40 | 276.00 | -94.00 | Conf's, Parties' status update to court |
| 09/10/2014 | 2 JSS | 2 | | 1 | 213 | 925.00 | 0.20 | 138.00 | -47.00 | City filing with court |
| 09/11/2014 | 2 JSS | 2 | | 1 | 214 | 925.00 | 0.40 | 276.00 | -94.00 | Corresp with court, Court order, injunction language |
| 09/16/2014 | 2 JSS | 2 | | 1 | 215 | 925.00 | 0.40 | 276.00 | -94.00 | Corresp filed; Claimant opting out, Parties' status report |
| 09/17/2014 | 2 JSS | 2 | | 1 | 216 | 925.00 | 1.00 | 690.00 | -235.00 | Review KK draft |
| 09/18/2014 | 2 JSS | 2 | | 1 | 217 | 925.00 | 0.75 | 517.50 | -176.25 | T/c Court, Emails KK and chambers, Filings |
| 09/22/2014 | 2 JSS | 2 | | 1 | 221 | 925.00 | 4.75 | 3,277.50 | -1,116.25 | Review and revise opinion, T/c Chris Asta, Conf KK, Parties' Update to Court |
| 09/23/2014 | 2 JSS | 2 | | 1 | 222 | 925.00 | 0.20 | 138.00 | -47.00 | Parties' letter to Judge Wood |
| 09/24/2014 | 2 JSS | 2 | | 1 | 223 | 925.00 | 2.90 | 2,001.00 | -681.50 | Revise Draft Recommendation, Conf KK, Review court order |
| 09/25/2014 | 2 JSS | 2 | | 1 | 235 | 925.00 | 0.25 | 172.50 | -58.75 | Interim RR to counsel |
| 09/29/2014 | 2 JSS | 2 | | 1 | 236 | 925.00 | 1.10 | 759.00 | -258.50 | Emails parties, Parties' status update to Court, Set conf date, Conf KK |
| Billable Total | | 2 John S Siffert | | | | | 16.70 | 11,523.00 | | |
| Fee Write-Down | | | | | | | | | -3,924.50 | |
| 09/02/2014 | 16 KK | 2 | | 1 | 189 | 350.00 | 7.00 | 1,837.50 | -612.50 | Review of submissions, meeting prep, conference with John Siffert re meeting; drafting agenda and preliminary summary of findings. Meeting (2 hours) |
| 09/03/2014 | 16 KK | 2 | | 1 | 192 | 350.00 | 4.60 | 1,207.50 | -402.50 | Research and Drafting Interim R & R |
| 09/04/2014 | 16 KK | 2 | | 1 | 193 | 350.00 | 1.80 | 472.50 | -157.50 | R & R |
| 09/04/2014 | 16 KK | 2 | | 1 | 202 | 350.00 | 3.90 | 1,023.75 | -341.25 | Drafting R&R |
| 09/05/2014 | 16 KK | 2 | | 1 | 201 | 350.00 | 4.90 | 1,286.25 | -428.75 | Reviewing briefing, drafting R & R |
| 09/08/2014 | 16 KK | 2 | | 1 | 200 | 350.00 | 2.90 | 761.25 | -253.75 | Research re standard of reviews, Editing Interim R & R |
| 09/09/2014 | 16 KK | 2 | | 1 | 199 | 350.00 | 1.70 | 446.25 | -148.75 | Draft Interim R & R |
| 09/10/2014 | 16 KK | 2 | | 1 | 232 | 350.00 | 1.80 | 472.50 | -157.50 | Drafting Report and Recommendation, reviewing parties submissions |
| 09/12/2014 | 16 KK | 2 | | 1 | 233 | 350.00 | 4.70 | 1,233.75 | -411.25 | Drafting Report & Recommendation |
