

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK

LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

GRACE D. KIM
Labor and Employment Law Division
phone: (212) 356-2445
fax: (212) 356-2439
email: gkim@law.nyc.gov

November 13, 2014

**BY ECF**
Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:     <u>Gulino, et al. v. Board of Education</u>,
                   Docket No. 96 Cv. 8414 (KMW)

Dear Judge Wood:

        I am an Assistant Corporation Counsel assigned to represent defendant New York City Board of Education in the above-referenced action. Pursuant to the Court's May 20, 2014 Order regarding payment of fees for the Court's Neutral Expert, enclosed pleased find an invoice from Dr. James Outtz dated November 10, 2014.

        Defendant has reviewed the invoice and there is nothing in dispute. Accordingly, defendant respectfully submits the invoice to the Court to inspect for regularity and reasonableness. Should the Court deem the invoice acceptable, defendant also respectfully requests that the Court endorse the invoice so that it may be processed for payment.

                                       Respectfully submitted,

                                       /s/ Grace D. Kim

                                       Grace D. Kim
                                       Assistant Corporation Counsel

Enclosure

- 2 -

cc: BY ECF
    Joshua S. Sohn, Esq.
    Mishcon de Reya, LLP

    Anthony D. Gill, Esq.
    DLA Piper, LLP
    Attorneys for Plaintiffs

    BY FIRST CLASS MAIL
    Dr. James Outtz
    816 Connecticut Avenue, N.W.
    Suite 800
    Washington DC, 20006

**Outtz & Associates**
**816 Connecticut Avenue, N.W.**
**Suite 800**
**Washington DC, 20006**

**Phone 202 - 822-3882**
**Fax 202-822-3884**
**jlouttz@aol.com**

**Invoice for Professional Services**

**November 10, 2014**

RE:  Gulino v. Board of Education of the City School District of the City of New York (96 CIV. 8414 (KMW)

Rate: $425/Hour
Invoice #5

| Date | Hours | Description |
|---|---|---|
| 9-2-14 | 4.0 Hours | Prepared questions for interview with Marie DeCanio. |
| 9-3-14 | 1.5 Hours | Conducted interview with Marie DeCanio |
| 9-4-14 | 3.0 Hours | Prepared for examination of test items from the LAST, CST and AST. |
| 9-5-14 | 2.0 Hours | Reviewed LAST, CST and AST test booklets. |
| 9-8-14 | 3.0 Hours | Examined interview responses from Marie DeCanio. |
| 9-10-14 | 6.0 Hours | Summarized notes from examination of LAST, CST and AST test questions. |
| 9-18-14 | 2.0 Hours | Prepared request to the Court for additional information. |
| 10-6-14 | 3.0 Hours | Prepared supplemental request for additional information. |

Total Hours          24.5 @ $425/Hour          $10,412.50
Amount Due                                     $10,412.50

2

_____

2