UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
GULINO, ET AL.,

                Plaintiffs,                96-CV-8414 (KMW)
                                                                <u>ORDER</u>

-against-

THE BOARD OF EDUCATION OF THE
CITY SCHOOL DISTRICT OF THE CITY
OF NEW YORK,

                Defendant.
------------------------------------------------------X
WOOD, U.S.D.J.:

      By April 17, 2015, at 5:00 p.m., the SED shall make available to the parties to this litigation all materials it provided to Dr. Outtz on April 10, 2015. When the SED provides Dr. Outtz with additional materials on April 24, 2015, it shall also make those materials available to the parties.

      The parties are reminded that this material is confidential, and that they are bound to treat it as such, pursuant to Court order. *See* [ECF Nos. 58, 423, 431, 446].

                SO ORDERED.

DATED:    New York, New York
              April 14, 2015

                                                            /s/
                                           KIMBA M. WOOD
                                           United States District Judge