USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
GULINO, ET AL.,

                Plaintiffs,

-against-

THE BOARD OF EDUCATION OF THE
CITY SCHOOL DISTRICT OF THE CITY
OF NEW YORK,

                Defendant.
-----------------------------------------------------X

96-CV-8414 (KMW)
**ORDER**

KIMBA M. WOOD, United States District Judge:

      On May 11, 2016, Special Master John S. Siffert issued his Report and Recommendation ("R&R") recommending that the Court grant Plaintiff's motion to deem class member Evelyn Cole certified pursuant to the Court's March 31, 2015 injunction. The deadline for objections has passed and no objections have been filed. Absent any objections, the Court reviews the R&R for clear error on the face of the record.

      The Court has reviewed Special Master Siffert's carefully reasoned R&R, and finds no clear error. Accordingly, the May 11, 2016 Report and Recommendation is approved and adopted in its entirety.

SO ORDERED.

DATED:    New York, New York
               June 6, 2016

                                                  KIMBA M. WOOD
                                                  United States District Judge