UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELSA GULINO, MAYLING RALPH,
PETER WILDS, and NIA GREENE, on behalf of themselves and all others similarly situated,

                                      **Plaintiffs,**

-against-

THE BOARD OF EDUCATION OF THE
CITY SCHOOL DISTRICT OF THE
CITY OF NEW YORK,

                                      **Defendant.**

Index: 96-cv-08414 (KMW)

**MOTION TO WITHDRAW
AS ATTORNEY OF RECORD**

---

Pursuant to Local Civil Rule 1.4 of the United States District Court for the Southern District of New York, the undersigned hereby requests that Eamonn F. Foley, currently listed as an attorney for defendant Board of Education of the New York City School District of the City of New York, be permitted to withdraw as counsel in this matter as he is no longer employed by Office of the Corporation Counsel of the City of New York.

Dated: Brooklyn, New York
       July 19, 2016

Respectfully,
*/s/Eamonn F. Foley*
Eamonn F. Foley
New York City Transit Authority
130 Livingston Street,
Brooklyn, New York 11201
(T) 718-694-3905
(F) 718-694-1070
e-mail: Eamonn.Foley@nyct.com