USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ELSA GULINO, MAYLING RALPH,
PETER WILDS, and NIA GREENE, on
behalf of themselves and all others similarly
situated,

                      Plaintiffs,

       – against –

THE BOARD OF EDUCATION OF THE
CITY SCHOOL DISTRICT OF THE CITY OF
NEW YORK,

                      Defendant.
------------------------------------------------------------ X

96 Civ. 8414 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

       The Court adopts in its entirety the meticulously, fairly-reasoned Interim Report and Recommendation ("IRR") from July 18, 2016 (ECF No. 791), proposed by John S. Siffert, Special Master. In doing so, the Court **denies** Plaintiffs' motion to modify injunctions previously entered in this case, which sought to have the Court require the New York State Education Department to grant full State teaching certification to class members.

SO ORDERED.

DATED:    New York, New York
               December 13, 2016

                                                          */s/ Kimba M. Wood*
                                                           KIMBA M. WOOD
                                                       United States District Judge