```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____            │
│ DATE FILED:  9/27/18        │
└─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ELSA GULINO, MAYLING RALPH, PETER WILDS,
and NIA GREENE, on behalf of themselves and all others
similarly situated,

96 Civ. 8414 (KMW)

                            Plaintiffs,

STIPULATION AND ORDER

                - against -

THE BOARD OF EDUCATION OF THE CITY
SCHOOL DISTRICT OF THE CITY OF NEW YORK,

                            Defendant.
------------------------------------------------------------------------ x

This Stipulation and Proposed Order to extend the deadline of the Court's Injunction,

dated and entered March 31, 2015, Docket Entry number 576, (the "LAST-1 Injunction") is made

this 20ᵗʰ day of September, 2018, by and between Plaintiffs and the Defendant Board of Education

of the City School District of the City of New York (collectively, the "Parties"), by their

undersigned counsel.

The Parties agree that the LAST-1 Injunction is, by agreement of the Parties and the

recommendation of the Special Master, hereby modified as follows:

1. Paragraph 2(a) of the LAST-1 Injunction is hereby deleted and replaced with the

   following:

   that the class member satisfied the New York State certification requirements for a
   provisional certificate in the certificate title sought, other than passing the LAST, that
   were operative during the period that the LAST was a prerequisite for New York State
   certification.

2. Paragraph (3) of the LAST-1 Injunction is hereby deleted and replaced with the

   following

Class members for whom Plaintiffs' counsel has, as of November 22, 2018, sought certification evaluations by the Special Master's consultant, Robert G. Bentley [Docket Entry number 586], will have until August 30, 2019 to demonstrate their satisfaction of the criteria set forth in Paragraph 2 above. As of November 22, 2018, class members who have not been submitted to Robert Bentley for certification evaluation will have to demonstrate their satisfaction of the criteria set forth in Paragraph 2 above by November 23, 2018.

Except as specifically set forth in this Stipulation and Proposed Order, all provisions of the

LAST-1 Injunction remain unchanged and in full force and effect.

IN WITNESS WHEREOF, the Parties have caused this Stipulation to be duly executed

by their respective authorized agents as of the day and year set forth below.

DATED: _Septh._ 20 , 2018

Joshua S. Sohn
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400

Rachel V. Stevens
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500

*Counsel for Plaintiffs*

William Fraenkel
Office of the Corporation Counsel
  City of New York
100 Church Street, Rm. 2-197
New York, New York 10007
Telephone: (212) 356-2442

*Counsel for Defendant*

ON RECOMMENDATION OF THE SPECIAL MASTER

SO ORDERED.

Dated: __9 - 26 - 18__

KIMBA M. WOOD
United States District Judge

2