UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

GULINO, ET AL.,

        Plaintiffs,

        -against-

THE BOARD OF EDUCATION OF THE
CITY SCHOOL DISTRICT OF THE CITY
OF NEW YORK,

        Defendant.
------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/18

96-CV-8414 (KMW)

**ORDER**

KIMBA M. WOOD, District Judge:

        The Court hereby adopts the Special the Master's September 7, 2018 Report and

Recommendation (ECF No. 998), regarding the Pension Stipulation and Order.

SO ORDERED.

Dated: New York, New York
       December 17, 2018

*Kimba M. Wood*

THE HON. KIMBA M. WOOD
United States District Judge