UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GULINO, ET AL.,

        Plaintiffs,

-against-

THE BOARD OF EDUCATION OF THE
CITY SCHOOL DISTRICT OF THE CITY
OF NEW YORK,

        Defendant.
-------------------------------------------------------X

96-CV-8414 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      On March 20, 2019, Special Master John S. Siffert issued his Interim Report and Recommendation recommending granting Plaintiffs' motion for interim attorneys' fees (the "Report"). (ECF No. 1189.) That Report recommends an interim award of Plaintiffs' interim attorneys' fees and costs associated with their work in this case from May 1, 2018 through September 30, 2018 in the total amount of $2,116,055.82.[1] The Report reviews the complex issues addressed by counsel during the above-mentioned time period and the reasonableness of the billing rates for various attorneys. The Special Master also undertook a meticulous review of attorneys' time.

      The Court notes that the parties have represented to the Special Master that they do not intend to file objections to the Report. It has now been over 14 days since the Report was issued, and no objections have been filed. The Report also notes that Plaintiffs have not waived their claim to entitlement to the compensation they originally requested for these tasks, nor have they waived any right to seek future awards of attorneys' fees and costs at rates higher than those

---

[1] Plaintiffs' motion also covers fees and costs associated with work on this case by Dr. Thomas DiPrete, which occurred from January 1, 2018 through September 30, 2018.

recommended by the Report, or any right to seek a final award of attorneys' fees for all of Plaintiffs' counsel's work on this case, including for work covered by this Order.

The Court hereby adopts all of the findings and recommendations of the Report, including the hourly rates recommended by the Special Master. The Court awards Plaintiffs a total of $2,116,055.82 in attorneys' fees for the period of May 1, 2018 through September 30, 2018. The award shall be paid no later than May 2, 2019.

Dated: New York, New York
April 2, 2019

KIMBA M. WOOD
United States District Judge