# EXHIBIT A:
## Monthly Backpay Damages

**Exhibit A --**
**Monthly Backpay Damages**

| Month | Counterfactual Monthly Earnings | Monthly Mitigation | Monthly Damages | Cumulative Damages |
|---|---|---|---|---|
| 2003-06 | $3,676 | $3,451 | $125 | $125 |
| 2003-07 | $3,676 | $3,546 | $130 | $255 |
| 2003-08 | $3,676 | $3,546 | $130 | $385 |
| 2003-09 | $3,703 | -$109 | $3,812 | $4,197 |
| 2003-10 | $3,703 | -$109 | $3,812 | $8,009 |
| 2003-11 | $3,703 | -$109 | $3,812 | $11,821 |
| 2003-12 | $3,777 | -$109 | $3,886 | $15,707 |
| 2004-01 | $3,777 | -$130 | $3,907 | $19,614 |
| 2004-02 | $3,777 | -$130 | $3,907 | $23,521 |
| 2004-03 | $3,777 | -$130 | $3,907 | $27,428 |
| 2004-04 | $3,777 | -$130 | $3,907 | $31,335 |
| 2004-05 | $3,777 | -$130 | $3,907 | $35,242 |
| 2004-06 | $3,777 | -$130 | $3,907 | $39,149 |
| 2004-07 | $3,777 | -$130 | $3,907 | $43,056 |
| 2004-08 | $3,777 | -$130 | $3,907 | $46,963 |
| 2004-09 | $3,826 | -$130 | $3,956 | $50,919 |
| 2004-10 | $3,826 | -$130 | $3,956 | $54,875 |
| 2004-11 | $3,826 | -$130 | $3,956 | $58,831 |
| 2004-12 | $3,960 | -$130 | $4,090 | $62,921 |
| 2005-01 | $3,960 | $386 | $3,574 | $66,495 |
| 2005-02 | $3,960 | $386 | $3,574 | $70,069 |
| 2005-03 | $3,960 | $386 | $3,574 | $73,643 |
| 2005-04 | $3,960 | $386 | $3,574 | $77,217 |
| 2005-05 | $3,960 | $386 | $3,574 | $80,791 |
| 2005-06 | $3,960 | $386 | $3,574 | $84,365 |
| 2005-07 | $3,960 | $386 | $3,574 | $87,939 |
| 2005-08 | $3,960 | $386 | $3,574 | $91,513 |
| 2005-09 | $4,003 | $386 | $3,618 | $95,131 |
| 2005-10 | $4,003 | $386 | $3,618 | $98,749 |
| 2005-11 | $4,224 | $386 | $3,838 | $102,587 |
| 2005-12 | $4,224 | $386 | $3,838 | $106,425 |
| 2006-01 | $4,224 | $1,231 | $2,993 | $109,418 |
| 2006-02 | $4,224 | $1,231 | $2,993 | $112,411 |
| 2006-03 | $4,224 | $1,231 | $2,993 | $115,404 |
| 2006-04 | $4,224 | $1,231 | $2,993 | $118,397 |
| 2006-05 | $4,224 | $1,231 | $2,993 | $121,390 |
| 2006-06 | $4,224 | $1,231 | $2,993 | $124,383 |
| 2006-07 | $4,224 | $1,231 | $2,993 | $127,376 |
| 2006-08 | $4,224 | $1,231 | $2,993 | $130,369 |

