# EXHIBIT A:

## Pre-Judgment Interest

**Exhibit A --**
**Pre-Judgment Interest**

| Month of Judgment | Cumulative LAST Fees Interest | Total Cumulative Pre-Judgment Interest |
|---|---:|---:|
| 2019-07 | $38 | $38 |

**Exhibit A to**
**Dana Griffin's Findings of Fact**

# Exhibit B is Filed Under Seal

# Exhibit C is Filed Under Seal

# Exhibit D is Filed Under Seal