# EXHIBIT A:
## Monthly Backpay Damages

## Exhibit A --
## Monthly Backpay Damages

| Month | Counterfactual Monthly Earnings | Monthly Mitigation | Monthly Damages | Cumulative Damages |
|---|---|---|---|---|
| 2001-01 | $2,876 | $2,876 | $0 | $0 |
| 2001-02 | $2,876 | $2,876 | $0 | $0 |
| 2001-03 | $2,876 | $2,876 | $0 | $0 |
| 2001-04 | $2,876 | $2,876 | $0 | $0 |
| 2001-05 | $2,876 | $2,876 | $0 | $0 |
| 2001-06 | $2,876 | $2,876 | $0 | $0 |
| 2001-07 | $2,876 | $2,876 | $0 | $0 |
| 2001-08 | $2,876 | $2,876 | $0 | $0 |
| 2001-09 | $2,932 | $2,932 | $0 | $0 |
| 2001-10 | $2,932 | $2,932 | $0 | $0 |
| 2001-11 | $0 | $0 | $0 | $0 |
| 2001-12 | $0 | $0 | $0 | $0 |
| 2002-01 | $3,078 | $3,078 | $0 | $0 |
| 2002-02 | $3,078 | $3,078 | $0 | $0 |
| 2002-03 | $3,078 | $3,078 | $0 | $0 |
| 2002-04 | $3,078 | $3,078 | $0 | $0 |
| 2002-05 | $3,078 | $3,078 | $0 | $0 |
| 2002-06 | $3,078 | $3,078 | $0 | $0 |
| 2002-07 | $3,078 | $3,078 | $0 | $0 |
| 2002-08 | $3,454 | $3,078 | $376 | $376 |
| 2002-09 | $3,751 | $3,270 | $481 | $857 |
| 2002-10 | $3,792 | $3,270 | $522 | $1,379 |
| 2002-11 | $3,792 | $3,270 | $522 | $1,901 |
| 2002-12 | $3,792 | $3,270 | $522 | $2,423 |
| 2003-01 | $3,792 | $3,270 | $522 | $2,945 |
| 2003-02 | $3,792 | $3,270 | $522 | $3,467 |
| 2003-03 | $3,792 | $3,270 | $522 | $3,989 |
| 2003-04 | $0 | $0 | $0 | $3,989 |
| 2003-05 | $0 | $0 | $0 | $3,989 |
| 2003-06 | $3,792 | $2,084 | $1,708 | $5,697 |
| 2003-07 | $3,792 | $501 | $3,291 | $8,988 |
| 2003-08 | $3,792 | $501 | $3,291 | $12,279 |
| 2003-09 | $3,792 | $501 | $3,291 | $15,570 |
| 2003-10 | $3,792 | $501 | $3,291 | $18,861 |
| 2003-11 | $3,792 | $501 | $3,291 | $22,152 |
| 2003-12 | $3,914 | $501 | $3,412 | $25,564 |
| 2004-01 | $3,914 | $835 | $3,079 | $28,643 |
| 2004-02 | $3,914 | $835 | $3,079 | $31,722 |
| 2004-03 | $3,978 | $835 | $3,143 | $34,865 |

