

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**GEORGIA M. PESTANA**
*Acting Corporation Counsel*

**Kevin Osowski**
Phone: (212) 356-5043
kosowski@law.nyc.gov

October 10, 2019

By ECF
Hon. Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:  *Gulino, et al. v. Bd. of Educ.* (96-cv-8414)

Dear Judge Wood:

    Counsel for Defendant respectfully submits this letter, with consent of Plaintiffs' counsel, in order to file the attached stipulation and attached exhibits on the ECF docket in this case.

    The stipulation attaches true and correct copies of certain documents generated during the remedial phase proceedings before the Special Master in this case and that have not previously been added to the ECF docket in this case. The parties stipulate to the addition of these materials on the docket so that they may be available to the Second Circuit in the pending appeal.

    Please let us know if the Court would prefer that the parties follow a different procedure for making these available to the Second Circuit.

    Respectfully submitted,

    /s/
Kevin Osowski
Assistant Corporation Counsel

cc (via ECF):    Joshua Sohn
    Stroock
    180 Maiden Lane
    New York, NY 10038
    *Counsel for Plaintiffs*