UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
ELSA GULINO, MAYLING RALPH, PETER WILDS,
and NIA GREENE, on behalf of themselves and all others
similarly situated,

       Plaintiffs,

  - against -

THE BOARD OF EDUCATION OF THE CITY
SCHOOL DISTRICT OF THE CITY OF NEW YORK,

       Defendant.
------------------------------------------------------------------- x

96 Civ. 8414 (KMW)

## STIPULATION DOCKETING EXHIBITS FOR PURPOSES OF THE RECORD ON APPEAL

Defendant, the Board of Education of the City School District of the City of New York ("BOE"), and Plaintiffs (collectively, the "Parties") have entered into the following Stipulation Docketing Exhibits for the Purposes of the Record on Appeal ("Stipulation").

The Parties stipulate that the exhibits to this stipulation (the "Exhibits"), which are listed below, are true and correct copies of documents or communications submitted to the Special Master for his consideration in this case, of transcripts of proceedings before the Special Master, of draft Interim Reports & Recommendations issued by the Special Master to which the parties were permitted to respond, or of other documents as described herein.

By entering into this Stipulation, neither Party waives its right to object to the designation of any Exhibit as a document to be included in the joint appendix or special appendix in the appeal of this action before the United States Court of Appeals for the Second Circuit, Docket No. 19-1162.

The Exhibits to which this stipulation applies are as follows:

- Exhibit 1: Defendant's February 17, 2015 "Memorandum of Law Relating to How Teacher Attrition Rates Reduces Damages," submitted to the Special Master

- Exhibit 2: Plaintiffs' February 24, 2015 "Memorandum of Law in Opposition to the Use of Average Attrition Rates to Reduce Individual Class Member's Backpay Awards," submitted to the Special Master

- Exhibit 3: Defendant's February 27, 2015 Reply Memorandum of Law submitted to the Special Master

- Exhibit 4: March 6, 2015 letter of Grace D. Kim to the Special Master

- Exhibit 5: March 6, 2015 letter of Joshua Sohn to the Special Master,

- Exhibit 6: March 23, 2015 submission of Christopher Erath to the Special Master

- Exhibit 7: March 23, 2015 submission of Thomas A. DiPrete to the Special Master

- Exhibit 8: April 7, 2015 addendum of Christopher Erath to his March 23, 2015 submission to the Special Master

- Exhibit 9: April 10, 2015 Draft Interim Report and Recommendation by the Special Master

- Exhibit 10: Defendant's April 22, 2015 objections to the Special Master's April 10, 2015 Draft Report & Recommendation

- Exhibit 11: Transcript of May 7, 2015 proceedings before the Special Master

- Exhibit 12: May 19, 2015 letter of William Fraenkel to the Special Master

- Exhibit 13: Plaintiffs' May 29, 2015 "Memorandum of Law in Opposition to the BOE's Motion to Deny Recovery of Damages by Class Members Who Were Not Appointed After Passing the LAST," submitted to the Special Master

- Exhibit 14: June 4, 2015 letter of William Fraenkel to the Special Master

- Exhibit 15: June 26, 2015 Draft Interim Report and Recommendation by the Special Master

- Exhibit 16: Defendant's July 10, 2015 objections to the Special Master's June 26, 2015 Draft Report & Recommendation

- Exhibit 17: November 19, 2015 submission of Christopher Erath to the Special Master

- Exhibit 18: November 19, 2015 letter of Joshua Sohn to the Special Master

- Exhibit 19: Transcript of November 20, 2015 proceedings before the Special Master

- Exhibit 20: November 21, 2016 letter of William Fraenkel to the Special Master

- Exhibit 21: Defendant's June 16, 2015 email to the Special Master regarding intervening passage of the LAST and effect of the March 25, 2015 Stipulation and Order

- Exhibit 22: LAST-1 Claim Form

- Exhibit 23: LAST-2 Claim Form

DATED: October 10, 2019

*(signature)*

Joshua S. Sohn
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400

Rachel V. Stevens
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500

*Counsel for Plaintiffs*

*(signature)*

Kevin Osowski
Office of the Corporation Counsel
 City of New York
100 Church Street
New York, New York 10007
Telephone: (212) 356-5043

*Counsel for Defendant*

3