# EXHIBIT A:

# Monthly Backpay Damages

**Exhibit A --**
**Monthly Backpay Damages**

| Month | Counterfactual Monthly Earnings | Monthly Mitigation | Monthly Damages | Cumulative Damages |
|---|---|---|---|---|
| 1998-08 | $2,714 | $1,168 | $1,546 | $1,546 |
| 1998-09 | $2,714 | $1,168 | $1,546 | $3,092 |
| 1998-10 | $2,769 | $1,168 | $1,600 | $4,692 |
| 1998-11 | $2,769 | $1,168 | $1,600 | $6,292 |
| 1998-12 | $2,769 | $1,170 | $1,598 | $7,890 |
| 1999-01 | $2,769 | $1,238 | $1,531 | $9,421 |
| 1999-02 | $2,820 | $1,238 | $1,582 | $11,003 |
| 1999-03 | $2,820 | $1,238 | $1,582 | $12,585 |
| 1999-04 | $2,877 | $1,238 | $1,639 | $14,224 |
| 1999-05 | $2,877 | $1,238 | $1,639 | $15,863 |
| 1999-06 | $2,877 | $1,238 | $1,639 | $17,502 |
| 1999-07 | $2,877 | $1,238 | $1,639 | $19,141 |
| 1999-08 | $2,969 | $1,238 | $1,731 | $20,872 |
| 1999-09 | $2,969 | $1,238 | $1,731 | $22,603 |
| 1999-10 | $2,969 | $1,238 | $1,731 | $24,334 |
| 1999-11 | $2,969 | $1,238 | $1,731 | $26,065 |
| 1999-12 | $3,075 | $1,238 | $1,837 | $27,902 |
| 2000-01 | $3,075 | $1,337 | $1,738 | $29,640 |
| 2000-02 | $3,266 | $1,337 | $1,929 | $31,569 |
| 2000-03 | $3,266 | $1,337 | $1,929 | $33,498 |
| 2000-04 | $3,266 | $1,337 | $1,929 | $35,427 |
| 2000-05 | $3,266 | $1,337 | $1,929 | $37,356 |
| 2000-06 | $3,266 | $1,337 | $1,929 | $39,285 |
| 2000-07 | $3,266 | $1,337 | $1,929 | $41,214 |
| 2000-08 | $3,458 | $1,337 | $2,120 | $43,334 |
| 2000-09 | $3,458 | $1,337 | $2,120 | $45,454 |
| 2000-10 | $3,458 | $1,337 | $2,120 | $47,574 |
| 2000-11 | $3,596 | $1,337 | $2,259 | $49,833 |
| 2000-12 | $3,596 | $1,337 | $2,259 | $52,092 |
| 2001-01 | $3,596 | $1,337 | $2,259 | $54,351 |
| 2001-02 | $4,173 | $3,124 | $1,049 | $55,400 |
| 2001-03 | $4,173 | $3,124 | $1,049 | $56,449 |
| 2001-04 | $4,173 | $3,124 | $1,049 | $57,498 |
| 2001-05 | $4,173 | $3,124 | $1,049 | $58,547 |
| 2001-06 | $4,173 | $3,124 | $1,049 | $59,596 |
| 2001-07 | $4,173 | $3,124 | $1,049 | $60,645 |
| 2001-08 | $4,173 | $3,124 | $1,049 | $61,694 |
| 2001-09 | $4,173 | $3,124 | $1,049 | $62,743 |
| 2001-10 | $4,173 | $3,124 | $1,049 | $63,792 |

