# Tilton Beldner LLP

www.tiltonbeldner.com

626 RXR Plaza
Uniondale, NY 11556
Direct Tel.: (516) 262-3602
Fax: (516) 324-3170
jbeldner@tiltonbeldner.com

November 13, 2019

*Via ECF*
Hon. Judge Jesse M. Furman
U.S. District Judge
Southern District of New York
40 Foley Street
New York, NY, 10017

      Re: *Deleston v. House of Lasagna, Inc. d/b/a House of Lasagna, el al*
           *Index No.: 19-CV-5140 (JMF)*

Dear Judge Furman:

This office represents Defendants in this action, and I write to respectfully request a one week extension of the deadline for the parties to submit a stipulation of discontinuance in this case. The current deadline is November 15, 2019. The parties have agreed to resolve this case and have executed a settlement agreement. However, due to an unforeseen family emergency, I will be traveling to Florida until early next week, and will be unable to meet with my client to finalize this matter. I have spoken to Plaintiff's counsel, and he consents to this request.

Thank you for your time and consideration regarding this matter.

Very Truly Yours,

_____/*S/*_____
Joshua Beldner

CC: *VIA ECF*
*Counsel for all parties*

Application GRANTED. The deadline to submit a stipulation of discontinuance is hereby EXTENDED to **November 22, 2019**. The Clerk of Court is directed to terminate ECF No. 24. SO ORDERED.

November 14, 2019