United States District Court
Southern District of New York
-----------------------------------------------------------------x

ELSA GULINO, MAYLING RALPH, PETER WILDS,
and NIA GREENE, on behalf of themselves and
all others similarly situated,

                      *Plaintiffs*,

       - against -

THE BOARD OF EDUCATION OF THE CITY SCHOOL
DISTRICT OF THE CITY OF NEW YORK,

                      *Defendant.*

-----------------------------------------------------------------x

**NOTICE OF APPEAL**

1:96-cv-08414-KMW

       Notice is hereby given that the defendant in this action appeals to the United States Court of Appeals for the Second Circuit from the judgment of the United States District Court for the Southern District of New York (Wood, J.) entered on October 25, 2019 under Rule 54(b) of the Federal Rules of Civil Procedure as to plaintiff class member Carmen Aquino and titled "Judgment Carmen Aquino" (ECF No. 2978).

Dated:   New York, New York
            November 12, 2019

                                            JAMES E. JOHNSON
                                            *Corporation Counsel*
                                            *of the City of New York*

By: _/s/ Claude Platton_

                                            Claude Platton
                                            Deputy Chief, Appeals Division

                                            100 Church Street
                                            New York, New York 10007
                                            212-356-2502
                                            cplatton@law.nyc.gov

To:   Counsel of Record (by ECF)

Case 1:96-cv-08414-KMW   Document 3190   Filed 11/18/19   Page 2 of 3
Case 1:96-cv-08414-KMW   Document 2889-1   Filed 10/18/19   Page 1 of 15
Case 1:96-cv-08414-KMW   Document 2978   Filed 10/23/19   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
ELSA GULINO, MAYLING RALPH, PETER WILDS,
and NIA GREENE, on behalf of themselves and all others
similarly situated,

                              Plaintiffs,

                - against -

THE BOARD OF EDUCATION OF THE CITY SCHOOL
DISTRICT OF THE CITY OF NEW YORK,

                              Defendant.
---------------------------------------------------------------- x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/19

96 Civ. 8414 (KMW)

KMW
[~~PROPOSED~~]
JUDGMENT
FOR
CARMEN
AQUINO

WHEREAS, the Court certified a remedy-phase class of Plaintiffs (*See Gulino v. Bd. of Educ. of the City Sch. Dist. of the City of N.Y.*, Opinion and Order, No. 96-cv-8414, [ECF No. 386]), and Carmen Aquino ("Claimant") is a member of that class and submitted an individual demand for damages on August 23, 2018;

WHEREAS, the Court appointed a Special Master (*See* May 20, 2014 Order of Appointment, [ECF No. 435]; November 12, 2014 Second Amended Order of Appointment, [ECF No. 524]) to hear, among other things, demands for damages;

WHEREAS, the Special Master held a hearing on February 14, 2019, with respect to Ms. Aquino's demand for damages and Defendant's objections;

WHEREAS, the Special Master made, and the Court adopted, Classwide Conclusions of Law, [ECF Nos. 999, 1008];

WHEREAS, the Board of Education of the City School District of the City of New York ("BOE") and Plaintiffs entered into, and the Court so ordered, a Stipulation of Classwide Facts & Procedures, [ECF No. 1009];

WHEREAS, the BOE and Plaintiffs entered into, and the Court so ordered, a Supplemental Stipulation Concerning Admissibility of Exhibits, which attached a Supplemental Index of Exhibits (collectively referred to as the "Classwide Exhibits") filed with the Court, [ECF No. 1837];

WHEREAS, the Special Master made Findings of Fact and Conclusions of Law for Carmen Aquino, annexed hereto as Exhibit 1, that he recommended the Court adopt;

WHEREAS, the Special Master recommended, and the parties agreed with the Special Master's recommendation, that the Court certify this judgment as final and appealable pursuant to Federal Rule of Civil Procedure 54(b);

1

Case 1:96-cv-08414-KMW   Document 3190   Filed 11/18/19   Page 3 of 3
Case 1:96-cv-08414-KMW   Document 2889-1   Filed 10/18/19   Page 2 of 15
Case 1:96-cv-08414-KMW   Document 2978   Filed 10/23/19   Page 2 of 2

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the annexed Findings of Fact and Conclusions of Law for Carmen Aquino (Exhibit 1) are adopted;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Ms. Aquino will have judgment against the BOE as follows:

1. Backpay in the amount of $8,588;
2. LAST Fees in the amount of $1,160;
3. Pre-judgment interest calculated to be $4,513; and
4. Pension-related relief pursuant to the terms of the Court's Order dated December 17, 2018 (Pension Stipulation & Order, [ECF No. 1014]).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Ms. Aquino will be entitled to the following non-monetary relief:

1. The BOE is ordered to amend its internal service, salary, payroll, and human resources systems as follows:
   a. Incorporate the findings of fact contained in the "Counterfactual Pension Damages Input" section, Section II(E) of Exhibit 1;
   b. Incorporate Ms. Aquino's counterfactual monthly service history, as listed on Exhibit B to the Findings of Fact and Conclusions of Law for Carmen Aquino; and
   c. Incorporate the findings of fact contained in the "Retroactive Seniority Adjustment" section, Section II(F) of Exhibit 1.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Court adopts the Special Master's recommendation that this judgment be certified as final and appealable pursuant to Federal Rule of Civil Procedure 54(b) and expressly determines that there is no just reason for delay for the reasons stated in the Special Master's Report and Recommendation.

This Judgment Entry is certified and entered by the Court pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

Dated: 10-22-19                    ENTERED:

                                   _Kimba M. Wood_