USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GULINO, ET AL.,

        Plaintiffs,

-against-

THE BOARD OF EDUCATION OF THE
CITY SCHOOL DISTRICT OF THE CITY
OF NEW YORK,

        Defendant.
-------------------------------------------------------X

96-CV-8414 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

On October 18, 2019, Special Master John S. Siffert issued his Interim Report and Recommendation recommending granting Plaintiffs' motion for interim attorneys' fees (the "Report"). (ECF No. 2887.) That Report recommends an interim award of Plaintiffs' interim attorneys' fees and costs associated with the work of Plaintiffs' prior counsel at the law firm of Stephen G. Selinger (the "Selinger Firm") for the period of November 1995 through May 2014 (the "Selinger Fees Period") in the total amount of $2,900,752.36.[1] The Report reviews the complex issues addressed by counsel during the above-mentioned time period and the reasonableness of the billing rates for various attorneys. The Special Master also undertook a meticulous review of attorneys' time.

---

[1] During the Seliger Fees Period, Stephen G. Seliger, Esq., practiced law through his corporation, Stephen G. Seliger, Ltd., which operated at various times under the names Seliger & Mikva, Ltd., Stephen G. Seliger, Ltd., Seliger, Elkin & Dolan, Ltd., and Seliger & Elkin, Ltd. I use the term "Seliger firm" to encompass all these entities. Mr. Seliger passed away on May 13, 2014. At that time, Mr. Seliger was the sole shareholder of his corporation. Plaintiffs' make their motion in the name of the Stephen G. Seliger Trust, as successor-in-interest to the Seliger firm under a liquidation plan and assignee of all amounts receivable by the Seliger firm. Plaintiffs state that "[m]onies received by the Stephen G. Seliger Trust will be used to settle outstanding debts incurred by Mr. Seliger in order to bring and prosecute this case." *See* Declaration of Barbara J. Franco Olshansky, dated May 13, 2019 ("Olshansky Decl.") at ¶42.

1

The Court notes that the parties have represented to the Special Master that they do not intend to file objections to the Report. The Report also notes that Plaintiffs have not waived their claim to entitlement to the compensation they originally requested for this period.

The Court hereby adopts all of the findings and recommendations of the Report, including the hourly rates recommended by the Special Master. The Court awards Plaintiffs a total of $2,900,752.36 in attorneys' fees. The award shall be paid no later than December 23, 2019.

Dated: New York, New York
November 22, 2019

*/s/ Kimba M. Wood*
KIMBA M. WOOD
United States District Judge