```
                                                USDC SDNY
                                                DOCUMENT
UNITED STATES DISTRICT COURT                    ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                   DOC #: _____
-----------------------------------------------X DATE FILED: May 29, 2020
```

GULINO, ET AL.,

      Plaintiffs,

  -against-                                        96-CV-8414 (KMW)

THE BOARD OF EDUCATION OF THE           **ORDER**
CITY SCHOOL DISTRICT OF THE CITY
OF NEW YORK,

      Defendant.
-----------------------------------------------X
KIMBA M. WOOD, United States District Judge:

      On May 20, 2014, this case was referred to Special Master John Siffert pursuant to Federal Rule of Civil Procedure 53(a)(1)(B) and this Court's inherent equitable powers and authority. (ECF Nos. 435, 524.) On April 30, 2020 and May 28, 2020, Special Master Siffert filed a total of forty-five Report and Recommendations ("R&Rs"), recommending this Court adopt the Findings of Fact and Conclusions of Law for forty-five claimants whose damages award has been calculated with a presumed date of judgment in May 2020; enter the Proposed Judgments submitted with the R&Rs; and certify those Proposed Judgments as final and appealable pursuant to Federal Rule of Civil Procedure 54(b). (ECF Nos. 5088-5117; 5339-5353.)

      The parties agree that objections that have been preserved in the record do not need to be resubmitted to the Court in connection with these R&Rs. The parties further agree that the Court may adopt or reject the R&Rs on the basis of the arguments and objections to rulings contained in the record.

      As set forth in the Second Amended Order of Appointment and consistent with Federal Rule of Civil Procedure 53(f), the Court reviews *de novo* all objections to conclusions of law and

1

2

findings of fact made or recommended by the Special Master.  (ECF No. 524.)  Upon *de novo* review of the R&Rs, as well as the Findings of Fact and Conclusions of Law—and after reviewing the previous Interim R&Rs that this Court has already adopted—the Court adopts the Special Master's R&Rs in their entirety.

Accordingly, the Court will enter the Proposed Judgments for the R&Rs submitted to the Court on April 30, 2020 and May 28, 2020.  For the reasons set forth in the R&Rs, the Court holds there is no just reason for delay and certifies the judgments as final and appealable pursuant to Federal Rule of Civil Procedure 54(b).

Dated: New York, New York
       May 29, 2020                                     /s/ Kimba M. Wood
                                                        KIMBA M. WOOD
                                                     United States District Judge