UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X
GULINO, ET AL.,

                    Plaintiffs,

         -against-

THE BOARD OF EDUCATION OF THE
CITY SCHOOL DISTRICT OF THE CITY
OF NEW YORK,

                    Defendant.
--------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____             │
│ DATE FILED: July 30, 2020            │
└─────────────────────────────────────┘
```

96-CV-8414 (KMW)

**ORDER**

On May 20, 2014, this case was referred to Special Master John Siffert pursuant to Federal Rule of Civil Procedure 53(a)(1)(B) and this Court's inherent equitable powers and authority.  (ECF Nos. 435, 524.)   On July 27, 2020, Special Master Siffert filed a Report and Recommendation ("R&R"), recommending that this Court adopt the Findings of Fact and Conclusions of Law for claimants whose damages award has been calculated with a presumed date of judgment in July 2020 ("July 2020 Cohort"), as listed in Exhibit 1 of the R&R; enter the proposed judgments submitted as Exhibits 2 through 8 of the R&R; and certify those Proposed Judgments for the July 2020 Cohort as final and appealable pursuant to Federal Rule of Civil Procedure 54(b).  (ECF No. 5943.)

The parties agree that objections that have been preserved in the record do not need to be resubmitted to the Court in connection with the R&R.  The parties further agree that the Court may adopt or reject the R&R on the basis of the arguments and objections to rulings contained in the record.

As set forth in the Second Amended Order of Appointment and consistent with Federal Rule of Civil Procedure 53(f), the Court reviews *de novo* all objections to conclusions of law and

findings of fact made or recommended by the Special Master.  (ECF No. 524.)  Upon *de novo* review of the R&R, as well as the Findings of Fact and Conclusions of Law—and after reviewing the previous Interim R&Rs that this Court has already adopted—the Court adopts the Special Master's R&R in its entirety.

Accordingly, the Court will enter the Proposed Judgments for July 2020 Cohort.  For the reasons set forth in the R&R, the Court holds there is no just reason for delay and certifies the judgments as final and appealable pursuant to Federal Rule of Civil Procedure 54(b).

Dated: New York, New York
     July 30, 2020

                                           _____/s/ Kimba M. Wood_____
                                               KIMBA M. WOOD
                                     United States District Judge