```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 21, 2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
GULINO, ET AL.,

       Plaintiffs,

  -against-                                                   96-CV-8414 (KMW)

THE BOARD OF EDUCATION OF THE                 **ORDER**
CITY SCHOOL DISTRICT OF THE CITY
OF NEW YORK,

       Defendant.
------------------------------------------------------X
KIMBA M. WOOD, United States District Judge:

       Although the September 9, 2020 letter from some of the Plaintiffs is addressed to the Court, it does not request any response from, or action by, the Court. (*See* ECF No. 6645.)

Rather, it seeks action from Mayor William de Blasio and defense counsel in this case.

Accordingly, the Court will not respond to the September 9, 2020 letter.

SO ORDERED

Dated: New York, New York
       September 21, 2020                              /s/ Kimba M. Wood
                                                    KIMBA M. WOOD
                                          United States District Judge