```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 13, 2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GULINO, ET AL.,

        Plaintiffs,

   -against-                                            96-CV-8414 (KMW)

THE BOARD OF EDUCATION OF THE              **ORDER**
CITY SCHOOL DISTRICT OF THE CITY
OF NEW YORK,

        Defendant.
-------------------------------------------------------X
KIMBA M. WOOD, United States District Judge:

      The Court has received the October 4, 2020 letter from some of the plaintiffs. (ECF No. 6793.)

      The signatories request a private conference with the Court. The Court is prohibited from meeting privately with an individual set of litigants.

      The Court has no role in the signatories' dispute concerning their relationship with counsel, and has no opinion concerning what options the signatories should pursue.

      The Court notes that the signatories may wish to ask their counsel to discuss their options, and may wish to discuss the possibility of meeting with counsel in the presence of the Special Master regarding their options and any possible resolution of the matter.

Dated: New York, New York
        October 13, 2020                        /s/ Kimba M. Wood
                                                       KIMBA M. WOOD
                                             United States District Judge