USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 12, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
GULINO, ET AL.,

      Plaintiffs,

  -against-                                               96-CV-8414 (KMW)

THE BOARD OF EDUCATION OF THE                  **ORDER**
CITY SCHOOL DISTRICT OF THE CITY
OF NEW YORK,

      Defendant.
------------------------------------------------------X
KIMBA M. WOOD, United States District Judge:

       On December 11, 2020, Special Master John S. Siffert issued his Interim Report and Recommendation recommending granting Plaintiffs' motion for interim attorneys' fees (the "Report"). (ECF No. 6878.) That Report recommends an interim award of Plaintiffs' interim attorneys' fees and costs associated with work in this case from April 1, 2020 through June 30, 2020 in the total amount of $2,241,902.82. The Report reviews the complex issues addressed by counsel during the above-mentioned time period and the reasonableness of the billing rates for various attorneys and experts. The Special Master also undertook a meticulous review of attorneys' and experts' time.

       The Court notes that the parties have represented to the Special Master that they do not intend to file objections to the Report. The Report also notes that Plaintiffs have not waived their claim to entitlement to the compensation they originally requested for this period.

The Court hereby adopts all of the findings and recommendations of the Report, including the hourly rates recommended by the Special Master. The Court awards Plaintiffs a total of $2,241,902.82 in attorneys' fees. The award shall be paid no later than January 11, 2021.

SO ORDERED.

Dated: New York, New York
December 12, 2020

/s/ Kimba M. Wood
KIMBA M. WOOD
United States District Judge