MANDATE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 10, 2021

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of May, two thousand twenty-one,

_____

Lorine Guzman,

        Plaintiff-Appellee,

Elsa Gulino, Mayling Ralph, Peter Wilds, Nia Greene,
on behalf of themselves and all others similarly situated,

        Plaintiffs,

v.

Board of Education of the City School District of the
City of New York,

        Defendant-Appellant,

New York State Education Department,

        Defendant.
_____

**ORDER**
Docket No. 20-1962

Upon review of the docket for the above-referenced appeals it was discovered that case number 20-1962 is a duplicate of case number 20-1894. Accordingly, the appeal assigned to docket number 20-1962 is hereby dismissed as duplicative.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 05/10/2021