UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

GULINO, ET AL.,

                Plaintiffs,

   -against-

THE BOARD OF EDUCATION OF THE
CITY SCHOOL DISTRICT OF THE CITY
OF NEW YORK,
                Defendant.
--------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    9/24/2021
```

96-CV-8414 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    A September 1, 2021, letter from one of the class members in *Gulino v. Board of Education* expresses concerns regarding the resolution of the class member's claim in this case. (ECF No. 8797.)  The Court notes that judgment was entered for the class member, Auris Bourdon, on May 30, 2019.  (ECF No. 1666.)  The judgment was certified as final and appealable pursuant to Federal Rule of Civil Procedure 54(b) as of that time.  (*Id.*)  Because the letter does not request a response from, or action by, the Court will not otherwise respond to the September 1, 2021, letter.

    SO ORDERED.

Dated: New York, New York
       September 24, 2021

                                              */s/ Kimba M. Wood*
                                             KIMBA M. WOOD
                                        United States District Judge