# EXHIBIT 1

## To Report & Recommendation for Claimants in November 2021 Cohort

| Claimant Name | Exhibit Number of Proposed Judgments |
|---|---|
| Alfonsina Cuevas | 2 |
| Alonzo Holcombe | 2 |
| Antoinette Burrows | 2 |
| Antonio Martinez | 2 |
| Carmen Concepcion | 2 |
| Dorothy Tolen | 2 |
| Edna Guevara | 2 |
| Ellen Grant-Caldwell | 2 |
| Esther Domecq | 2 |
| Geovanna Cuilan | 2 |
| Gladys Bryan | 2 |
| Jean Delly | 2 |
| Jennie Bonilla | 2 |
| Marie Branch | 2 |
| Phyllis Beard | 2 |
| Reginald Parker | 2 |
| Roberto Johnson | 2 |
| Roslyn Matthews | 2 |
| Sharyn Hughes | 2 |
| Virginia Cruz | 2 |
| Balkus Manette | 3 |
| Carmen Tirado | 3 |
| Console Ifezulumba | 3 |
| Dieuve Gaussaint | 3 |
| E/O Pauline Green | 3 |
| Irma Varner | 3 |
| Isidro Garcia Cruz | 3 |
| Iyabode Fasasi | 3 |
| Jeanniene Brown | 3 |
| Marlon Seaton | 3 |
| Nicole Everett | 3 |
| Orleron Depeza | 3 |
| Tracy Gibson | 3 |
| Tresa Greene | 3 |
| Wanda Lucas | 3 |