```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   12/8/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
ELSA GULINO, ET AL.,

        Plaintiffs,

   -against-                             96-CV-8414 (KMW)

THE BOARD OF EDUCATION OF THE          **ORDER**
CITY SCHOOL DISTRICT OF THE CITY
OF NEW YORK,

        Defendant.
------------------------------------------------------X
KIMBA M. WOOD, United States District Judge:

        On December 2, 2021, Special Master John S. Siffert issued his Interim Report and Recommendation recommending granting Plaintiffs' twenty-first, twenty-second, twenty-third, and twenty-fourth motions for interim attorneys' fees (the "Report"). (ECF No. 9379.) The Report recommends an interim award of Plaintiffs' interim attorneys' fees and costs associated with work in this case from June 1, 2021 to September 30, 2021, in the total amount of $2,993,200.66. The Report reviews the complex issues addressed by counsel during the above-mentioned time period and the reasonableness of the billing rates for various attorneys and experts. The Special Master also undertook a meticulous review of attorneys' and experts' time.

        The Court notes that the parties have represented to the Special Master that they do not intend to file objections to the Report. The Report also states that Plaintiffs have not waived their claim to entitlement to the compensation they originally requested for this period.

The Court hereby adopts all of the findings and recommendations of the Report, including the hourly rates recommended by the Special Master. The Court awards Plaintiffs a total of $2,993,200.66 in attorneys' fees and costs. The award shall be paid no later than January 7, 2022.

    SO ORDERED.

Dated: New York, New York
       December 8, 2021

                                                                                       /s/ Kimba M. Wood
                                                                            KIMBA M. WOOD
                                                                United States District Judge