UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ELSA GULINO, ET AL.,

                           Plaintiffs,

      -against-                                    96-CV-8414 (KMW)

THE BOARD OF EDUCATION OF THE                    **ORDER**
CITY SCHOOL DISTRICT OF THE CITY
OF NEW YORK,

                          Defendant.
-------------------------------------------------------X
KIMBA M. WOOD, United States District Judge:

        On March 14, 2022, Special Master John S. Siffert issued his Interim Report and Recommendation (the "Report") recommending that the Court grant Plaintiffs' motion seeking interim attorneys' fees for the work of prior counsel Joel M. Hellman between 2002 and 2008 and James G. Bradtke and Jennifer Soule between 2002 and 2006. (ECF No. 9886.) The Report recommends an interim award of Plaintiffs' interim attorneys' fees in the amounts of $349,537.50 for the work of Mr. Hellman and $180,082.50 for the work of Mr. Bradtke and Ms. Soule, for a total of $529,620.00. The Report reviews the complex issues addressed by these attorneys during the above-mentioned time periods and the reasonable hourly rate to apply for the attorneys. The Special Master also undertook a meticulous review of the attorneys' time.

        The Court notes that Defendant has permitted the Special Master to state that, in light of the Court's prior rulings, Defendant lacks a basis to object and will not submit any objections to the Report.

        The Court hereby adopts all of the findings and recommendations of the Report, including the hourly rate recommended by the Special Master. The Court awards Plaintiffs a total of $529,620.00 in interim attorneys' fees. These fees shall be made payable to the Law

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____5/2/2022_____

Offices of Joel M. Hellman in the amount of $349,537.50 and to Soule, Bradtke & Lambert in the amount of $180,082.50.  The award shall be paid no later than June 1, 2022.

    SO ORDERED.

Dated:  New York, New York
        May 2, 2022                                                                     */s/ Kimba M. Wood*
                                                                                 KIMBA M. WOOD
                                                                 United States District Judge