UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
ELSA GULINO, ET AL.,

                       Plaintiffs,

     -against-                                   96-CV-8414 (KMW)

THE BOARD OF EDUCATION OF THE                   **ORDER**
CITY SCHOOL DISTRICT OF THE CITY
OF NEW YORK,

                      Defendant.
------------------------------------------------------X
KIMBA M. WOOD, United States District Judge:

        On May 13, 2022, Special Master John S. Siffert issued his Interim Report and Recommendation recommending that the Court grant in part Plaintiffs' twenty-fifth, twenty-sixth, and twenty-seventh motions for interim awards of attorneys' fees and costs (the "Report"). (ECF No. 9977.)  The Report recommends an interim award of Plaintiffs' attorneys' fees and costs associated with work on this case by Stroock & Stroock & Lavan LLP from October 1, 2021 to December 31, 2021, in the total amount of $2,373,457.80.  The Report reviews the complex issues addressed by counsel during the above-mentioned time period and the reasonableness of the billing rates for various attorneys and experts.  These rates include a discounted rate of $475 per hour for Plaintiffs' new expert, Dr. Amy Hsin.  The Special Master also undertook a meticulous review of attorneys' and experts' time.

        The Court notes that the parties have represented to the Special Master that they do not intend to file objections to the Report.  The Report also states that Plaintiffs have not waived their claim to entitlement to the compensation they originally requested for this period.

        The Court hereby adopts all of the findings and recommendations of the Report, including the hourly rates recommended by the Special Master.  The Court awards Plaintiffs a

total of $2,373,457.80 in interim attorneys' fees and costs.  The award shall be paid no later than June 30, 2022.

    SO ORDERED.

Dated:  New York, New York
        May 31, 2022                                           /s/ *Kimba M. Wood*
                                                        KIMBA M. WOOD
                                          United States District Judge