**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ELSA GULINO, ET AL.,

                 Plaintiffs,                            96 **CIVIL** 8414 (KMW)

        -against-                                **JUDGMENT**
                                                  **For attorney's fees and costs**

THE BOARD OF EDUCATION OF THE CITY
SCHOOL DISTRICT OF THE CITY OF NEW
YORK,
                      Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 31, 2022, Special Master John S. Siffert issued his Interim Report and Recommendation recommending that the Court grant in part Plaintiffs' twenty-fifth, twenty- sixth, and twenty-seventh motions for interim awards of attorneys' fees and costs (the "Report"). (ECF No. 9977.) The Report recommends an interim award of Plaintiffs' attorneys' fees and costs associated with work on this case by Stroock & Stroock & Lavan LLP from October 1, 2021 to December 31, 2021, in the total amount of $2,373,457.80. The Report reviews the complex issues addressed by counsel during the above-mentioned time period and the reasonableness of the billing rates for various attorneys and experts. These rates include a discounted rate of $475 per hour for Plaintiffs' new expert, Dr. Amy Hsin. The Special Master also undertook a meticulous review of attorneys' and experts' time. The Court notes that the parties have represented to the Special Master that they do not intend to file objections to the Report. The Report also states that Plaintiffs have not waived their claim to entitlement to the compensation they originally requested for this period. The Court has adopted all of the findings

and recommendations of the Report, including the hourly rates recommended by the Special Master. The Court has awarded Plaintiffs a total of $2,373,457.80 in interim attorneys' fees and costs. The award shall be paid no later than June 30, 2022.

**Dated:**  New York, New York
June 1, 2022

                                                **RUBY J. KRAJICK**

                                                **Clerk of Court**

**BY:**  *K. Mango*

                                                **Deputy Clerk**