UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x
ELSA GULINO, MAYLING RALPH, PETER WILDS,
and NIA GREENE, on behalf of themselves and all others
similarly situated,

                      Plaintiffs,

          - against -

THE BOARD OF EDUCATION OF THE CITY
SCHOOL DISTRICT OF THE CITY OF NEW YORK,

                      Defendant.
---------------------------------------------------------------------- x

96 Civ. 8414 (KMW)

[PROPOSED]
**CONSENT ORDER AND JUDGMENT FOR DONISE McFALL**

WHEREAS, the Court certified a remedy-phase class of Plaintiffs (*See Gulino v. Bd. of Educ. of the City Sch. Dist. of the City of N.Y.*, Opinion and Order, No. 96-cv-8414, [ECF No. 386]), and Donise McFall ("Claimant") is a member of that class;

WHEREAS, the Court appointed a Special Master (*See* May 20, 2014 Order of Appointment, [ECF No. 435]; November 12, 2014 Second Amended Order of Appointment, [ECF No. 524]) to hear, among other things, demands for damages;

WHEREAS, the Special Master made, and the Court adopted, Classwide Conclusions of Law, [ECF Nos. 999, 1008]);

WHEREAS, the Board of Education of the City School District of the City of New York ("BOE") and Plaintiffs entered into, and the Court so ordered, a Stipulation of Classwide Facts & Procedures, [ECF No. 1009];

WHEREAS, the BOE and Plaintiffs entered into, and the Court so ordered, a Sixth Supplemental Stipulation Concerning Admissibility of Exhibits, which attached a Sixth Supplemental Index of Exhibits (collectively referred to as the "Classwide Exhibits") filed with the Court, [ECF No. 8247];

WHEREAS, Plaintiffs and the BOE have prepared the annexed Stipulated Findings of Fact and Conclusions of Law for Donise McFall (Exhibit 1), which the Plaintiffs and BOE agree that the Court should adopt;

WHEREAS, Plaintiffs and BOE consent to entry of this order and final judgment for Donise McFall pursuant to Federal Rule of Civil Procedure 54(b); and

WHEREAS, Plaintiffs and BOE have agreed not to appeal this order and final judgment for Donise McFall.

1

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the annexed Stipulated Findings of Fact and Conclusions of Law for Donise McFall (Exhibit 1) is adopted;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Donise McFall will have judgment against the BOE in the amount of $258.00, consisting of:

1. LAST Fees in the amount of $160.00; and

2. Pre-judgment interest calculated to be $98.00.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this judgment be certified as final pursuant to Federal Rule of Civil Procedure 54(b).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that BOE will pay Donise McFall her judgment no later than July 31, 2022.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this action for purposes of carrying out the terms of the Consent Order and Judgment, or granting such further relief as this Court deems just and proper.

Dated: 1/5/2021

STIPULATED AND AGREED UPON BY:

*[signature]*
DONISE McFALL

*[signature]*
Joshua S. Sohn
Rachel Stevens
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
*Counsel for Plaintiffs*

*[signature]* 7/13/22
~~William S.J. Fraenkel~~ Andrea O'Connor
Assistant Corporation Counsel
The City of New York Law Department
100 Church Street
New York, NY 10007
*Counsel for Defendant*

Dated: 8/2/2022

ENTERED

_/s/ Kimba M. Wood_