UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
ELSA GULINO, ET AL.,

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ____8/8/2022____
```

                              Plaintiffs,

        -against-                                        96-CV-8414 (KMW)

THE BOARD OF EDUCATION OF THE                           **ORDER**
CITY SCHOOL DISTRICT OF THE CITY
OF NEW YORK,

                              Defendant.
-----------------------------------------------------X
KIMBA M. WOOD, United States District Judge:

        On May 20, 2014, this case was referred to Special Master John S. Siffert pursuant to

Federal Rule of Civil Procedure 53(a)(1)(B) and this Court's inherent equitable powers and

authority.  (ECF Nos. 435, 524.)  On July 20, 2022, Special Master Siffert filed a Report and

Recommendation ("R&R") regarding two claimants, Rhodes Victor and Claudia George, who

submitted demands for damages for individualized determination before the Special Master.

(ECF No. 10105.)  The Special Master recommended that this Court adopt the Findings of Fact

and Conclusions of Law for each of the two claimants, found in Exhibit 1 and Exhibit 2 to the

R&R; direct entry of the Judgments for those claimants, also contained in Exhibit 1 and Exhibit

2 to the R&R; and certify those Judgments as final and appealable pursuant to Federal Rule of

Civil Procedure 54(b).  (*Id.*)

        The parties agree that objections that have been preserved in the record do not need to be

resubmitted to the Court in connection with the R&R.  The parties further agree that the Court

may adopt or reject the R&R on the basis of the arguments and objections to rulings contained in

the record.

1

As set forth in the Second Amended Order of Appointment and consistent with Federal Rule of Civil Procedure 53(f), the Court reviews *de novo* all objections to conclusions of law and findings of fact made or recommended by the Special Master.  (ECF No. 524.)  Upon *de novo* review of the R&R, as well as the Findings of Fact and Conclusions of Law—and after reviewing the previous Interim R&Rs that this Court has already adopted—the Court adopts the Special Master's R&R in its entirety.

Accordingly, the Court adopts the Findings of Fact and Conclusions of Law with respect to Rhodes Victor and Claudia George and will enter their Judgments.  For the reasons set forth in the R&R, the Court holds there is no just reason for delay and certifies the judgments as final and appealable pursuant to Federal Rule of Civil Procedure 54(b).

SO ORDERED.

Dated: New York, New York
       August 8, 2022                              */s/ Kimba M. Wood*
                                                KIMBA M. WOOD
                                          United States District Judge

2