UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

ELSA GULINO, ET AL.,

                    Plaintiffs,

      -against-

THE BOARD OF EDUCATION OF THE
CITY SCHOOL DISTRICT OF THE
CITY OF NEW YORK,

                    Defendant.
--------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/9/2023__

96-CV-8414 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      On January 4, 2023, Special Master John S. Siffert filed his Interim Report and Recommendation recommending that the Court grant Plaintiffs' thirty-fourth motion for an interim award of attorneys' fees and costs (the "Report"). (ECF No. 10355.) The Report recommends an interim award of Plaintiffs' attorneys' fees and costs associated with work on this case by Stroock & Stroock & Lavan LLP during July 2022, in the total amount of $701,346.71. The Report reviews the complex issues addressed by counsel during the above-mentioned time period and the reasonableness of the billing rates for various attorneys and experts. The Special Master also undertook a meticulous review of attorneys' and experts' time.

      The Court notes that the parties have represented to the Special Master that they do not intend to file objections to the Report. The Report also states that Plaintiffs have not waived their claim to entitlement to the compensation they originally requested for this period.

      The Court hereby adopts all of the findings and recommendations of the Report, including the hourly rates recommended by the Special Master. The Court awards Plaintiffs a

2

total of $701,346.71 in interim attorneys' fees and costs.  The award shall be paid no later than February 8, 2023.

    SO ORDERED.

Dated: New York, New York
       January 9, 2023                                  */s/ Kimba M. Wood*
                                                  KIMBA M. WOOD
                                          United States District Judge