UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ELSA GULINO, ET AL.,

               Plaintiffs,

       -against-

THE BOARD OF EDUCATION OF THE
CITY SCHOOL DISTRICT OF THE
CITY OF NEW YORK,

               Defendant.

-------------------------------------------------------X

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:  ___May 26, 2023___ |

96-CV-8414 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      On May 25, 2023, Special Master John S. Siffert filed his Interim Report and

Recommendation recommending that the Court grant Plaintiffs' thirty-eighth and thirty-ninth

motions for interim awards of attorneys' fees and costs (the "Report"). (ECF No. 10537.) The

Report recommends an interim award of Plaintiffs' attorneys' fees and costs associated with

work on this case by Stroock & Stroock & Lavan LLP from November 1, 2022 to December 31,

2022 in the total amount of $1,440,695.05. The Report reviews the complex issues addressed by

counsel during the above-mentioned time period and the reasonableness of the billing rates for

various attorneys and experts. The Special Master also undertook a meticulous review of

attorneys' and experts' time.

      The Court notes that the parties have represented to the Special Master that they do not

intend to file objections to the Report. The Report also states that Plaintiffs have not waived

their claim to entitlement to the compensation they originally requested for this period.

      The Court hereby adopts all of the findings and recommendations of the Report,

including the hourly rates recommended by the Special Master. The Court awards Plaintiffs a

total of $1,440,695.05 in interim attorneys' fees and costs.  The award shall be paid no later than

June 26, 2023.

       SO ORDERED.

Dated: New York, New York
      May 26, 2023                                */s/ Kimba M. Wood*     
                                           KIMBA M. WOOD
                                 United States District Judge