UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

ELSA GULINO, ET AL.,

                Plaintiffs,

        -against-

THE BOARD OF EDUCATION OF THE
CITY SCHOOL DISTRICT OF THE
CITY OF NEW YORK,

                Defendant.

-------------------------------------------------------X

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: ___December 6, 2023_____ |

96-CV-8414 (KMW)

**<u>ORDER</u>**

KIMBA M. WOOD, United States District Judge:

       On November 16, 2023, Special Master John S. Siffert filed his Interim Report and Recommendation recommending that the Court grant Plaintiffs' forty-third through forty-eighth motions for interim awards of attorneys' fees and costs (the "Report"). (ECF No. 10867.) The Report recommends an interim award of Plaintiffs' attorneys' fees and costs associated with work on this case by Stroock & Stroock & Lavan LLP from April 1, 2023 to September 30, 2023 in the total amount of $4,402,075.48. The Report reviews the complex issues addressed by counsel during the above-mentioned time period and the reasonableness of the billing rates for various attorneys and experts. The Special Master also undertook a meticulous review of attorneys' and experts' time.

       The Court notes that the parties have represented to the Special Master that they do not intend to file objections to the Report. The Report also states that Plaintiffs have not waived their claim to entitlement to the compensation they originally requested for this period.

       The Court hereby adopts all of the findings and recommendations of the Report, including the hourly rates recommended by the Special Master. The Court awards Plaintiffs a

total of $4,402,075.48 in interim attorneys' fees and costs.  The award shall be paid no later than

December 29, 2023.

       SO ORDERED.

Dated: New York, New York
      December 6, 2023                      _____*/s/ Kimba M. Wood*_____
                                         KIMBA M. WOOD
                             United States District Judge