UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

ELSA GULINO, ET AL.,

                        Plaintiffs,

      -against-

THE BOARD OF EDUCATION OF THE
CITY SCHOOL DISTRICT OF THE
CITY OF NEW YORK,

                        Defendant.
--------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   April 11, 2024
```

96-CV-8414 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      On April 4th, 2024, Special Master John S. Siffert filed his Interim Report and Recommendation recommending that the Court grant Plaintiffs' forty-ninth motion for interim awards of attorneys' fees and costs (the "Report"). (ECF No. 11291.) The Report recommends an interim award of Plaintiffs' attorneys' fees and costs associated with work on this case by Crowell & Moring LLP from November 27, 2023 to December 31, 2023 in the total amount of $517,706.65. The Report reviews the complex issues addressed by counsel during the above-mentioned time period and the reasonableness of the billing rates for various attorneys and experts. The Special Master also undertook a meticulous review of attorneys' and experts' time.

      The Court notes that the parties have represented to the Special Master that they do not intend to file objections to the Report. The Report also states that Plaintiffs have not waived their claim to entitlement to the compensation they originally requested for this period.

      The Court hereby adopts all of the findings and recommendations of the Report, including the hourly rates recommended by the Special Master. The Court awards Plaintiffs a

total of $517,706.65 in interim attorneys' fees and costs.  The award shall be paid no later than May 1, 2024.

      SO ORDERED.

Dated:  New York, New York
       April 11, 2024

                                                    */s/ Kimba M. Wood*
                                                    KIMBA M. WOOD
                                        United States District Judge