UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

ELSA GULINO, ET AL.,

                        Plaintiffs,

          -against-

THE BOARD OF EDUCATION OF THE
CITY SCHOOL DISTRICT OF THE
CITY OF NEW YORK,

                        Defendant.
-------------------------------------------------------X

96-CV-8414 (KMW)

**<u>ORDER</u>**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  June 10, 2024

KIMBA M. WOOD, United States District Judge:

      On May 23rd, 2024, Special Master John S. Siffert filed his Interim Report and Recommendation recommending that the Court grant Plaintiffs' fifty-second motion for interim awards of attorneys' fees and costs (the "Report"). (ECF No. 11402.) The Report recommends an interim award of Plaintiffs' attorneys' fees and costs associated with work on this case by Crowell & Moring LLP during January 2024 in the total amount of $841,815.35. The Report reviews the complex issues addressed by counsel during the above-mentioned time period and the reasonableness of the billing rates for various attorneys and experts. The Special Master also undertook a meticulous review of attorneys' and experts' time.

      The Court hereby adopts all of the findings and recommendations of the Report, including the hourly rates recommended by the Special Master. The Court awards Plaintiffs a total of $841,815.35 in interim attorneys' fees and costs. The award shall be paid no later than June 21, 2024.

      SO ORDERED,

Dated: New York, New York
       June 10, 2024

                                                             */s/ Kimba M. Wood*
                                                            KIMBA M. WOOD
                                               United States District Judge