Law Offices of
# SUSAN CHANA LASK

244 Fifth Avenue, Suite 2369
New York, N.Y. 10001

(917) 300-1958                                www.appellate-brief.com

<u>Via ECF</u>

December 23, 2024

Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Granted.

SO ORDERED:

12/23/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re: <u>Lask v Rhee-Karn et al, Docket 24-cv-02666</u>

Dear Honorable Judge Lehrburger:

This office represents Plaintiff in the above-captioned matter.

Pursuant to your Individual Rules, and on consent of all parties, this letter requests the court "So Order" an extension *nunc pro tunc* of Plaintiff's opposition to be filed tomorrow, December 24, to Defendants cross-motion for sanctions at DE 34. The opposition will show that is not a proper filing in the first place.

The reason this letter could not be filed earlier is that I have had a battery of medical appointments, which last Friday I was examined for five hours and waited for other treatment today. I was able to file oppositions to the other motions of Defendants on time last week, but could not complete that for DE 34 based on the medical issues. Defendants counsel consented to however long I needed to file opposition to DE 34. **Exhibit A.** I only need until tomorrow, and apologize that I could not file this request sooner.

This request does not prejudice any party or affect any other date in this matter. It is for good cause based on ongoing medical treatment.

Thank you for your time in this matter.

Very truly yours,
**LAW OFFICES OF SUSAN CHANA LASK**

/s/ Susan Chana Lask

**SUSAN CHANA LASK**