```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 2, 2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

ELSA GULINO, MAYLING RALPH, PETER WILDS, and NIA GREENE, on behalf of themselves and all others similarly situated,

              Plaintiffs,

    - against -

THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,

             Defendant.

------------------------------------------------------------------ x

96 Civ. 8414 (KMW)

[~~PROPOSED~~] **ORDER**

WHEREAS, on December 20, 2024, the Court-appointed Special Master John S. Siffert recommended that the Court grant Plaintiffs' motion to direct the Teachers' Retirement System of the City of New York ("TRS") to accept and process an Early Retirement Plan Election Form completed by class member Evelyn Ayala (the "Report"). (ECF No 12145.)

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Court adopts the Special Master's recommendations in the Report; and

IT IS FURTHER HEREBY ORDERED, ADJUDGED, AND DECREED that TRS promptly accept and process the Early Retirement Plan Election Form completed by Evelyn Ayala.

Dated: New York, New York
       January 2, 2025

                                          _/s/ Kimba M. Wood_
                                          KIMBA M. WOOD
                                          United States District Judge