USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 21, 2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

ELSA GULINO, ET AL.,

                Plaintiffs,

      v.                                   96-CV-8414 (KMW)

THE BOARD OF EDUCATION OF THE         **ORDER**
CITY SCHOOL DISTRICT OF THE
CITY OF NEW YORK,

                Defendant.
---------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

      On April 18, 2025, Special Master John S. Siffert filed his Interim Report and Recommendation recommending that the Court grant Plaintiffs' fifty-ninth and sixtieth motions for an interim award of attorneys' fees and costs (the "Report"). (ECF No. 12431.) The Report recommends an interim award of Plaintiffs' attorneys' fees and costs associated with work on this case by Crowell & Moring LLP during August 2024 and September 2024 in the total amount of $1,205,810.41. The Report reviews the complex issues addressed by counsel during the above-mentioned time period and the reasonableness of the billing rates for various attorneys and experts. The Special Master also undertook a meticulous review of attorneys' and experts' time.

2

The Court hereby adopts all of the findings and recommendations of the Report, including the hourly rates recommended by the Special Master.  The Court awards Plaintiffs a total of $1,205,810.41 in interim attorneys' fees and costs.  The award shall be paid no later than May 12, 2025.

    SO ORDERED.

Dated: New York, New York
       April 21, 2025                                        /s/ *Kimba M. Wood*
                                                              KIMBA M. WOOD
                                                      United States District Judge