```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 13, 2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

ELSA GULINO, MAYLING RALPH, PETER WILDS,
and NIA GREENE, on behalf of themselves and all others
similarly situated,

                   Plaintiffs,

- against -

THE BOARD OF EDUCATION OF THE CITY
SCHOOL DISTRICT OF THE CITY OF NEW YORK,

                   Defendant.

-------------------------------------------------------------------- x

96 Civ. 8414 (KMW)

[~~PROPOSED~~]
**ORDER**

WHEREAS, on May 29, 2025, the Court-appointed Special Master John S. Siffert recommended that the Court grant Plaintiffs' motion to direct the Teachers' Retirement System of the City of New York ("TRS") to extend the deadline for class member Victor Padilla to pay his *Gulino* Invoice for Pension Contributions (the "Invoice) to July 27, 2025 (the "Report"). (ECF No. 12482)

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Court adopts all of the findings and recommendations of the Report; and

IT IS FURTHER HEREBY ORDERED, ADJUDGED, AND DECREED that TRS extend the deadline for Mr. Padilla to pay the Invoice to July 27, 2025.

Dated: New York, New York
       June 13, 2025

*/s/ Kimba M. Wood*
_____
KIMBA M. WOOD
United States District Judge