USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 7, 2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

ELSA GULINO, MAYLING RALPH, PETER WILDS, and NIA GREENE, on behalf of themselves and all others similarly situated,

    Plaintiffs,

- against -

THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,

    Defendant.

-------------------------------------------------------------- x

96 Civ. 8414 (KMW)

[PROPOSED]
**ORDER**

WHEREAS, on June 20, 2025, the Court-appointed Special Master John S. Siffert recommended that the Court grant Plaintiffs' motion to direct the Teachers' Retirement System of the City of New York ("TRS") to extend the deadline for class member Elba Matos to pay her *Gulino* Invoice for Pension Contributions (the "Invoice) to July 27, 2025 (the "Report"). (ECF No. 12494.)

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Court adopts all of the findings and recommendations of the Report; and

IT IS FURTHER HEREBY ORDERED, ADJUDGED, AND DECREED that TRS extend the deadline for Ms. Matos to pay the Invoice to July 27, 2025.

Dated: New York, New York
       July 7, 2025

                                                  _____
                                                  KIMBA M. WOOD
                                                  United States District Judge