```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 25, 2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

ELSA GULINO, MAYLING RALPH, PETER WILDS, and NIA GREENE, on behalf of themselves and all others similarly situated,

                   Plaintiffs,

- against -

THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,

                   Defendant.

---------------------------------------------------------------------- x

96 Civ. 8414 (KMW)

[**PROPOSED**] **ORDER**

WHEREAS, on August 22, 2025, the Court-appointed Special Master John S. Siffert recommended that the Court grant Plaintiffs' motion to direct the Teachers' Retirement System of the City of New York ("TRS") to extend the deadline for class member Linus Kargbo to pay his *Gulino* Invoice for Pension Contributions (the "Invoice) to August 29, 2025 (the "Report"). (ECF No. 12571.)

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Court adopts all of the findings and recommendations of the Report; and

IT IS FURTHER HEREBY ORDERED, ADJUDGED, AND DECREED that TRS extend the deadline for Mr. Kargbo to pay the Invoice to August 29, 2025.

Dated: New York, New York
       August 25, 2025

                                                   /s/ *Kimba M. Wood*
                                                   KIMBA M. WOOD
                                                   United States District Judge