```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 3, 2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

ELSA GULINO, MAYLING RALPH, PETER WILDS, and NIA GREENE, on behalf of themselves and all others similarly situated,

                      Plaintiffs,

      - against -

THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,

                      Defendant.

------------------------------------------------------------------- x

96 Civ. 8414 (KMW)

[~~PROPOSED~~] **ORDER**

WHEREAS, on September 30, 2025, the Court-appointed Special Master John S. Siffert recommended that the Court grant Plaintiffs' motion to direct the Teachers' Retirement System of the City of New York ("TRS") to extend the deadline for class member Pedro Nieves to pay his *Gulino* Invoice for Pension Contributions (the "Invoice) to November 1, 2025 (the "Report"). (ECF No. 12731)

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Court adopts all of the findings and recommendations of the Report; and

IT IS FURTHER HEREBY ORDERED, ADJUDGED, AND DECREED that TRS extend the deadline for Mr. Nieves to pay the Invoice to November 1, 2025.

Dated: New York, New York
       October 3, 2025

                                        */s/ Kimba M. Wood*
                                        KIMBA M. WOOD
                                        United States District Judge