UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ELSA GULINO, MAYLING RALPH, PETER WILDS, and NIA GREENE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>- against –<br><br>THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,<br><br>Defendant. | : | 96 Civ. 8414 (KMW) |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Peter Wilds-Bethea appeals to the United States Court of Appeals for the Second Circuit from:

1) the Order of the Hon. Kimba M. Wood, dated and entered on September 17, 2025 (ECF 12716) ("Order"); and

2) the Judgment for Peter Wilds-Bethea, dated and entered on September 18, 2025 (ECF 12718) ("Judgment") and from any and all adverse rulings incorporated in, antecedent to, or ancillary to the Order and Judgment.

Respectfully submitted,

Dated: October 7, 2025

/s/ Joshua S. Sohn
Joshua S. Sohn
Rachel V. Stevens
Crowell & Moring LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
212.223.4000
jsohn@crowell.com
Attorneys for Plaintiff Peter Wilds-Bethea