```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 31, 2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
ELSA GULINO, ET AL.,

                Plaintiffs,

     v.                                      96-CV-8414 (KMW)

THE BOARD OF EDUCATION OF THE              **ORDER**
CITY SCHOOL DISTRICT OF THE
CITY OF NEW YORK,

                Defendant.
--------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

       On October 29, 2025, Special Master John S. Siffert filed an Interim Report and Recommendation recommending that the Court grant Plaintiffs' sixty-sixth and sixty-seventh motions for an interim award of attorneys' fees and costs (the "Report"). (ECF No. 12746.) The Report recommends an interim award of Plaintiffs' attorneys' fees and costs associated with work on this case by Crowell & Moring LLP during March 2025[1] in the amount of $413,558.10 and both April and May 2025 in the amount of $784,092.63, together totaling $1,197,650.73. The Report reviews the complex issues addressed by counsel during the above-mentioned time period and the reasonableness of the billing rates for various attorneys and experts. The Special Master also undertook a meticulous review of attorneys' and experts' time.

---

[1] As the Report notes, Plaintiffs' sixty-sixth motion attaches an invoice for time billed in March 2025, which includes 21.7 hours worked in February 2025, but was not included in their prior invoice.

The Court hereby adopts all of the findings and recommendations of the Report, including the hourly rates recommended by the Special Master. The Court awards Plaintiffs a total of $1,197,650.73 in interim attorneys' fees and costs. The award shall be paid no later than November 30, 2025.

    SO ORDERED.

Dated: New York, New York
       October 31, 2025

                                          /s/ *Kimba M. Wood*
                                        KIMBA M. WOOD
                                 United States District Judge