| 09/15/2014 | 16 KK | 2 | | 1 | 234 | 350.00 | 6.20 | 1,627.50 | -542.50 | Legal research and Drafting R & R |
| 09/16/2014 | 16 KK | 2 | | 1 | 209 | 350.00 | 4.50 | 1,181.25 | -393.75 | Editing draft Interim R & R, legal research into law of the case doctrine |
| 09/17/2014 | 16 KK | 2 | | 1 | 210 | 350.00 | 4.00 | 1,050.00 | -350.00 | Editing Draft Interim R & R, email to John Siffert re same |
| 09/18/2014 | 16 KK | 2 | | 1 | 211 | 350.00 | 0.80 | 210.00 | -70.00 | Identifying next steps of litigation in advance of Monday call with Court |
| 09/22/2014 | 16 KK | 2 | | 1 | 218 | 350.00 | 5.30 | 1,391.25 | -463.75 | Conferences with John Siffert re Report and Recommendation; (1.0 hours) First round edits to Report and Recommendation, (3.0 hours) T/C with John Siffert and KMW clerk (.3 hours) Second Round edits to Report and Recommendation (1.0 hours) |
| 09/23/2014 | 16 KK | 2 | | 1 | 219 | 350.00 | 4.50 | 1,181.25 | -393.75 | Edits and revisions to interim report and recommendation |
| 09/24/2014 | 16 KK | 2 | | 1 | 220 | 350.00 | 5.90 | 1,548.75 | -516.25 | Revising Interim R & R, Conference with John Siffert re same. |
| 09/25/2014 | 16 KK | 2 | | 1 | 224 | 350.00 | 4.80 | 1,260.00 | -420.00 | Final revisions to Interim R & R, cite checking, email to counsel attaching R & R |
| Billable Total | | 16 Kevin Koller | | | | | 69.30 | 18,191.25 | | |
| Fee Write-Down | | | | | | | | | -6,063.75 | |
| 09/02/2014 | 41 RM | 2 | | 6 | 194 | 230.00 | 0.80 | 138.00 | -46.00 | Document review including Review Westlaw Docket Track updates, Obtain documents from court, Distribute to partner and associate; Review and docket documents |
| 09/03/2014 | 41 RM | 2 | | 6 | 195 | 230.00 | 0.20 | 34.50 | -11.50 | Review Westlaw Docket Track updates |
| 09/04/2014 | 41 RM | 2 | | 6 | 196 | 230.00 | 0.20 | 34.50 | -11.50 | Review Westlaw Docket Track updates |
| 09/05/2014 | 41 RM | 2 | | 6 | 197 | 230.00 | 0.80 | 138.00 | -46.00 | Document review including Obtain documents from court, Distribute to partners and associates, Review and docket documents |
| 09/08/2014 | 41 RM | 2 | | 6 | 204 | 230.00 | 0.30 | 51.75 | -17.25 | Review and docket documents |
| 09/09/2014 | 41 RM | 2 | | 6 | 205 | 230.00 | 0.80 | 138.00 | -46.00 | Document review including Review Westlaw Docket Track updates, Obtain documents from court, Distribute to partner and associate; Review and docket documents |
| 09/10/2014 | 41 RM | 2 | | 6 | 206 | 230.00 | 0.80 | 138.00 | -46.00 | Document review including Review Westlaw Docket Track updates, |