**Exhibit A to**
**Michelle Todd's Findings of Fact**

## Exhibit A --
## Monthly Backpay Damages

| Month | Counterfactual Monthly Earnings | Monthly Mitigation | Monthly Damages | Cumulative Damages |
|---|---|---|---|---|
| 2006-09 | $4,273 | $1,231 | $3,042 | $133,411 |
| 2006-10 | $4,412 | $1,231 | $3,181 | $136,592 |
| 2006-11 | $4,412 | $1,231 | $3,181 | $139,773 |
| 2006-12 | $4,412 | $1,231 | $3,181 | $142,954 |
| 2007-01 | $4,412 | $2,008 | $2,405 | $145,359 |
| 2007-02 | $4,412 | $2,008 | $2,405 | $147,764 |
| 2007-03 | $4,485 | $2,008 | $2,477 | $150,241 |
| 2007-04 | $4,485 | $2,008 | $2,477 | $152,718 |
| 2007-05 | $4,485 | $2,008 | $2,477 | $155,195 |
| 2007-06 | $4,485 | $2,008 | $2,477 | $157,672 |
| 2007-07 | $4,485 | $2,008 | $2,477 | $160,149 |
| 2007-08 | $4,485 | $2,008 | $2,477 | $162,626 |
| 2007-09 | $4,593 | $2,008 | $2,585 | $165,211 |
| 2007-10 | $4,684 | $2,008 | $2,677 | $167,888 |
| 2007-11 | $4,684 | $2,008 | $2,677 | $170,565 |
| 2007-12 | $4,684 | $2,008 | $2,677 | $173,242 |
| 2008-01 | $4,684 | $1,060 | $3,624 | $176,866 |
| 2008-02 | $4,684 | $1,060 | $3,624 | $180,490 |
| 2008-03 | $4,942 | $1,060 | $3,881 | $184,371 |
| 2008-04 | $4,942 | $1,060 | $3,881 | $188,252 |
| 2008-05 | $5,189 | $1,060 | $4,128 | $192,380 |
| 2008-06 | $5,272 | $1,060 | $4,212 | $196,592 |
| 2008-07 | $5,272 | $1,060 | $4,212 | $200,804 |
| 2008-08 | $5,272 | $1,060 | $4,212 | $205,016 |
| 2008-09 | $5,525 | $1,060 | $4,465 | $209,481 |
| 2008-10 | $5,525 | $1,060 | $4,465 | $213,946 |
| 2008-11 | $5,525 | $1,060 | $4,465 | $218,411 |
| 2008-12 | $5,525 | $1,060 | $4,465 | $222,876 |
| 2009-01 | $5,525 | -$124 | $5,649 | $228,525 |
| 2009-02 | $5,525 | -$124 | $5,649 | $234,174 |
| 2009-03 | $5,825 | -$124 | $5,949 | $240,123 |
| 2009-04 | $5,825 | -$124 | $5,949 | $246,072 |
| 2009-05 | $5,825 | -$124 | $5,949 | $252,021 |
| 2009-06 | $5,825 | -$124 | $5,949 | $257,970 |
| 2009-07 | $5,825 | -$124 | $5,949 | $263,919 |
| 2009-08 | $5,825 | -$124 | $5,949 | $269,868 |
| 2009-09 | $5,825 | -$124 | $5,949 | $275,817 |
| 2009-10 | $5,825 | -$124 | $5,949 | $281,766 |
| 2009-11 | $5,825 | -$124 | $5,949 | $287,715 |
| 2009-12 | $5,825 | -$124 | $5,949 | $293,664 |

**Exhibit A to**
**Michelle Todd's Findings of Fact**

**Exhibit A --**
**Monthly Backpay Damages**

| Month | Counterfactual Monthly Earnings | Monthly Mitigation | Monthly Damages | Cumulative Damages |
|---|---|---|---|---|
| 2010-01 | $5,825 | -$127 | $5,952 | $299,616 |
| 2010-02 | $5,825 | -$127 | $5,952 | $305,568 |
| 2010-03 | $5,825 | -$127 | $5,952 | $311,520 |
| 2010-04 | $5,825 | -$127 | $5,952 | $317,472 |
| 2010-05 | $5,825 | -$127 | $5,952 | $323,424 |
| 2010-06 | $5,825 | -$127 | $5,952 | $329,376 |
| 2010-07 | $5,825 | -$127 | $5,952 | $335,328 |
| 2010-08 | $5,825 | -$127 | $5,952 | $341,280 |
| 2010-09 | $5,825 | -$127 | $5,952 | $347,232 |
| 2010-10 | $5,825 | -$127 | $5,952 | $353,184 |
| 2010-11 | $5,825 | -$127 | $5,952 | $359,136 |
| 2010-12 | $5,825 | -$127 | $5,952 | $365,088 |
| 2011-01 | $5,825 | -$129 | $5,954 | $371,042 |
| 2011-02 | $5,825 | -$129 | $5,954 | $376,996 |
| 2011-03 | $5,825 | -$129 | $5,954 | $382,950 |
| 2011-04 | $5,825 | -$129 | $5,954 | $388,904 |
| 2011-05 | $5,825 | -$129 | $5,954 | $394,858 |
| 2011-06 | $5,825 | -$129 | $5,954 | $400,812 |
| 2011-07 | $5,825 | -$129 | $5,954 | $406,766 |
| 2011-08 | $5,825 | -$129 | $5,954 | $412,720 |
| 2011-09 | $6,083 | -$129 | $6,212 | $418,932 |
| 2011-10 | $6,083 | -$129 | $6,212 | $425,144 |
| 2011-11 | $6,083 | -$129 | $6,212 | $431,356 |
| 2011-12 | $6,083 | -$129 | $6,212 | $437,568 |
| 2012-01 | $6,083 | -$134 | $6,217 | $443,785 |
| 2012-02 | $6,083 | -$134 | $6,217 | $450,002 |
| 2012-03 | $6,083 | -$134 | $6,217 | $456,219 |
| 2012-04 | $6,083 | -$134 | $6,217 | $462,436 |
| 2012-05 | $6,083 | -$134 | $6,217 | $468,653 |
| 2012-06 | $6,083 | -$134 | $6,217 | $474,870 |
| 2012-07 | $6,083 | -$134 | $6,217 | $481,087 |
| 2012-08 | $6,083 | -$134 | $6,217 | $487,304 |
| 2012-09 | $6,083 | -$134 | $6,217 | $493,521 |
| 2012-10 | $6,083 | -$134 | $6,217 | $499,738 |
| 2012-11 | $6,083 | -$134 | $6,217 | $505,955 |
| 2012-12 | $6,083 | -$134 | $6,217 | $512,172 |
| 2013-01 | $6,083 | $59 | $6,023 | $518,195 |
| 2013-02 | $6,083 | $59 | $6,023 | $524,218 |
| 2013-03 | $6,083 | $59 | $6,023 | $530,241 |
| 2013-04 | $6,083 | $59 | $6,023 | $536,264 |

**Exhibit A to**
**Michelle Todd's Findings of Fact**

**Exhibit A --**
**Monthly Backpay Damages**

| Month | Counterfactual Monthly Earnings | Monthly Mitigation | Monthly Damages | Cumulative Damages |
|---|---|---|---|---|
| 2013-05 | $6,143 | $59 | $6,084 | $542,348 |
| 2013-06 | $6,143 | $59 | $6,084 | $548,432 |
| 2013-07 | $6,143 | $59 | $6,084 | $554,516 |
| 2013-08 | $6,143 | $59 | $6,084 | $560,600 |
| 2013-09 | $6,143 | $59 | $6,084 | $566,684 |
| 2013-10 | $6,143 | $59 | $6,084 | $572,768 |
| 2013-11 | $6,143 | $59 | $6,084 | $578,852 |
| 2013-12 | $6,143 | $59 | $6,084 | $584,936 |
| 2014-01 | $6,143 | -$59 | $6,203 | $591,139 |
| 2014-02 | $6,143 | -$59 | $6,203 | $597,342 |
| 2014-03 | $6,143 | -$59 | $6,203 | $603,545 |
| 2014-04 | $6,143 | -$59 | $6,203 | $609,748 |
| 2014-05 | $6,205 | -$59 | $6,264 | $616,012 |
| 2014-06 | $6,205 | -$59 | $6,264 | $622,276 |
| 2014-07 | $6,205 | -$59 | $6,264 | $628,540 |
| 2014-08 | $6,205 | -$59 | $6,264 | $634,804 |
| 2014-09 | $6,383 | -$59 | $6,443 | $641,247 |
| 2014-10 | $6,383 | -$59 | $6,443 | $647,690 |
| 2014-11 | $6,383 | -$59 | $6,443 | $654,133 |
| 2014-12 | $6,383 | -$59 | $6,443 | $660,576 |
| 2015-01 | $6,383 | -$36 | $6,419 | $666,995 |
| 2015-02 | $6,383 | -$36 | $6,419 | $673,414 |
| 2015-03 | $6,383 | -$36 | $6,419 | $679,833 |
| 2015-04 | $6,383 | -$36 | $6,419 | $686,252 |
| 2015-05 | $6,576 | -$36 | $6,612 | $692,864 |
| 2015-06 | $6,576 | -$36 | $6,612 | $699,476 |
| 2015-07 | $6,576 | -$36 | $6,612 | $706,088 |
| 2015-08 | $6,576 | -$36 | $6,612 | $712,700 |
| 2015-09 | $6,576 | -$36 | $6,612 | $719,312 |
| 2015-10 | $6,576 | -$36 | $6,612 | $725,924 |
| 2015-11 | $6,576 | -$36 | $6,612 | $732,536 |
| 2015-12 | $6,576 | -$36 | $6,612 | $739,148 |
| 2016-01 | $6,576 | -$36 | $6,612 | $745,760 |
| 2016-02 | $6,576 | -$36 | $6,612 | $752,372 |
| 2016-03 | $6,576 | -$36 | $6,612 | $758,984 |
| 2016-04 | $6,576 | -$36 | $6,612 | $765,596 |
| 2016-05 | $6,806 | -$36 | $6,842 | $772,438 |
| 2016-06 | $6,806 | -$36 | $6,842 | $779,280 |
| 2016-07 | $6,806 | -$36 | $6,842 | $786,122 |
| 2016-08 | $6,806 | -$36 | $6,842 | $792,964 |

**Exhibit A to**
**Michelle Todd's Findings of Fact**

**Exhibit A --**
**Monthly Backpay Damages**

| Month | Counterfactual Monthly Earnings | Monthly Mitigation | Monthly Damages | Cumulative Damages |
|---|---|---|---|---|
| 2016-09 | $7,208 | -$36 | $7,244 | $800,208 |
| 2016-10 | $7,208 | -$36 | $7,244 | $807,452 |
| 2016-11 | $7,208 | -$36 | $7,244 | $814,696 |
| 2016-12 | $7,208 | -$36 | $7,244 | $821,940 |
| 2017-01 | $7,208 | -$36 | $7,244 | $829,184 |
| 2017-02 | $7,208 | -$36 | $7,244 | $836,428 |
| 2017-03 | $7,208 | -$36 | $7,244 | $843,672 |
| 2017-04 | $7,208 | -$36 | $7,244 | $850,916 |
| 2017-05 | $7,536 | -$36 | $7,572 | $858,488 |
| 2017-06 | $7,536 | -$36 | $7,572 | $866,060 |
| 2017-07 | $7,536 | -$36 | $7,572 | $873,632 |
| 2017-08 | $7,536 | -$36 | $7,572 | $881,203 |
| 2017-09 | $7,536 | -$36 | $7,572 | $888,775 |
| 2017-10 | $7,536 | -$36 | $7,572 | $896,347 |
| 2017-11 | $7,536 | -$36 | $7,572 | $903,919 |
| 2017-12 | $7,536 | -$36 | $7,572 | $911,490 |
| 2018-01 | $7,536 | -$36 | $7,572 | $919,062 |
| 2018-02 | $7,536 | -$36 | $7,572 | $926,634 |
| 2018-03 | $7,536 | -$36 | $7,572 | $934,206 |
| 2018-04 | $7,536 | -$36 | $7,572 | $941,777 |
| 2018-05 | $7,684 | -$36 | $7,720 | $949,497 |
| 2018-06 | $7,914 | -$36 | $7,950 | $957,447 |
| 2018-07 | $7,914 | -$36 | $7,950 | $965,397 |
| 2018-08 | $7,914 | -$36 | $7,950 | $973,347 |
| 2018-09 | $7,914 | -$36 | $7,950 | $981,297 |
| 2018-10 | $7,914 | -$36 | $7,950 | $989,247 |
| 2018-11 | $7,914 | -$36 | $7,950 | $997,197 |
| 2018-12 | $7,914 | -$36 | $7,950 | $1,005,147 |
| 2019-01 | $7,914 | -$36 | $7,950 | $1,013,097 |
| 2019-02 | $7,914 | -$36 | $7,950 | $1,021,047 |
| 2019-03 | $7,914 | -$36 | $7,950 | $1,028,997 |
| 2019-04 | $7,914 | -$36 | $7,950 | $1,036,947 |
| 2019-05 | $7,914 | -$36 | $7,950 | $1,044,897 |

**Exhibit A to**
**Michelle Todd's Findings of Fact**

# EXHIBIT B:
# Counterfactual BOE Service and Salary History

**Exhibit B --**
**Counterfactual BOE Service and Salary History**

| Month | Title | Annual Salary |
|---|---|---|
| 2003-06 | Regularly Appointed Teacher | $44,111 |
| 2003-07 | Regularly Appointed Teacher | $44,111 |
| 2003-08 | Regularly Appointed Teacher | $44,111 |
| 2003-09 | Regularly Appointed Teacher | $44,436 |
| 2003-10 | Regularly Appointed Teacher | $44,436 |
| 2003-11 | Regularly Appointed Teacher | $44,436 |
| 2003-12 | Regularly Appointed Teacher | $45,325 |
| 2004-01 | Regularly Appointed Teacher | $45,325 |
| 2004-02 | Regularly Appointed Teacher | $45,325 |
| 2004-03 | Regularly Appointed Teacher | $45,325 |
| 2004-04 | Regularly Appointed Teacher | $45,325 |
| 2004-05 | Regularly Appointed Teacher | $45,325 |
| 2004-06 | Regularly Appointed Teacher | $45,325 |
| 2004-07 | Regularly Appointed Teacher | $45,325 |
| 2004-08 | Regularly Appointed Teacher | $45,325 |
| 2004-09 | Regularly Appointed Teacher | $45,912 |
| 2004-10 | Regularly Appointed Teacher | $45,912 |
| 2004-11 | Regularly Appointed Teacher | $45,912 |
| 2004-12 | Regularly Appointed Teacher | $47,519 |
| 2005-01 | Regularly Appointed Teacher | $47,519 |
| 2005-02 | Regularly Appointed Teacher | $47,519 |
| 2005-03 | Regularly Appointed Teacher | $47,519 |
| 2005-04 | Regularly Appointed Teacher | $47,519 |
| 2005-05 | Regularly Appointed Teacher | $47,519 |
| 2005-06 | Regularly Appointed Teacher | $47,519 |
| 2005-07 | Regularly Appointed Teacher | $47,519 |
| 2005-08 | Regularly Appointed Teacher | $47,519 |
| 2005-09 | Regularly Appointed Teacher | $48,041 |
| 2005-10 | Regularly Appointed Teacher | $48,041 |
| 2005-11 | Regularly Appointed Teacher | $50,683 |
| 2005-12 | Regularly Appointed Teacher | $50,683 |
| 2006-01 | Regularly Appointed Teacher | $50,683 |
| 2006-02 | Regularly Appointed Teacher | $50,683 |
| 2006-03 | Regularly Appointed Teacher | $50,683 |
| 2006-04 | Regularly Appointed Teacher | $50,683 |
| 2006-05 | Regularly Appointed Teacher | $50,683 |
| 2006-06 | Regularly Appointed Teacher | $50,683 |
| 2006-07 | Regularly Appointed Teacher | $50,683 |
| 2006-08 | Regularly Appointed Teacher | $50,683 |

**Exhibit B to**
**Michelle Todd's Findings of Fact**

**Exhibit B --**
**Counterfactual BOE Service and Salary History**

| Month | Title | Annual Salary |
|---|---|---|
| 2006-09 | Regularly Appointed Teacher | $51,279 |
| 2006-10 | Regularly Appointed Teacher | $52,947 |
| 2006-11 | Regularly Appointed Teacher | $52,947 |
| 2006-12 | Regularly Appointed Teacher | $52,947 |
| 2007-01 | Regularly Appointed Teacher | $52,947 |
| 2007-02 | Regularly Appointed Teacher | $52,947 |
| 2007-03 | Regularly Appointed Teacher | $53,818 |
| 2007-04 | Regularly Appointed Teacher | $53,818 |
| 2007-05 | Regularly Appointed Teacher | $53,818 |
| 2007-06 | Regularly Appointed Teacher | $53,818 |
| 2007-07 | Regularly Appointed Teacher | $53,818 |
| 2007-08 | Regularly Appointed Teacher | $53,818 |
| 2007-09 | Regularly Appointed Teacher | $55,110 |
| 2007-10 | Regularly Appointed Teacher | $56,212 |
| 2007-11 | Regularly Appointed Teacher | $56,212 |
| 2007-12 | Regularly Appointed Teacher | $56,212 |
| 2008-01 | Regularly Appointed Teacher | $56,212 |
| 2008-02 | Regularly Appointed Teacher | $56,212 |
| 2008-03 | Regularly Appointed Teacher | $59,300 |
| 2008-04 | Regularly Appointed Teacher | $59,300 |
| 2008-05 | Regularly Appointed Teacher | $62,265 |
| 2008-06 | Regularly Appointed Teacher | $63,265 |
| 2008-07 | Regularly Appointed Teacher | $63,265 |
| 2008-08 | Regularly Appointed Teacher | $63,265 |
| 2008-09 | Regularly Appointed Teacher | $66,299 |
| 2008-10 | Regularly Appointed Teacher | $66,299 |
| 2008-11 | Regularly Appointed Teacher | $66,299 |
| 2008-12 | Regularly Appointed Teacher | $66,299 |
| 2009-01 | Regularly Appointed Teacher | $66,299 |
| 2009-02 | Regularly Appointed Teacher | $66,299 |
| 2009-03 | Regularly Appointed Teacher | $69,901 |
| 2009-04 | Regularly Appointed Teacher | $69,901 |
| 2009-05 | Regularly Appointed Teacher | $69,901 |
| 2009-06 | Regularly Appointed Teacher | $69,901 |
| 2009-07 | Regularly Appointed Teacher | $69,901 |
| 2009-08 | Regularly Appointed Teacher | $69,901 |
| 2009-09 | Regularly Appointed Teacher | $69,901 |
| 2009-10 | Regularly Appointed Teacher | $69,901 |
| 2009-11 | Regularly Appointed Teacher | $69,901 |
| 2009-12 | Regularly Appointed Teacher | $69,901 |

**Exhibit B to**
**Michelle Todd's Findings of Fact**

**Exhibit B --**
**Counterfactual BOE Service and Salary History**

| Month | Title | Annual Salary |
|---|---|---|
| 2010-01 | Regularly Appointed Teacher | $69,901 |
| 2010-02 | Regularly Appointed Teacher | $69,901 |
| 2010-03 | Regularly Appointed Teacher | $69,901 |
| 2010-04 | Regularly Appointed Teacher | $69,901 |
| 2010-05 | Regularly Appointed Teacher | $69,901 |
| 2010-06 | Regularly Appointed Teacher | $69,901 |
| 2010-07 | Regularly Appointed Teacher | $69,901 |
| 2010-08 | Regularly Appointed Teacher | $69,901 |
| 2010-09 | Regularly Appointed Teacher | $69,901 |
| 2010-10 | Regularly Appointed Teacher | $69,901 |
| 2010-11 | Regularly Appointed Teacher | $69,901 |
| 2010-12 | Regularly Appointed Teacher | $69,901 |
| 2011-01 | Regularly Appointed Teacher | $69,901 |
| 2011-02 | Regularly Appointed Teacher | $69,901 |
| 2011-03 | Regularly Appointed Teacher | $69,901 |
| 2011-04 | Regularly Appointed Teacher | $69,901 |
| 2011-05 | Regularly Appointed Teacher | $69,901 |
| 2011-06 | Regularly Appointed Teacher | $69,901 |
| 2011-07 | Regularly Appointed Teacher | $69,901 |
| 2011-08 | Regularly Appointed Teacher | $69,901 |
| 2011-09 | Regularly Appointed Teacher | $72,990 |
| 2011-10 | Regularly Appointed Teacher | $72,990 |
| 2011-11 | Regularly Appointed Teacher | $72,990 |
| 2011-12 | Regularly Appointed Teacher | $72,990 |
| 2012-01 | Regularly Appointed Teacher | $72,990 |
| 2012-02 | Regularly Appointed Teacher | $72,990 |
| 2012-03 | Regularly Appointed Teacher | $72,990 |
| 2012-04 | Regularly Appointed Teacher | $72,990 |
| 2012-05 | Regularly Appointed Teacher | $72,990 |
| 2012-06 | Regularly Appointed Teacher | $72,990 |
| 2012-07 | Regularly Appointed Teacher | $72,990 |
| 2012-08 | Regularly Appointed Teacher | $72,990 |
| 2012-09 | Regularly Appointed Teacher | $72,990 |
| 2012-10 | Regularly Appointed Teacher | $72,990 |
| 2012-11 | Regularly Appointed Teacher | $72,990 |
| 2012-12 | Regularly Appointed Teacher | $72,990 |
| 2013-01 | Regularly Appointed Teacher | $72,990 |
| 2013-02 | Regularly Appointed Teacher | $72,990 |
| 2013-03 | Regularly Appointed Teacher | $72,990 |
| 2013-04 | Regularly Appointed Teacher | $72,990 |

**Exhibit B to**
**Michelle Todd's Findings of Fact**

**Exhibit B --**
**Counterfactual BOE Service and Salary History**

| Month | Title | Annual Salary |
| --- | --- | --- |
| 2013-05 | Regularly Appointed Teacher | $73,720 |
| 2013-06 | Regularly Appointed Teacher | $73,720 |
| 2013-07 | Regularly Appointed Teacher | $73,720 |
| 2013-08 | Regularly Appointed Teacher | $73,720 |
| 2013-09 | Regularly Appointed Teacher | $73,720 |
| 2013-10 | Regularly Appointed Teacher | $73,720 |
| 2013-11 | Regularly Appointed Teacher | $73,720 |
| 2013-12 | Regularly Appointed Teacher | $73,720 |
| 2014-01 | Regularly Appointed Teacher | $73,720 |
| 2014-02 | Regularly Appointed Teacher | $73,720 |
| 2014-03 | Regularly Appointed Teacher | $73,720 |
| 2014-04 | Regularly Appointed Teacher | $73,720 |
| 2014-05 | Regularly Appointed Teacher | $74,457 |
| 2014-06 | Regularly Appointed Teacher | $74,457 |
| 2014-07 | Regularly Appointed Teacher | $74,457 |
| 2014-08 | Regularly Appointed Teacher | $74,457 |
| 2014-09 | Regularly Appointed Teacher | $76,601 |
| 2014-10 | Regularly Appointed Teacher | $76,601 |
| 2014-11 | Regularly Appointed Teacher | $76,601 |
| 2014-12 | Regularly Appointed Teacher | $76,601 |
| 2015-01 | Regularly Appointed Teacher | $76,601 |
| 2015-02 | Regularly Appointed Teacher | $76,601 |
| 2015-03 | Regularly Appointed Teacher | $76,601 |
| 2015-04 | Regularly Appointed Teacher | $76,601 |
| 2015-05 | Regularly Appointed Teacher | $78,915 |
| 2015-06 | Regularly Appointed Teacher | $78,915 |
| 2015-07 | Regularly Appointed Teacher | $78,915 |
| 2015-08 | Regularly Appointed Teacher | $78,915 |
| 2015-09 | Regularly Appointed Teacher | $78,915 |
| 2015-10 | Regularly Appointed Teacher | $78,915 |
| 2015-11 | Regularly Appointed Teacher | $78,915 |
| 2015-12 | Regularly Appointed Teacher | $78,915 |
| 2016-01 | Regularly Appointed Teacher | $78,915 |
| 2016-02 | Regularly Appointed Teacher | $78,915 |
| 2016-03 | Regularly Appointed Teacher | $78,915 |
| 2016-04 | Regularly Appointed Teacher | $78,915 |
| 2016-05 | Regularly Appointed Teacher | $81,670 |
| 2016-06 | Regularly Appointed Teacher | $81,670 |
| 2016-07 | Regularly Appointed Teacher | $81,670 |
| 2016-08 | Regularly Appointed Teacher | $81,670 |

**Exhibit B to**
**Michelle Todd's Findings of Fact**

**Exhibit B --**
**Counterfactual BOE Service and Salary History**

| Month | Title | Annual Salary |
|---|---|---|
| 2016-09 | Regularly Appointed Teacher | $86,496 |
| 2016-10 | Regularly Appointed Teacher | $86,496 |
| 2016-11 | Regularly Appointed Teacher | $86,496 |
| 2016-12 | Regularly Appointed Teacher | $86,496 |
| 2017-01 | Regularly Appointed Teacher | $86,496 |
| 2017-02 | Regularly Appointed Teacher | $86,496 |
| 2017-03 | Regularly Appointed Teacher | $86,496 |
| 2017-04 | Regularly Appointed Teacher | $86,496 |
| 2017-05 | Regularly Appointed Teacher | $90,432 |
| 2017-06 | Regularly Appointed Teacher | $90,432 |
| 2017-07 | Regularly Appointed Teacher | $90,432 |
| 2017-08 | Regularly Appointed Teacher | $90,432 |
| 2017-09 | Regularly Appointed Teacher | $90,432 |
| 2017-10 | Regularly Appointed Teacher | $90,432 |
| 2017-11 | Regularly Appointed Teacher | $90,432 |
| 2017-12 | Regularly Appointed Teacher | $90,432 |
| 2018-01 | Regularly Appointed Teacher | $90,432 |
| 2018-02 | Regularly Appointed Teacher | $90,432 |
| 2018-03 | Regularly Appointed Teacher | $90,432 |
| 2018-04 | Regularly Appointed Teacher | $90,432 |
| 2018-05 | Regularly Appointed Teacher | $94,971 |
| 2018-06 | Regularly Appointed Teacher | $94,971 |
| 2018-07 | Regularly Appointed Teacher | $94,971 |
| 2018-08 | Regularly Appointed Teacher | $94,971 |
| 2018-09 | Regularly Appointed Teacher | $94,971 |
| 2018-10 | Regularly Appointed Teacher | $94,971 |
| 2018-11 | Regularly Appointed Teacher | $94,971 |
| 2018-12 | Regularly Appointed Teacher | $94,971 |
| 2019-01 | Regularly Appointed Teacher | $94,971 |
| 2019-02 | Regularly Appointed Teacher | $94,971 |
| 2019-03 | Regularly Appointed Teacher | $94,971 |
| 2019-04 | Regularly Appointed Teacher | $94,971 |
| 2019-05 | Regularly Appointed Teacher | $94,971 |

**Exhibit B to**
**Michelle Todd's Findings of Fact**

# EXHIBIT C:

# Pre-Judgment Interest, ASAF Damages, Counterfactual Salary-Step Adjustment, and Tax-Component Award

**Exhibit C --**
**Pre-Judgment Interest, ASAF Damages,**
**Counterfactual Salary-Step Adjustment, and Tax-Component Award**

| Month of Judgment | Cumulative Backpay Interest | Cumulative LAST Fees Interest | Total Cumulative Pre-Judgment Interest | Cumulative ASAF Damages | Counterfactual Salary-Step Adjustment | Tax-Component Award |
|---|---|---|---|---|---|---|
| 2019-05 | $79,692 | $239 | $79,931 | $4,100 | 8F | $122,775 |

**Exhibit C to**
**Michelle Todd's Findings of Fact**

# Exhibit D is Filed Under Seal

# Exhibit E is Filed Under Seal

# Exhibit F is Filed Under Seal

# Exhibit G is Filed Under Seal