**Exhibit A to**
**S. Heyward's Findings of Fact**

**Exhibit A --**
**Monthly Backpay Damages**

| Month | Counterfactual Monthly Earnings | Monthly Mitigation | Monthly Damages | Cumulative Damages |
|---|---|---|---|---|
| 2004-04 | $3,978 | $835 | $3,143 | $38,008 |
| 2004-05 | $3,978 | $835 | $3,143 | $41,151 |
| 2004-06 | $3,978 | $835 | $3,143 | $44,294 |
| 2004-07 | $3,978 | $835 | $3,143 | $47,437 |
| 2004-08 | $3,978 | $835 | $3,143 | $50,580 |
| 2004-09 | $3,978 | $835 | $3,143 | $53,723 |
| 2004-10 | $3,978 | $835 | $3,143 | $56,866 |
| 2004-11 | $3,978 | $835 | $3,143 | $60,009 |
| 2004-12 | $4,216 | $835 | $3,381 | $63,390 |
| 2005-01 | $4,237 | $2,512 | $1,725 | $65,115 |
| 2005-02 | $4,237 | $2,512 | $1,725 | $66,840 |
| 2005-03 | $4,469 | $2,512 | $1,956 | $68,796 |
| 2005-04 | $4,469 | $2,512 | $1,956 | $70,752 |
| 2005-05 | $4,469 | $2,512 | $1,956 | $72,708 |
| 2005-06 | $4,469 | $2,512 | $1,956 | $74,664 |
| 2005-07 | $4,469 | $2,512 | $1,956 | $76,620 |
| 2005-08 | $4,469 | $2,512 | $1,956 | $78,576 |
| 2005-09 | $4,469 | $2,512 | $1,956 | $80,532 |
| 2005-10 | $4,591 | $2,512 | $2,079 | $82,611 |
| 2005-11 | $4,843 | $2,512 | $2,331 | $84,942 |
| 2005-12 | $5,072 | $2,512 | $2,560 | $87,502 |
| 2006-01 | $5,072 | $3,295 | $1,777 | $89,279 |
| 2006-02 | $5,072 | $3,295 | $1,777 | $91,056 |
| 2006-03 | $5,343 | $3,295 | $2,049 | $93,105 |
| 2006-04 | $5,343 | $3,295 | $2,049 | $95,154 |
| 2006-05 | $5,343 | $3,295 | $2,049 | $97,203 |
| 2006-06 | $5,355 | $3,295 | $2,060 | $99,263 |
| 2006-07 | $5,355 | $3,295 | $2,060 | $101,323 |
| 2006-08 | $5,355 | $3,295 | $2,060 | $103,383 |
| 2006-09 | $5,355 | $3,295 | $2,060 | $105,443 |
| 2006-10 | $5,529 | $3,295 | $2,234 | $107,677 |
| 2006-11 | $5,529 | $3,295 | $2,234 | $109,911 |
| 2006-12 | $5,529 | $3,295 | $2,234 | $112,145 |
| 2007-01 | $5,529 | $3,808 | $1,721 | $113,866 |
| 2007-02 | $5,529 | $3,808 | $1,721 | $115,587 |
| 2007-03 | $5,529 | $3,808 | $1,721 | $117,308 |
| 2007-04 | $5,529 | $3,808 | $1,721 | $119,029 |
| 2007-05 | $5,529 | $3,808 | $1,721 | $120,750 |
| 2007-06 | $5,529 | $3,808 | $1,721 | $122,471 |
| 2007-07 | $5,529 | $3,808 | $1,721 | $124,192 |

**Exhibit A to**
**S. Heyward's Findings of Fact**

**Exhibit A --**
**Monthly Backpay Damages**

| Month | Counterfactual Monthly Earnings | Monthly Mitigation | Monthly Damages | Cumulative Damages |
|---|---|---|---|---|
| 2007-08 | $5,529 | $3,808 | $1,721 | $125,913 |
| 2007-09 | $5,529 | $3,808 | $1,721 | $127,634 |
| 2007-10 | $5,640 | $3,808 | $1,832 | $129,466 |
| 2007-11 | $5,640 | $3,808 | $1,832 | $131,298 |
| 2007-12 | $5,640 | $3,808 | $1,832 | $133,130 |
| 2008-01 | $5,640 | $4,214 | $1,426 | $134,556 |
| 2008-02 | $5,640 | $4,214 | $1,426 | $135,982 |
| 2008-03 | $5,640 | $4,214 | $1,426 | $137,408 |
| 2008-04 | $5,640 | $4,214 | $1,426 | $138,834 |
| 2008-05 | $5,922 | $4,214 | $1,708 | $140,542 |
| 2008-06 | $6,005 | $4,214 | $1,791 | $142,333 |
| 2008-07 | $6,005 | $4,214 | $1,791 | $144,124 |
| 2008-08 | $6,005 | $4,214 | $1,791 | $145,915 |
| 2008-09 | $6,005 | $4,214 | $1,791 | $147,706 |
| 2008-10 | $6,005 | $4,214 | $1,791 | $149,497 |
| 2008-11 | $6,005 | $4,214 | $1,791 | $151,288 |
| 2008-12 | $6,262 | $4,214 | $2,049 | $153,337 |
| 2009-01 | $6,262 | $4,514 | $1,748 | $155,085 |
| 2009-02 | $6,262 | $4,514 | $1,748 | $156,833 |
| 2009-03 | $6,262 | $4,514 | $1,748 | $158,581 |
| 2009-04 | $6,262 | $4,514 | $1,748 | $160,329 |
| 2009-05 | $6,262 | $4,514 | $1,748 | $162,077 |
| 2009-06 | $6,262 | $4,514 | $1,748 | $163,825 |
| 2009-07 | $6,262 | $4,514 | $1,748 | $165,573 |
| 2009-08 | $6,262 | $4,514 | $1,748 | $167,321 |
| 2009-09 | $6,262 | $4,514 | $1,748 | $169,069 |
| 2009-10 | $6,262 | $4,514 | $1,748 | $170,817 |
| 2009-11 | $6,262 | $4,514 | $1,748 | $172,565 |
| 2009-12 | $6,262 | $4,514 | $1,748 | $174,313 |
| 2010-01 | $6,262 | $4,777 | $1,485 | $175,798 |
| 2010-02 | $6,262 | $4,777 | $1,485 | $177,283 |
| 2010-03 | $6,262 | $4,777 | $1,485 | $178,768 |
| 2010-04 | $6,262 | $4,777 | $1,485 | $180,253 |
| 2010-05 | $6,262 | $4,777 | $1,485 | $181,738 |
| 2010-06 | $6,262 | $4,777 | $1,485 | $183,223 |
| 2010-07 | $6,262 | $4,777 | $1,485 | $184,708 |
| 2010-08 | $6,262 | $4,777 | $1,485 | $186,193 |
| 2010-09 | $6,262 | $4,777 | $1,485 | $187,678 |
| 2010-10 | $6,262 | $4,777 | $1,485 | $189,163 |
| 2010-11 | $6,262 | $4,777 | $1,485 | $190,648 |

**Exhibit A to**
**S. Heyward's Findings of Fact**

**Exhibit A --**
**Monthly Backpay Damages**

| Month | Counterfactual Monthly Earnings | Monthly Mitigation | Monthly Damages | Cumulative Damages |
|---|---|---|---|---|
| 2010-12 | $6,262 | $4,777 | $1,485 | $192,133 |
| 2011-01 | $6,262 | $4,979 | $1,283 | $193,416 |
| 2011-02 | $6,262 | $4,979 | $1,283 | $194,699 |
| 2011-03 | $6,262 | $4,979 | $1,283 | $195,982 |
| 2011-04 | $6,262 | $4,979 | $1,283 | $197,265 |
| 2011-05 | $6,262 | $4,979 | $1,283 | $198,548 |
| 2011-06 | $6,262 | $4,979 | $1,283 | $199,831 |
| 2011-07 | $6,262 | $4,979 | $1,283 | $201,114 |
| 2011-08 | $6,262 | $4,979 | $1,283 | $202,397 |
| 2011-09 | $6,262 | $4,979 | $1,283 | $203,680 |
| 2011-10 | $6,262 | $4,979 | $1,283 | $204,963 |
| 2011-11 | $6,262 | $4,979 | $1,283 | $206,246 |
| 2011-12 | $6,438 | $4,979 | $1,458 | $207,704 |
| 2012-01 | $6,438 | $5,224 | $1,214 | $208,918 |
| 2012-02 | $6,438 | $5,224 | $1,214 | $210,132 |
| 2012-03 | $6,438 | $5,224 | $1,214 | $211,346 |
| 2012-04 | $6,438 | $5,224 | $1,214 | $212,560 |
| 2012-05 | $6,438 | $5,224 | $1,214 | $213,774 |
| 2012-06 | $6,438 | $5,224 | $1,214 | $214,988 |
| 2012-07 | $6,438 | $5,224 | $1,214 | $216,202 |
| 2012-08 | $6,438 | $5,224 | $1,214 | $217,416 |
| 2012-09 | $6,438 | $5,224 | $1,214 | $218,630 |
| 2012-10 | $6,438 | $5,224 | $1,214 | $219,844 |
| 2012-11 | $6,438 | $5,224 | $1,214 | $221,058 |
| 2012-12 | $6,438 | $5,224 | $1,214 | $222,272 |
| 2013-01 | $6,438 | $5,390 | $1,048 | $223,320 |
| 2013-02 | $6,438 | $5,390 | $1,048 | $224,368 |
| 2013-03 | $6,438 | $5,390 | $1,048 | $225,416 |
| 2013-04 | $6,438 | $5,390 | $1,048 | $226,464 |
| 2013-05 | $6,502 | $5,390 | $1,112 | $227,576 |
| 2013-06 | $6,502 | $5,390 | $1,112 | $228,688 |
| 2013-07 | $6,502 | $5,390 | $1,112 | $229,800 |
| 2013-08 | $6,502 | $5,390 | $1,112 | $230,912 |
| 2013-09 | $6,502 | $5,390 | $1,112 | $232,024 |
| 2013-10 | $6,502 | $5,390 | $1,112 | $233,136 |
| 2013-11 | $6,502 | $5,390 | $1,112 | $234,248 |
| 2013-12 | $6,876 | $5,390 | $1,486 | $235,734 |
| 2014-01 | $6,876 | $5,606 | $1,269 | $237,003 |
| 2014-02 | $6,876 | $5,606 | $1,269 | $238,272 |
| 2014-03 | $6,876 | $5,606 | $1,269 | $239,541 |

**Exhibit A to**
**S. Heyward's Findings of Fact**

**Exhibit A --**
**Monthly Backpay Damages**

| Month | Counterfactual Monthly Earnings | Monthly Mitigation | Monthly Damages | Cumulative Damages |
|---|---|---|---|---|
| 2014-04 | $6,876 | $5,606 | $1,269 | $240,810 |
| 2014-05 | $6,944 | $5,606 | $1,338 | $242,148 |
| 2014-06 | $6,944 | $5,606 | $1,338 | $243,486 |
| 2014-07 | $6,944 | $5,606 | $1,338 | $244,824 |
| 2014-08 | $6,944 | $5,606 | $1,338 | $246,162 |
| 2014-09 | $6,944 | $5,606 | $1,338 | $247,500 |
| 2014-10 | $6,944 | $5,606 | $1,338 | $248,838 |
| 2014-11 | $6,944 | $5,606 | $1,338 | $250,176 |
| 2014-12 | $6,944 | $5,606 | $1,338 | $251,514 |
| 2015-01 | $6,944 | $5,732 | $1,212 | $252,726 |
| 2015-02 | $6,944 | $5,732 | $1,212 | $253,938 |
| 2015-03 | $6,944 | $5,732 | $1,212 | $255,150 |
| 2015-04 | $6,944 | $5,732 | $1,212 | $256,362 |
| 2015-05 | $7,154 | $5,732 | $1,422 | $257,784 |
| 2015-06 | $7,154 | $5,732 | $1,422 | $259,206 |
| 2015-07 | $7,154 | $5,732 | $1,422 | $260,628 |
| 2015-08 | $7,154 | $5,732 | $1,422 | $262,050 |
| 2015-09 | $7,154 | $5,732 | $1,422 | $263,472 |
| 2015-10 | $7,154 | $5,732 | $1,422 | $264,894 |
| 2015-11 | $7,154 | $5,732 | $1,422 | $266,316 |
| 2015-12 | $7,154 | $5,732 | $1,422 | $267,738 |
| 2016-01 | $7,154 | $5,761 | $1,393 | $269,131 |
| 2016-02 | $7,154 | $5,761 | $1,393 | $270,524 |
| 2016-03 | $7,154 | $5,761 | $1,393 | $271,917 |
| 2016-04 | $7,154 | $5,761 | $1,393 | $273,310 |
| 2016-05 | $7,404 | $5,761 | $1,642 | $274,952 |
| 2016-06 | $7,404 | $5,761 | $1,642 | $276,594 |
| 2016-07 | $7,404 | $5,761 | $1,642 | $278,236 |
| 2016-08 | $7,404 | $5,761 | $1,642 | $279,878 |
| 2016-09 | $7,404 | $5,710 | $1,693 | $281,571 |
| 2016-10 | $7,404 | $5,710 | $1,693 | $283,264 |
| 2016-11 | $7,404 | $5,710 | $1,693 | $284,957 |
| 2016-12 | $7,509 | $5,710 | $1,799 | $286,756 |
| 2017-01 | $7,509 | $5,801 | $1,708 | $288,464 |
| 2017-02 | $7,509 | $5,801 | $1,708 | $290,172 |
| 2017-03 | $7,509 | $5,801 | $1,708 | $291,880 |
| 2017-04 | $7,509 | $5,801 | $1,708 | $293,588 |
| 2017-05 | $7,851 | $6,065 | $1,786 | $295,374 |
| 2017-06 | $7,851 | $6,065 | $1,786 | $297,160 |
| 2017-07 | $7,851 | $6,065 | $1,786 | $298,946 |

**Exhibit A to**
**S. Heyward's Findings of Fact**

**Exhibit A --**
**Monthly Backpay Damages**

| Month | Counterfactual Monthly Earnings | Monthly Mitigation | Monthly Damages | Cumulative Damages |
|---|---|---|---|---|
| 2017-08 | $7,851 | $6,065 | $1,786 | $300,732 |
| 2017-09 | $7,851 | $6,065 | $1,786 | $302,518 |
| 2017-10 | $7,851 | $6,065 | $1,786 | $304,304 |
| 2017-11 | $7,851 | $6,065 | $1,786 | $306,090 |
| 2017-12 | $7,851 | $6,065 | $1,786 | $307,876 |
| 2018-01 | $7,851 | $6,065 | $1,786 | $309,662 |
| 2018-02 | $7,851 | $6,065 | $1,786 | $311,448 |
| 2018-03 | $7,851 | $6,065 | $1,786 | $313,234 |
| 2018-04 | $7,851 | $6,065 | $1,786 | $315,020 |
| 2018-05 | $8,005 | $6,184 | $1,821 | $316,841 |
| 2018-06 | $8,245 | $6,369 | $1,876 | $318,717 |
| 2018-07 | $8,245 | $6,369 | $1,876 | $320,593 |
| 2018-08 | $8,245 | $6,369 | $1,876 | $322,469 |
| 2018-09 | $8,245 | $6,369 | $1,876 | $324,345 |
| 2018-10 | $8,245 | $6,369 | $1,876 | $326,221 |
| 2018-11 | $8,245 | $6,369 | $1,876 | $328,097 |
| 2018-12 | $9,102 | $6,369 | $2,733 | $330,830 |
| 2019-01 | $9,102 | $6,369 | $2,733 | $333,563 |
| 2019-02 | $9,102 | $6,497 | $2,605 | $336,168 |
| 2019-03 | $9,102 | $6,497 | $2,605 | $338,773 |
| 2019-04 | $9,102 | $6,497 | $2,605 | $341,378 |
| 2019-05 | $9,102 | $6,497 | $2,605 | $343,983 |
| 2019-06 | $9,102 | $6,497 | $2,605 | $346,588 |
| 2019-07 | $9,102 | $6,497 | $2,605 | $349,193 |
| 2019-08 | $9,102 | $6,497 | $2,605 | $351,798 |
| 2019-09 | $9,102 | $6,497 | $2,605 | $354,403 |
| 2019-10 | $9,102 | $6,497 | $2,605 | $357,008 |

**Exhibit A to**
**S. Heyward's Findings of Fact**

# EXHIBIT B:
# Counterfactual BOE Service and Salary History

**Exhibit B --**
**Counterfactual BOE Service and Salary History**

| Month | Title | Annual Salary |
|---|---|---|
| 2001-01 | Regularly Appointed Teacher | $34,514 |
| 2001-02 | Regularly Appointed Teacher | $34,514 |
| 2001-03 | Regularly Appointed Teacher | $34,514 |
| 2001-04 | Regularly Appointed Teacher | $34,514 |
| 2001-05 | Regularly Appointed Teacher | $34,514 |
| 2001-06 | Regularly Appointed Teacher | $34,514 |
| 2001-07 | Regularly Appointed Teacher | $34,514 |
| 2001-08 | Regularly Appointed Teacher | $34,514 |
| 2001-09 | Regularly Appointed Teacher | $35,178 |
| 2001-10 | Regularly Appointed Teacher | $35,178 |
| 2001-11 | Regularly Appointed Teacher / FMLA | $36,937 |
| 2001-12 | Regularly Appointed Teacher / FMLA | $36,937 |
| 2002-01 | Regularly Appointed Teacher | $36,937 |
| 2002-02 | Regularly Appointed Teacher | $36,937 |
| 2002-03 | Regularly Appointed Teacher | $36,937 |
| 2002-04 | Regularly Appointed Teacher | $36,937 |
| 2002-05 | Regularly Appointed Teacher | $36,937 |
| 2002-06 | Regularly Appointed Teacher | $36,937 |
| 2002-07 | Regularly Appointed Teacher | $36,937 |
| 2002-08 | Regularly Appointed Teacher | $41,452 |
| 2002-09 | Regularly Appointed Teacher | $45,011 |
| 2002-10 | Regularly Appointed Teacher | $45,506 |
| 2002-11 | Regularly Appointed Teacher | $45,506 |
| 2002-12 | Regularly Appointed Teacher | $45,506 |
| 2003-01 | Regularly Appointed Teacher | $45,506 |
| 2003-02 | Regularly Appointed Teacher | $45,506 |
| 2003-03 | Regularly Appointed Teacher | $45,506 |
| 2003-04 | Regularly Appointed Teacher | $45,506 |
| 2003-05 | Regularly Appointed Teacher | $45,506 |
| 2003-06 | Regularly Appointed Teacher | $45,506 |
| 2003-07 | Regularly Appointed Teacher | $45,506 |
| 2003-08 | Regularly Appointed Teacher | $45,506 |
| 2003-09 | Regularly Appointed Teacher | $45,506 |
| 2003-10 | Regularly Appointed Teacher | $45,506 |
| 2003-11 | Regularly Appointed Teacher | $45,506 |
| 2003-12 | Regularly Appointed Teacher | $46,962 |
| 2004-01 | Regularly Appointed Teacher | $46,962 |
| 2004-02 | Regularly Appointed Teacher | $46,962 |
| 2004-03 | Regularly Appointed Teacher | $47,734 |

**Exhibit B to**
**S. Heyward's Findings of Fact**

**Exhibit B --**
**Counterfactual BOE Service and Salary History**

| Month | Title | Annual Salary |
|---|---|---|
| 2004-04 | Regularly Appointed Teacher | $47,734 |
| 2004-05 | Regularly Appointed Teacher | $47,734 |
| 2004-06 | Regularly Appointed Teacher | $47,734 |
| 2004-07 | Regularly Appointed Teacher | $47,734 |
| 2004-08 | Regularly Appointed Teacher | $47,734 |
| 2004-09 | Regularly Appointed Teacher | $47,734 |
| 2004-10 | Regularly Appointed Teacher | $47,734 |
| 2004-11 | Regularly Appointed Teacher | $47,734 |
| 2004-12 | Regularly Appointed Teacher | $50,592 |
| 2005-01 | Regularly Appointed Teacher | $50,844 |
| 2005-02 | Regularly Appointed Teacher | $50,844 |
| 2005-03 | Regularly Appointed Teacher | $53,622 |
| 2005-04 | Regularly Appointed Teacher | $53,622 |
| 2005-05 | Regularly Appointed Teacher | $53,622 |
| 2005-06 | Regularly Appointed Teacher | $53,622 |
| 2005-07 | Regularly Appointed Teacher | $53,622 |
| 2005-08 | Regularly Appointed Teacher | $53,622 |
| 2005-09 | Regularly Appointed Teacher | $53,622 |
| 2005-10 | Regularly Appointed Teacher | $55,087 |
| 2005-11 | Regularly Appointed Teacher | $58,117 |
| 2005-12 | Regularly Appointed Teacher | $60,861 |
| 2006-01 | Regularly Appointed Teacher | $60,861 |
| 2006-02 | Regularly Appointed Teacher | $60,861 |
| 2006-03 | Regularly Appointed Teacher | $64,118 |
| 2006-04 | Regularly Appointed Teacher | $64,118 |
| 2006-05 | Regularly Appointed Teacher | $64,118 |
| 2006-06 | Regularly Appointed Teacher | $64,259 |
| 2006-07 | Regularly Appointed Teacher | $64,259 |
| 2006-08 | Regularly Appointed Teacher | $64,259 |
| 2006-09 | Regularly Appointed Teacher | $64,259 |
| 2006-10 | Regularly Appointed Teacher | $66,349 |
| 2006-11 | Regularly Appointed Teacher | $66,349 |
| 2006-12 | Regularly Appointed Teacher | $66,349 |
| 2007-01 | Regularly Appointed Teacher | $66,349 |
| 2007-02 | Regularly Appointed Teacher | $66,349 |
| 2007-03 | Regularly Appointed Teacher | $66,349 |
| 2007-04 | Regularly Appointed Teacher | $66,349 |
| 2007-05 | Regularly Appointed Teacher | $66,349 |
| 2007-06 | Regularly Appointed Teacher | $66,349 |
| 2007-07 | Regularly Appointed Teacher | $66,349 |

**Exhibit B to**
**S. Heyward's Findings of Fact**

**Exhibit B --**
**Counterfactual BOE Service and Salary History**

| Month | Title | Annual Salary |
|---|---|---|
| 2007-08 | Regularly Appointed Teacher | $66,349 |
| 2007-09 | Regularly Appointed Teacher | $66,349 |
| 2007-10 | Regularly Appointed Teacher | $67,677 |
| 2007-11 | Regularly Appointed Teacher | $67,677 |
| 2007-12 | Regularly Appointed Teacher | $67,677 |
| 2008-01 | Regularly Appointed Teacher | $67,677 |
| 2008-02 | Regularly Appointed Teacher | $67,677 |
| 2008-03 | Regularly Appointed Teacher | $67,677 |
| 2008-04 | Regularly Appointed Teacher | $67,677 |
| 2008-05 | Regularly Appointed Teacher | $71,060 |
| 2008-06 | Regularly Appointed Teacher | $72,060 |
| 2008-07 | Regularly Appointed Teacher | $72,060 |
| 2008-08 | Regularly Appointed Teacher | $72,060 |
| 2008-09 | Regularly Appointed Teacher | $72,060 |
| 2008-10 | Regularly Appointed Teacher | $72,060 |
| 2008-11 | Regularly Appointed Teacher | $72,060 |
| 2008-12 | Regularly Appointed Teacher | $75,149 |
| 2009-01 | Regularly Appointed Teacher | $75,149 |
| 2009-02 | Regularly Appointed Teacher | $75,149 |
| 2009-03 | Regularly Appointed Teacher | $75,149 |
| 2009-04 | Regularly Appointed Teacher | $75,149 |
| 2009-05 | Regularly Appointed Teacher | $75,149 |
| 2009-06 | Regularly Appointed Teacher | $75,149 |
| 2009-07 | Regularly Appointed Teacher | $75,149 |
| 2009-08 | Regularly Appointed Teacher | $75,149 |
| 2009-09 | Regularly Appointed Teacher | $75,149 |
| 2009-10 | Regularly Appointed Teacher | $75,149 |
| 2009-11 | Regularly Appointed Teacher | $75,149 |
| 2009-12 | Regularly Appointed Teacher | $75,149 |
| 2010-01 | Regularly Appointed Teacher | $75,149 |
| 2010-02 | Regularly Appointed Teacher | $75,149 |
| 2010-03 | Regularly Appointed Teacher | $75,149 |
| 2010-04 | Regularly Appointed Teacher | $75,149 |
| 2010-05 | Regularly Appointed Teacher | $75,149 |
| 2010-06 | Regularly Appointed Teacher | $75,149 |
| 2010-07 | Regularly Appointed Teacher | $75,149 |
| 2010-08 | Regularly Appointed Teacher | $75,149 |
| 2010-09 | Regularly Appointed Teacher | $75,149 |
| 2010-10 | Regularly Appointed Teacher | $75,149 |
| 2010-11 | Regularly Appointed Teacher | $75,149 |

**Exhibit B to**
**S. Heyward's Findings of Fact**

**Exhibit B --**
**Counterfactual BOE Service and Salary History**

| Month | Title | Annual Salary |
|---|---|---|
| 2010-12 | Regularly Appointed Teacher | $75,149 |
| 2011-01 | Regularly Appointed Teacher | $75,149 |
| 2011-02 | Regularly Appointed Teacher | $75,149 |
| 2011-03 | Regularly Appointed Teacher | $75,149 |
| 2011-04 | Regularly Appointed Teacher | $75,149 |
| 2011-05 | Regularly Appointed Teacher | $75,149 |
| 2011-06 | Regularly Appointed Teacher | $75,149 |
| 2011-07 | Regularly Appointed Teacher | $75,149 |
| 2011-08 | Regularly Appointed Teacher | $75,149 |
| 2011-09 | Regularly Appointed Teacher | $75,149 |
| 2011-10 | Regularly Appointed Teacher | $75,149 |
| 2011-11 | Regularly Appointed Teacher | $75,149 |
| 2011-12 | Regularly Appointed Teacher | $77,251 |
| 2012-01 | Regularly Appointed Teacher | $77,251 |
| 2012-02 | Regularly Appointed Teacher | $77,251 |
| 2012-03 | Regularly Appointed Teacher | $77,251 |
| 2012-04 | Regularly Appointed Teacher | $77,251 |
| 2012-05 | Regularly Appointed Teacher | $77,251 |
| 2012-06 | Regularly Appointed Teacher | $77,251 |
| 2012-07 | Regularly Appointed Teacher | $77,251 |
| 2012-08 | Regularly Appointed Teacher | $77,251 |
| 2012-09 | Regularly Appointed Teacher | $77,251 |
| 2012-10 | Regularly Appointed Teacher | $77,251 |
| 2012-11 | Regularly Appointed Teacher | $77,251 |
| 2012-12 | Regularly Appointed Teacher | $77,251 |
| 2013-01 | Regularly Appointed Teacher | $77,251 |
| 2013-02 | Regularly Appointed Teacher | $77,251 |
| 2013-03 | Regularly Appointed Teacher | $77,251 |
| 2013-04 | Regularly Appointed Teacher | $77,251 |
| 2013-05 | Regularly Appointed Teacher | $78,024 |
| 2013-06 | Regularly Appointed Teacher | $78,024 |
| 2013-07 | Regularly Appointed Teacher | $78,024 |
| 2013-08 | Regularly Appointed Teacher | $78,024 |
| 2013-09 | Regularly Appointed Teacher | $78,024 |
| 2013-10 | Regularly Appointed Teacher | $78,024 |
| 2013-11 | Regularly Appointed Teacher | $78,024 |
| 2013-12 | Regularly Appointed Teacher | $82,507 |
| 2014-01 | Regularly Appointed Teacher | $82,507 |
| 2014-02 | Regularly Appointed Teacher | $82,507 |
| 2014-03 | Regularly Appointed Teacher | $82,507 |

**Exhibit B to**
**S. Heyward's Findings of Fact**

**Exhibit B --**
**Counterfactual BOE Service and Salary History**

| Month | Title | Annual Salary |
|---|---|---|
| 2014-04 | Regularly Appointed Teacher | $82,507 |
| 2014-05 | Regularly Appointed Teacher | $83,333 |
| 2014-06 | Regularly Appointed Teacher | $83,333 |
| 2014-07 | Regularly Appointed Teacher | $83,333 |
| 2014-08 | Regularly Appointed Teacher | $83,333 |
| 2014-09 | Regularly Appointed Teacher | $83,333 |
| 2014-10 | Regularly Appointed Teacher | $83,333 |
| 2014-11 | Regularly Appointed Teacher | $83,333 |
| 2014-12 | Regularly Appointed Teacher | $83,333 |
| 2015-01 | Regularly Appointed Teacher | $83,333 |
| 2015-02 | Regularly Appointed Teacher | $83,333 |
| 2015-03 | Regularly Appointed Teacher | $83,333 |
| 2015-04 | Regularly Appointed Teacher | $83,333 |
| 2015-05 | Regularly Appointed Teacher | $85,849 |
| 2015-06 | Regularly Appointed Teacher | $85,849 |
| 2015-07 | Regularly Appointed Teacher | $85,849 |
| 2015-08 | Regularly Appointed Teacher | $85,849 |
| 2015-09 | Regularly Appointed Teacher | $85,849 |
| 2015-10 | Regularly Appointed Teacher | $85,849 |
| 2015-11 | Regularly Appointed Teacher | $85,849 |
| 2015-12 | Regularly Appointed Teacher | $85,849 |
| 2016-01 | Regularly Appointed Teacher | $85,849 |
| 2016-02 | Regularly Appointed Teacher | $85,849 |
| 2016-03 | Regularly Appointed Teacher | $85,849 |
| 2016-04 | Regularly Appointed Teacher / FMLA | $85,849 |
| 2016-05 | Regularly Appointed Teacher / FMLA | $88,844 |
| 2016-06 | Regularly Appointed Teacher | $88,844 |
| 2016-07 | Regularly Appointed Teacher | $88,844 |
| 2016-08 | Regularly Appointed Teacher | $88,844 |
| 2016-09 | Regularly Appointed Teacher | $88,844 |
| 2016-10 | Regularly Appointed Teacher | $88,844 |
| 2016-11 | Regularly Appointed Teacher | $88,844 |
| 2016-12 | Regularly Appointed Teacher | $90,111 |
| 2017-01 | Regularly Appointed Teacher | $90,111 |
| 2017-02 | Regularly Appointed Teacher | $90,111 |
| 2017-03 | Regularly Appointed Teacher | $90,111 |
| 2017-04 | Regularly Appointed Teacher | $90,111 |
| 2017-05 | Regularly Appointed Teacher | $94,211 |
| 2017-06 | Regularly Appointed Teacher | $94,211 |
| 2017-07 | Regularly Appointed Teacher | $94,211 |
| 2017-08 | Regularly Appointed Teacher | $94,211 |

**Exhibit B to**
**S. Heyward's Findings of Fact**

**Exhibit B --**
**Counterfactual BOE Service and Salary History**

| Month | Title | Annual Salary |
|---|---|---|
| 2017-09 | Regularly Appointed Teacher | $94,211 |
| 2017-10 | Regularly Appointed Teacher | $94,211 |
| 2017-11 | Regularly Appointed Teacher | $94,211 |
| 2017-12 | Regularly Appointed Teacher | $94,211 |
| 2018-01 | Regularly Appointed Teacher | $94,211 |
| 2018-02 | Regularly Appointed Teacher | $94,211 |
| 2018-03 | Regularly Appointed Teacher | $94,211 |
| 2018-04 | Regularly Appointed Teacher | $94,211 |
| 2018-05 | Regularly Appointed Teacher | $96,064 |
| 2018-06 | Regularly Appointed Teacher | $98,940 |
| 2018-07 | Regularly Appointed Teacher | $98,940 |
| 2018-08 | Regularly Appointed Teacher | $98,940 |
| 2018-09 | Regularly Appointed Teacher | $98,940 |
| 2018-10 | Regularly Appointed Teacher | $98,940 |
| 2018-11 | Regularly Appointed Teacher | $98,940 |
| 2018-12 | Regularly Appointed Teacher | $109,225 |
| 2019-01 | Regularly Appointed Teacher | $109,225 |
| 2019-02 | Regularly Appointed Teacher | $109,225 |
| 2019-03 | Regularly Appointed Teacher | $109,225 |
| 2019-04 | Regularly Appointed Teacher | $109,225 |
| 2019-05 | Regularly Appointed Teacher | $109,225 |
| 2019-06 | Regularly Appointed Teacher | $109,225 |
| 2019-07 | Regularly Appointed Teacher | $109,225 |
| 2019-08 | Regularly Appointed Teacher | $109,225 |
| 2019-09 | Regularly Appointed Teacher | $109,225 |
| 2019-10 | Regularly Appointed Teacher | $109,225 |

**Exhibit B to**
**S. Heyward's Findings of Fact**

# EXHIBIT C:
# Pre-Judgment Interest, Counterfactual Salary-Step Adjustment, and Tax-Component Award

**Exhibit C --**
**Pre-Judgment Interest,**
**Counterfactual Salary-Step Adjustment, and Tax-Component Award**

| Month of Judgment | Cumulative Backpay Interest | Cumulative LAST Fees Interest | Total Cumulative Pre-Judgment Interest | Counterfactual Salary-Step Adjustment | Tax-Component Award |
|---|---|---|---|---|---|
| 2019-10 | $42,245 | $193 | $42,438 | 8L | $41,948 |

**Exhibit C to**
**S. Heyward's Findings of Fact**

# Exhibit D is Filed Under Seal

# Exhibit E is Filed Under Seal

# Exhibit F is Filed Under Seal

# Exhibit G is Filed Under Seal