**Exhibit A to**
**R. Arroyo's Findings of Fact**

**Exhibit A --**
**Monthly Backpay Damages**

| Month | Counterfactual Monthly Earnings | Monthly Mitigation | Monthly Damages | Cumulative Damages |
|---|---|---|---|---|
| 2001-11 | $4,382 | $3,280 | $1,102 | $64,894 |
| 2001-12 | $4,382 | $3,280 | $1,102 | $65,996 |
| 2002-01 | $4,382 | $3,280 | $1,102 | $67,098 |
| 2002-02 | $4,382 | $3,280 | $1,102 | $68,200 |
| 2002-03 | $4,382 | $3,338 | $1,044 | $69,244 |
| 2002-04 | $4,382 | $3,338 | $1,044 | $70,288 |
| 2002-05 | $4,382 | $3,338 | $1,044 | $71,332 |
| 2002-06 | $4,382 | $3,338 | $1,044 | $72,376 |
| 2002-07 | $4,382 | $3,338 | $1,044 | $73,420 |
| 2002-08 | $4,382 | $3,338 | $1,044 | $74,464 |
| 2002-09 | $4,662 | $3,546 | $1,116 | $75,580 |
| 2002-10 | $4,662 | $3,546 | $1,116 | $76,696 |
| 2002-11 | $4,662 | $3,546 | $1,116 | $77,812 |
| 2002-12 | $4,662 | $3,546 | $1,116 | $78,928 |
| 2003-01 | $4,662 | $3,546 | $1,116 | $80,044 |
| 2003-02 | $4,662 | $3,546 | $1,116 | $81,160 |
| 2003-03 | $4,662 | $3,608 | $1,054 | $82,214 |
| 2003-04 | $4,662 | $3,608 | $1,054 | $83,268 |
| 2003-05 | $4,662 | $3,608 | $1,054 | $84,322 |
| 2003-06 | $4,662 | $3,608 | $1,054 | $85,376 |
| 2003-07 | $4,662 | $3,608 | $1,054 | $86,430 |
| 2003-08 | $4,662 | $3,608 | $1,054 | $87,484 |
| 2003-09 | $4,662 | $0 | $4,662 | $92,146 |
| 2003-10 | $4,662 | $142 | $4,520 | $96,666 |
| 2003-11 | $4,662 | $142 | $4,520 | $101,186 |
| 2003-12 | $4,755 | $142 | $4,613 | $105,799 |
| 2004-01 | $4,755 | $914 | $3,841 | $109,640 |
| 2004-02 | $4,755 | $914 | $3,841 | $113,481 |
| 2004-03 | $4,755 | $914 | $3,841 | $117,322 |
| 2004-04 | $4,755 | $914 | $3,841 | $121,163 |
| 2004-05 | $4,755 | $914 | $3,841 | $125,004 |
| 2004-06 | $4,755 | $914 | $3,841 | $128,845 |
| 2004-07 | $4,755 | $914 | $3,841 | $132,686 |
| 2004-08 | $4,755 | $914 | $3,841 | $136,527 |
| 2004-09 | $4,755 | $1,725 | $3,030 | $139,557 |
| 2004-10 | $4,755 | $1,725 | $3,030 | $142,587 |
| 2004-11 | $4,755 | $1,725 | $3,030 | $145,617 |
| 2004-12 | $4,922 | $1,725 | $3,197 | $148,814 |
| 2005-01 | $4,922 | $1,881 | $3,041 | $151,855 |
| 2005-02 | $4,922 | $1,881 | $3,041 | $154,896 |

**Exhibit A --**
**Monthly Backpay Damages**

| Month | Counterfactual Monthly Earnings | Monthly Mitigation | Monthly Damages | Cumulative Damages |
|---|---|---|---|---|
| 2005-03 | $4,922 | $1,881 | $3,041 | $157,937 |
| 2005-04 | $4,922 | $1,881 | $3,041 | $160,978 |
| 2005-05 | $4,922 | $1,881 | $3,041 | $164,019 |
| 2005-06 | $4,922 | $1,881 | $3,041 | $167,060 |
| 2005-07 | $4,922 | $1,881 | $3,041 | $170,101 |
| 2005-08 | $4,922 | $1,881 | $3,041 | $173,142 |
| 2005-09 | $4,922 | $4,922 | $0 | $173,142 |
| 2005-10 | $4,922 | $4,922 | $0 | $173,142 |
| 2005-11 | $5,192 | $5,192 | $0 | $173,142 |
| 2005-12 | $5,192 | $5,192 | $0 | $173,142 |
| 2006-01 | $5,192 | $5,192 | $0 | $173,142 |
| 2006-02 | $5,192 | $5,192 | $0 | $173,142 |
| 2006-03 | $5,192 | $5,192 | $0 | $173,142 |
| 2006-04 | $5,192 | $5,192 | $0 | $173,142 |
| 2006-05 | $5,192 | $5,192 | $0 | $173,142 |
| 2006-06 | $5,192 | $5,192 | $0 | $173,142 |
| 2006-07 | $5,192 | $5,192 | $0 | $173,142 |
| 2006-08 | $5,192 | $5,192 | $0 | $173,142 |
| 2006-09 | $5,192 | $5,192 | $0 | $173,142 |
| 2006-10 | $5,361 | $5,361 | $0 | $173,142 |
| 2006-11 | $5,361 | $5,361 | $0 | $173,142 |
| 2006-12 | $5,361 | $5,361 | $0 | $173,142 |
| 2007-01 | $5,361 | $5,361 | $0 | $173,142 |
| 2007-02 | $5,361 | $5,361 | $0 | $173,142 |
| 2007-03 | $5,361 | $5,361 | $0 | $173,142 |
| 2007-04 | $5,361 | $5,361 | $0 | $173,142 |
| 2007-05 | $5,361 | $5,361 | $0 | $173,142 |
| 2007-06 | $5,361 | $5,361 | $0 | $173,142 |
| 2007-07 | $5,361 | $5,361 | $0 | $173,142 |
| 2007-08 | $5,361 | $5,361 | $0 | $173,142 |
| 2007-09 | $5,361 | $5,361 | $0 | $173,142 |
| 2007-10 | $5,468 | $5,468 | $0 | $173,142 |
| 2007-11 | $5,468 | $5,468 | $0 | $173,142 |
| 2007-12 | $5,468 | $5,468 | $0 | $173,142 |
| 2008-01 | $5,468 | $5,468 | $0 | $173,142 |
| 2008-02 | $5,468 | $5,468 | $0 | $173,142 |
| 2008-03 | $5,468 | $5,468 | $0 | $173,142 |
| 2008-04 | $5,468 | $5,468 | $0 | $173,142 |
| 2008-05 | $5,742 | $5,825 | $0 | $173,142 |
| 2008-06 | $5,742 | $5,825 | $0 | $173,142 |

**Exhibit A --**
**Monthly Backpay Damages**

| Month | Counterfactual Monthly Earnings | Monthly Mitigation | Monthly Damages | Cumulative Damages |
|---|---|---|---|---|
| 2008-07 | $5,825 | $5,825 | $0 | $173,142 |
| 2008-08 | $6,083 | $5,825 | $257 | $173,399 |
| 2008-09 | $6,083 | $5,825 | $257 | $173,656 |
| 2008-10 | $6,083 | $5,825 | $257 | $173,913 |
| 2008-11 | $6,083 | $5,825 | $257 | $174,170 |
| 2008-12 | $6,083 | $5,825 | $257 | $174,427 |
| 2009-01 | $6,083 | $5,825 | $257 | $174,684 |
| 2009-02 | $6,083 | $6,083 | $0 | $174,684 |
| 2009-03 | $6,083 | $6,083 | $0 | $174,684 |
| 2009-04 | $6,083 | $6,083 | $0 | $174,684 |
| 2009-05 | $6,083 | $6,083 | $0 | $174,684 |
| 2009-06 | $6,083 | $6,083 | $0 | $174,684 |
| 2009-07 | $6,083 | $6,083 | $0 | $174,684 |
| 2009-08 | $6,083 | $6,083 | $0 | $174,684 |
| 2009-09 | $6,083 | $6,083 | $0 | $174,684 |
| 2009-10 | $6,083 | $6,083 | $0 | $174,684 |
| 2009-11 | $6,083 | $6,083 | $0 | $174,684 |
| 2009-12 | $6,083 | $6,083 | $0 | $174,684 |
| 2010-01 | $6,083 | $6,083 | $0 | $174,684 |
| 2010-02 | $6,083 | $6,083 | $0 | $174,684 |
| 2010-03 | $6,083 | $6,083 | $0 | $174,684 |
| 2010-04 | $6,083 | $6,083 | $0 | $174,684 |
| 2010-05 | $6,083 | $6,083 | $0 | $174,684 |
| 2010-06 | $6,083 | $6,083 | $0 | $174,684 |
| 2010-07 | $6,083 | $6,083 | $0 | $174,684 |
| 2010-08 | $6,083 | $6,083 | $0 | $174,684 |
| 2010-09 | $6,083 | $6,083 | $0 | $174,684 |
| 2010-10 | $6,083 | $6,083 | $0 | $174,684 |
| 2010-11 | $6,083 | $6,083 | $0 | $174,684 |
| 2010-12 | $6,083 | $6,083 | $0 | $174,684 |
| 2011-01 | $6,083 | $6,083 | $0 | $174,684 |
| 2011-02 | $6,083 | $6,083 | $0 | $174,684 |
| 2011-03 | $6,083 | $6,083 | $0 | $174,684 |
| 2011-04 | $6,083 | $6,083 | $0 | $174,684 |
| 2011-05 | $6,083 | $6,083 | $0 | $174,684 |
| 2011-06 | $6,083 | $6,083 | $0 | $174,684 |
| 2011-07 | $6,083 | $6,083 | $0 | $174,684 |
| 2011-08 | $6,258 | $6,083 | $175 | $174,859 |
| 2011-09 | $6,258 | $6,083 | $175 | $175,034 |
| 2011-10 | $6,258 | $6,083 | $175 | $175,209 |

**Exhibit A --**
**Monthly Backpay Damages**

| Month | Counterfactual Monthly Earnings | Monthly Mitigation | Monthly Damages | Cumulative Damages |
|---|---|---|---|---|
| 2011-11 | $6,258 | $6,083 | $175 | $175,384 |
| 2011-12 | $6,258 | $6,083 | $175 | $175,559 |
| 2012-01 | $6,258 | $6,083 | $175 | $175,734 |
| 2012-02 | $6,258 | $6,258 | $0 | $175,734 |
| 2012-03 | $6,258 | $6,258 | $0 | $175,734 |
| 2012-04 | $6,258 | $6,258 | $0 | $175,734 |
| 2012-05 | $6,258 | $6,258 | $0 | $175,734 |
| 2012-06 | $6,258 | $6,258 | $0 | $175,734 |
| 2012-07 | $6,258 | $6,258 | $0 | $175,734 |
| 2012-08 | $6,258 | $6,258 | $0 | $175,734 |
| 2012-09 | $6,258 | $6,258 | $0 | $175,734 |
| 2012-10 | $6,258 | $6,258 | $0 | $175,734 |
| 2012-11 | $6,258 | $6,258 | $0 | $175,734 |
| 2012-12 | $6,258 | $6,258 | $0 | $175,734 |
| 2013-01 | $6,258 | $6,258 | $0 | $175,734 |
| 2013-02 | $6,258 | $6,258 | $0 | $175,734 |
| 2013-03 | $6,258 | $6,258 | $0 | $175,734 |
| 2013-04 | $6,258 | $6,258 | $0 | $175,734 |
| 2013-05 | $6,320 | $6,320 | $0 | $175,734 |
| 2013-06 | $6,320 | $6,320 | $0 | $175,734 |
| 2013-07 | $6,320 | $6,320 | $0 | $175,734 |
| 2013-08 | $6,694 | $6,320 | $374 | $176,108 |
| 2013-09 | $6,694 | $6,320 | $374 | $176,482 |
| 2013-10 | $6,694 | $6,320 | $374 | $176,856 |
| 2013-11 | $6,694 | $6,320 | $374 | $177,230 |
| 2013-12 | $6,694 | $6,320 | $374 | $177,604 |
| 2014-01 | $6,694 | $6,320 | $374 | $177,978 |
| 2014-02 | $6,694 | $6,694 | $0 | $177,978 |
| 2014-03 | $6,694 | $6,694 | $0 | $177,978 |
| 2014-04 | $6,694 | $6,694 | $0 | $177,978 |
| 2014-05 | $6,761 | $6,761 | $0 | $177,978 |
| 2014-06 | $6,761 | $6,761 | $0 | $177,978 |
| 2014-07 | $6,761 | $6,761 | $0 | $177,978 |
| 2014-08 | $6,761 | $6,761 | $0 | $177,978 |
| 2014-09 | $6,761 | $6,761 | $0 | $177,978 |
| 2014-10 | $6,761 | $6,761 | $0 | $177,978 |
| 2014-11 | $6,761 | $6,761 | $0 | $177,978 |
| 2014-12 | $6,761 | $6,761 | $0 | $177,978 |
| 2015-01 | $6,761 | $6,761 | $0 | $177,978 |
| 2015-02 | $6,761 | $6,761 | $0 | $177,978 |

**Exhibit A --**
**Monthly Backpay Damages**

| Month | Counterfactual Monthly Earnings | Monthly Mitigation | Monthly Damages | Cumulative Damages |
|---|---|---|---|---|
| 2015-03 | $6,761 | $6,761 | $0 | $177,978 |
| 2015-04 | $6,761 | $6,761 | $0 | $177,978 |
| 2015-05 | $6,965 | $6,965 | $0 | $177,978 |
| 2015-06 | $6,965 | $6,965 | $0 | $177,978 |
| 2015-07 | $6,965 | $6,965 | $0 | $177,978 |
| 2015-08 | $6,965 | $6,965 | $0 | $177,978 |
| 2015-09 | $6,965 | $6,965 | $0 | $177,978 |
| 2015-10 | $6,965 | $6,965 | $0 | $177,978 |
| 2015-11 | $6,965 | $6,965 | $0 | $177,978 |
| 2015-12 | $6,965 | $6,965 | $0 | $177,978 |
| 2016-01 | $6,965 | $6,965 | $0 | $177,978 |
| 2016-02 | $6,965 | $6,965 | $0 | $177,978 |
| 2016-03 | $6,965 | $6,965 | $0 | $177,978 |
| 2016-04 | $6,965 | $6,965 | $0 | $177,978 |
| 2016-05 | $7,208 | $7,208 | $0 | $177,978 |
| 2016-06 | $7,208 | $7,208 | $0 | $177,978 |
| 2016-07 | $7,208 | $7,208 | $0 | $177,978 |
| 2016-08 | $7,314 | $7,208 | $106 | $178,084 |
| 2016-09 | $7,314 | $7,208 | $106 | $178,190 |
| 2016-10 | $7,314 | $7,208 | $106 | $178,296 |
| 2016-11 | $7,314 | $7,208 | $106 | $178,402 |
| 2016-12 | $7,314 | $7,208 | $106 | $178,508 |
| 2017-01 | $7,314 | $7,208 | $106 | $178,614 |

# EXHIBIT B:
## Counterfactual BOE Service and Salary History

**Exhibit B --**
**Counterfactual BOE Service and Salary History**

| Month | Title | Annual Salary |
|-------|-------|---------------|
| 1998-08 | Regularly Appointed Teacher | $32,573 |
| 1998-09 | Regularly Appointed Teacher | $32,573 |
| 1998-10 | Regularly Appointed Teacher | $33,224 |
| 1998-11 | Regularly Appointed Teacher | $33,224 |
| 1998-12 | Regularly Appointed Teacher | $33,224 |
| 1999-01 | Regularly Appointed Teacher | $33,224 |
| 1999-02 | Regularly Appointed Teacher | $33,842 |
| 1999-03 | Regularly Appointed Teacher | $33,842 |
| 1999-04 | Regularly Appointed Teacher | $34,519 |
| 1999-05 | Regularly Appointed Teacher | $34,519 |
| 1999-06 | Regularly Appointed Teacher | $34,519 |
| 1999-07 | Regularly Appointed Teacher | $34,519 |
| 1999-08 | Regularly Appointed Teacher | $35,624 |
| 1999-09 | Regularly Appointed Teacher | $35,624 |
| 1999-10 | Regularly Appointed Teacher | $35,624 |
| 1999-11 | Regularly Appointed Teacher | $35,624 |
| 1999-12 | Regularly Appointed Teacher | $36,899 |
| 2000-01 | Regularly Appointed Teacher | $36,899 |
| 2000-02 | Regularly Appointed Teacher | $39,194 |
| 2000-03 | Regularly Appointed Teacher | $39,194 |
| 2000-04 | Regularly Appointed Teacher | $39,194 |
| 2000-05 | Regularly Appointed Teacher | $39,194 |
| 2000-06 | Regularly Appointed Teacher | $39,194 |
| 2000-07 | Regularly Appointed Teacher | $39,194 |
| 2000-08 | Regularly Appointed Teacher | $41,490 |
| 2000-09 | Regularly Appointed Teacher | $41,490 |
| 2000-10 | Regularly Appointed Teacher | $41,490 |
| 2000-11 | Regularly Appointed Teacher | $43,150 |
| 2000-12 | Regularly Appointed Teacher | $43,150 |
| 2001-01 | Regularly Appointed Teacher | $43,150 |
| 2001-02 | Regularly Appointed Teacher | $50,078 |
| 2001-03 | Regularly Appointed Teacher | $50,078 |
| 2001-04 | Regularly Appointed Teacher | $50,078 |
| 2001-05 | Regularly Appointed Teacher | $50,078 |
| 2001-06 | Regularly Appointed Teacher | $50,078 |
| 2001-07 | Regularly Appointed Teacher | $50,078 |
| 2001-08 | Regularly Appointed Teacher | $50,078 |
| 2001-09 | Regularly Appointed Teacher | $50,078 |
| 2001-10 | Regularly Appointed Teacher | $50,078 |

**Exhibit B --**
**Counterfactual BOE Service and Salary History**

| Month | Title | Annual Salary |
|---|---|---|
| 2001-11 | Regularly Appointed Teacher | $52,582 |
| 2001-12 | Regularly Appointed Teacher | $52,582 |
| 2002-01 | Regularly Appointed Teacher | $52,582 |
| 2002-02 | Regularly Appointed Teacher | $52,582 |
| 2002-03 | Regularly Appointed Teacher | $52,582 |
| 2002-04 | Regularly Appointed Teacher | $52,582 |
| 2002-05 | Regularly Appointed Teacher | $52,582 |
| 2002-06 | Regularly Appointed Teacher | $52,582 |
| 2002-07 | Regularly Appointed Teacher | $52,582 |
| 2002-08 | Regularly Appointed Teacher | $52,582 |
| 2002-09 | Regularly Appointed Teacher | $55,942 |
| 2002-10 | Regularly Appointed Teacher | $55,942 |
| 2002-11 | Regularly Appointed Teacher | $55,942 |
| 2002-12 | Regularly Appointed Teacher | $55,942 |
| 2003-01 | Regularly Appointed Teacher | $55,942 |
| 2003-02 | Regularly Appointed Teacher | $55,942 |
| 2003-03 | Regularly Appointed Teacher | $55,942 |
| 2003-04 | Regularly Appointed Teacher | $55,942 |
| 2003-05 | Regularly Appointed Teacher | $55,942 |
| 2003-06 | Regularly Appointed Teacher | $55,942 |
| 2003-07 | Regularly Appointed Teacher | $55,942 |
| 2003-08 | Regularly Appointed Teacher | $55,942 |
| 2003-09 | Regularly Appointed Teacher | $55,942 |
| 2003-10 | Regularly Appointed Teacher | $55,942 |
| 2003-11 | Regularly Appointed Teacher | $55,942 |
| 2003-12 | Regularly Appointed Teacher | $57,061 |
| 2004-01 | Regularly Appointed Teacher | $57,061 |
| 2004-02 | Regularly Appointed Teacher | $57,061 |
| 2004-03 | Regularly Appointed Teacher | $57,061 |
| 2004-04 | Regularly Appointed Teacher | $57,061 |
| 2004-05 | Regularly Appointed Teacher | $57,061 |
| 2004-06 | Regularly Appointed Teacher | $57,061 |
| 2004-07 | Regularly Appointed Teacher | $57,061 |
| 2004-08 | Regularly Appointed Teacher | $57,061 |
| 2004-09 | Regularly Appointed Teacher | $57,061 |
| 2004-10 | Regularly Appointed Teacher | $57,061 |
| 2004-11 | Regularly Appointed Teacher | $57,061 |
| 2004-12 | Regularly Appointed Teacher | $59,058 |
| 2005-01 | Regularly Appointed Teacher | $59,058 |
| 2005-02 | Regularly Appointed Teacher | $59,058 |

**Exhibit B --**
**Counterfactual BOE Service and Salary History**

| Month | Title | Annual Salary |
|---|---|---|
| 2005-03 | Regularly Appointed Teacher | $59,058 |
| 2005-04 | Regularly Appointed Teacher | $59,058 |
| 2005-05 | Regularly Appointed Teacher | $59,058 |
| 2005-06 | Regularly Appointed Teacher | $59,058 |
| 2005-07 | Regularly Appointed Teacher | $59,058 |
| 2005-08 | Regularly Appointed Teacher | $59,058 |
| 2005-09 | Regularly Appointed Teacher | $59,058 |
| 2005-10 | Regularly Appointed Teacher | $59,058 |
| 2005-11 | Regularly Appointed Teacher | $62,306 |
| 2005-12 | Regularly Appointed Teacher | $62,306 |
| 2006-01 | Regularly Appointed Teacher | $62,306 |
| 2006-02 | Regularly Appointed Teacher | $62,306 |
| 2006-03 | Regularly Appointed Teacher | $62,306 |
| 2006-04 | Regularly Appointed Teacher | $62,306 |
| 2006-05 | Regularly Appointed Teacher | $62,306 |
| 2006-06 | Regularly Appointed Teacher | $62,306 |
| 2006-07 | Regularly Appointed Teacher | $62,306 |
| 2006-08 | Regularly Appointed Teacher | $62,306 |
| 2006-09 | Regularly Appointed Teacher | $62,306 |
| 2006-10 | Regularly Appointed Teacher | $64,333 |
| 2006-11 | Regularly Appointed Teacher | $64,333 |
| 2006-12 | Regularly Appointed Teacher | $64,333 |
| 2007-01 | Regularly Appointed Teacher | $64,333 |
| 2007-02 | Regularly Appointed Teacher | $64,333 |
| 2007-03 | Regularly Appointed Teacher | $64,333 |
| 2007-04 | Regularly Appointed Teacher | $64,333 |
| 2007-05 | Regularly Appointed Teacher | $64,333 |
| 2007-06 | Regularly Appointed Teacher | $64,333 |
| 2007-07 | Regularly Appointed Teacher | $64,333 |
| 2007-08 | Regularly Appointed Teacher | $64,333 |
| 2007-09 | Regularly Appointed Teacher | $64,333 |
| 2007-10 | Regularly Appointed Teacher | $65,620 |
| 2007-11 | Regularly Appointed Teacher | $65,620 |
| 2007-12 | Regularly Appointed Teacher | $65,620 |
| 2008-01 | Regularly Appointed Teacher | $65,620 |
| 2008-02 | Regularly Appointed Teacher | $65,620 |
| 2008-03 | Regularly Appointed Teacher | $65,620 |
| 2008-04 | Regularly Appointed Teacher | $65,620 |
| 2008-05 | Regularly Appointed Teacher | $68,901 |
| 2008-06 | Regularly Appointed Teacher | $68,901 |

**Exhibit B --**
**Counterfactual BOE Service and Salary History**

| Month | Title | Annual Salary |
|-------|-------|---------------|
| 2008-07 | Regularly Appointed Teacher | $69,901 |
| 2008-08 | Regularly Appointed Teacher | $72,990 |
| 2008-09 | Regularly Appointed Teacher | $72,990 |
| 2008-10 | Regularly Appointed Teacher | $72,990 |
| 2008-11 | Regularly Appointed Teacher | $72,990 |
| 2008-12 | Regularly Appointed Teacher | $72,990 |
| 2009-01 | Regularly Appointed Teacher | $72,990 |
| 2009-02 | Regularly Appointed Teacher | $72,990 |
| 2009-03 | Regularly Appointed Teacher | $72,990 |
| 2009-04 | Regularly Appointed Teacher | $72,990 |
| 2009-05 | Regularly Appointed Teacher | $72,990 |
| 2009-06 | Regularly Appointed Teacher | $72,990 |
| 2009-07 | Regularly Appointed Teacher | $72,990 |
| 2009-08 | Regularly Appointed Teacher | $72,990 |
| 2009-09 | Regularly Appointed Teacher | $72,990 |
| 2009-10 | Regularly Appointed Teacher | $72,990 |
| 2009-11 | Regularly Appointed Teacher | $72,990 |
| 2009-12 | Regularly Appointed Teacher | $72,990 |
| 2010-01 | Regularly Appointed Teacher | $72,990 |
| 2010-02 | Regularly Appointed Teacher | $72,990 |
| 2010-03 | Regularly Appointed Teacher | $72,990 |
| 2010-04 | Regularly Appointed Teacher | $72,990 |
| 2010-05 | Regularly Appointed Teacher | $72,990 |
| 2010-06 | Regularly Appointed Teacher | $72,990 |
| 2010-07 | Regularly Appointed Teacher | $72,990 |
| 2010-08 | Regularly Appointed Teacher | $72,990 |
| 2010-09 | Regularly Appointed Teacher | $72,990 |
| 2010-10 | Regularly Appointed Teacher | $72,990 |
| 2010-11 | Regularly Appointed Teacher | $72,990 |
| 2010-12 | Regularly Appointed Teacher | $72,990 |
| 2011-01 | Regularly Appointed Teacher | $72,990 |
| 2011-02 | Regularly Appointed Teacher | $72,990 |
| 2011-03 | Regularly Appointed Teacher | $72,990 |
| 2011-04 | Regularly Appointed Teacher | $72,990 |
| 2011-05 | Regularly Appointed Teacher | $72,990 |
| 2011-06 | Regularly Appointed Teacher | $72,990 |
| 2011-07 | Regularly Appointed Teacher | $72,990 |
| 2011-08 | Regularly Appointed Teacher | $75,092 |
| 2011-09 | Regularly Appointed Teacher | $75,092 |
| 2011-10 | Regularly Appointed Teacher | $75,092 |

**Exhibit B --**
**Counterfactual BOE Service and Salary History**

| Month | Title | Annual Salary |
|---|---|---|
| 2011-11 | Regularly Appointed Teacher | $75,092 |
| 2011-12 | Regularly Appointed Teacher | $75,092 |
| 2012-01 | Regularly Appointed Teacher | $75,092 |
| 2012-02 | Regularly Appointed Teacher | $75,092 |
| 2012-03 | Regularly Appointed Teacher | $75,092 |
| 2012-04 | Regularly Appointed Teacher | $75,092 |
| 2012-05 | Regularly Appointed Teacher | $75,092 |
| 2012-06 | Regularly Appointed Teacher | $75,092 |
| 2012-07 | Regularly Appointed Teacher | $75,092 |
| 2012-08 | Regularly Appointed Teacher | $75,092 |
| 2012-09 | Regularly Appointed Teacher | $75,092 |
| 2012-10 | Regularly Appointed Teacher | $75,092 |
| 2012-11 | Regularly Appointed Teacher | $75,092 |
| 2012-12 | Regularly Appointed Teacher | $75,092 |
| 2013-01 | Regularly Appointed Teacher | $75,092 |
| 2013-02 | Regularly Appointed Teacher | $75,092 |
| 2013-03 | Regularly Appointed Teacher | $75,092 |
| 2013-04 | Regularly Appointed Teacher | $75,092 |
| 2013-05 | Regularly Appointed Teacher | $75,843 |
| 2013-06 | Regularly Appointed Teacher | $75,843 |
| 2013-07 | Regularly Appointed Teacher | $75,843 |
| 2013-08 | Regularly Appointed Teacher | $80,326 |
| 2013-09 | Regularly Appointed Teacher | $80,326 |
| 2013-10 | Regularly Appointed Teacher | $80,326 |
| 2013-11 | Regularly Appointed Teacher | $80,326 |
| 2013-12 | Regularly Appointed Teacher | $80,326 |
| 2014-01 | Regularly Appointed Teacher | $80,326 |
| 2014-02 | Regularly Appointed Teacher | $80,326 |
| 2014-03 | Regularly Appointed Teacher | $80,326 |
| 2014-04 | Regularly Appointed Teacher | $80,326 |
| 2014-05 | Regularly Appointed Teacher | $81,130 |
| 2014-06 | Regularly Appointed Teacher | $81,130 |
| 2014-07 | Regularly Appointed Teacher | $81,130 |
| 2014-08 | Regularly Appointed Teacher | $81,130 |
| 2014-09 | Regularly Appointed Teacher | $81,130 |
| 2014-10 | Regularly Appointed Teacher | $81,130 |
| 2014-11 | Regularly Appointed Teacher | $81,130 |
| 2014-12 | Regularly Appointed Teacher | $81,130 |
| 2015-01 | Regularly Appointed Teacher | $81,130 |
| 2015-02 | Regularly Appointed Teacher | $81,130 |

**Exhibit B --**
**Counterfactual BOE Service and Salary History**

| Month | Title | Annual Salary |
|---|---|---|
| 2015-03 | Regularly Appointed Teacher | $81,130 |
| 2015-04 | Regularly Appointed Teacher | $81,130 |
| 2015-05 | Regularly Appointed Teacher | $83,580 |
| 2015-06 | Regularly Appointed Teacher | $83,580 |
| 2015-07 | Regularly Appointed Teacher | $83,580 |
| 2015-08 | Regularly Appointed Teacher | $83,580 |
| 2015-09 | Regularly Appointed Teacher | $83,580 |
| 2015-10 | Regularly Appointed Teacher | $83,580 |
| 2015-11 | Regularly Appointed Teacher | $83,580 |
| 2015-12 | Regularly Appointed Teacher | $83,580 |
| 2016-01 | Regularly Appointed Teacher | $83,580 |
| 2016-02 | Regularly Appointed Teacher | $83,580 |
| 2016-03 | Regularly Appointed Teacher | $83,580 |
| 2016-04 | Regularly Appointed Teacher | $83,580 |
| 2016-05 | Regularly Appointed Teacher | $86,496 |
| 2016-06 | Regularly Appointed Teacher | $86,496 |
| 2016-07 | Regularly Appointed Teacher | $86,496 |
| 2016-08 | Regularly Appointed Teacher | $87,763 |
| 2016-09 | Regularly Appointed Teacher | $87,763 |
| 2016-10 | Regularly Appointed Teacher | $87,763 |
| 2016-11 | Regularly Appointed Teacher | $87,763 |
| 2016-12 | Regularly Appointed Teacher | $87,763 |
| 2017-01 | Regularly Appointed Teacher | $87,763 |

# EXHIBIT C:

## Pre-Judgment Interest and Tax-Component Award

**Exhibit C --**
**Pre-Judgment Interest and Tax-Component Award**

| Month of Judgment | Cumulative Backpay Interest | Cumulative LAST Fees Interest | Total Cumulative Pre-Judgment Interest | Tax-Component Award |
|---|---|---|---|---|
| 2019-10 | $56,809 | $815 | $57,624 | $20,987 |

**Exhibit C to**
**R. Arroyo's Findings of Fact**

# Exhibit D is Filed Under Seal

# Exhibit E is Filed Under Seal

# Exhibit F is Filed Under Seal

# Exhibit G is Filed Under Seal

# Exhibit H is Filed Under Seal

# Exhibit I is Filed Under Seal

# Exhibit J is Filed Under Seal