Date: 10/10/2014             Tabs3 Detail Work-In-Process Report             Page 2
LANKLER SIFFERT & WOHL LLP

Primary Timekeeper: 2 John S. Siffert

Client: 2190.010M Elsa Gulino, et al v. Board of Education (Continued)

| Date | Tmkr | Cat Src | H P | Tcode | Ref # | Rate | Hours Worked | Amount | Write-Up/ Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Obtain documents from court, Distribute to partner and associate, Review and docket documents |
| 09/11/2014 | 41 RM | 2 | | 6 | 207 | 230.00 | 1.80 | 310.50 | -103.50 | Document review including Obtain documents from court, Distribute to partners and associates, Review and docket documents |
| 09/12/2014 | 41 RM | 2 | | 6 | 208 | 230.00 | 0.40 | 69.00 | -23.00 | Document review including Review Westlaw Docket Track updates, Review and docket documents |
| 09/15/2014 | 41 RM | 2 | | 6 | 225 | 230.00 | 1.40 | 241.50 | -80.50 | Document review including Review Westlaw Docket Track updates, Obtain documents from court, Distribute to partner and associate, Review and docket documents |
| 09/16/2014 | 41 RM | 2 | | 6 | 226 | 230.00 | 0.80 | 138.00 | -46.00 | Document review including Review Westlaw Docket Track updates, Obtain documents from court, Distribute to partner and associate, Review and docket documents |
| 09/18/2014 | 41 RM | 2 | | 6 | 227 | 230.00 | 0.80 | 138.00 | -46.00 | Document review including Review Westlaw Docket Track updates, Obtain documents from court, Distribute to partner and associate, Review and docket documents |
| 09/19/2014 | 41 RM | 2 | | 6 | 228 | 230.00 | 0.20 | 34.50 | -11.50 | Review Westlaw Docket Track updates |
| 09/23/2014 | 41 RM | 2 | | 6 | 229 | 230.00 | 0.80 | 138.00 | -46.00 | Document review including Review Westlaw Docket Track updates, Obtain documents from court, Distribute to partner and associate, Review and docket documents |
| 09/24/2014 | 41 RM | 2 | | 6 | 230 | 230.00 | 1.20 | 207.00 | -69.00 | Document review including Review Westlaw Docket Track updates, Obtain documents from court, Distribute to partner and associate, Review and docket documents |
| 09/25/2014 | 41 RM | 2 | | 6 | 231 | 230.00 | 0.20 | 34.50 | -11.50 | Review Westlaw Docket Track updates |
| 09/30/2014 | 41 RM | 2 | | 6 | 237 | 230.00 | 0.80 | 138.00 | -46.00 | Document review including Review Westlaw Docket Track updates, Obtain documents from court, Distribute to partner and associate, Review and docket documents |

Billable Total     41 Raymond Marchitello - Mg. Clerk     12.30     2,121.75
Fee Write-Down                                                       -707.25

| 09/02/2014 | 53 YH | 2 | | 1 | 187 | 210.00 | 0.50 | 78.75 | -26.25 | Doc prep |

Billable Total     53 Yena Hong - Paralegal     0.50     78.75
Fee Write-Down                                       -26.25

| 09/30/2014 | 61 | 2 | | 127 | 246 | 0.00 | 0.00 | 0.00 | | For professional services rendered by attorneys, paralegals and staff during the month of September 2014, totaling $42,636.50 per annex less a discount of $10,721.75 |

Total Billable Fees                 98.80     31,914.75
Total Fee Write-Down                                 -10,721.75

**Expenses**

| Date | Tmkr | | Src | Tcode | Ref # | Rate | | Amount | | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/08/2014 | 99 | | A | 112 | 11 | | | 11.55 | | Transportation Expenses - See LSW's American Express Statement with closing date 08/24/14 |
| 09/08/2014 | 99 | | A | 121 | 12 | | | 94.99 | | Telephone (Conference Calls) - See LSW's American Express Statement with closing date 08/24/14 |
| 09/19/2014 | 99 | | A | 111 | 10 | | | 564.23 | | Lexis/Westlaw/Dow Jones Computer Research - See Westlaw invoice # 830287342 dated 09/01/14 |
| 09/30/2014 | 99 | | | 116 | 13 | 0.200 | | 5.00 | | Photocopying - charges for the month of September 2014 |

Total Billable Expenses                675.77

**Payments**

| 09/24/2014 | | | | 315 | 4 | | | -44,000.25 | | Payment received -- Thank You |
| 09/24/2014 | | | | 317 | 5 | | | -1,320.51 | | Payment received - Thank you |
| 10/10/2014 | | | | 315 | 6 Apply to 22913 | | | -21,466.50 | | Payment received -- Thank You |
| 10/10/2014 | | | | 317 | 7 Apply to 22913 | | | -434.13 | | Payment received - Thank you |

Total Billable Payments                -67,221.39

### RECAP

| Fees | 31,914.75 | | | | | |
|---|---|---|---|---|---|---|
| Expenses | 675.77 | Previous Balance | 67,221.39 | | | |
| Advances | 0.00 | Payments/Credits | -67,221.39 | | | |
| Total WIP | 32,590.52 | Balance Due | 0.00 | Total | 32,590.52 | |
| Other WIP | Hours 8.95 | Fees 5,365.25 | Exps 0.00 | Advs | 0.00 | |

| A/R | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | 151+ |
|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |