```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 31, 2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

ELSA GULINO, MAYLING RALPH, PETER WILDS, and NIA GREENE, on behalf of themselves and all others similarly situated,

                Plaintiffs,

   - against -

THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,

                Defendant.

-----------------------------------------------------------------------x

96 Civ. 8414 (KMW)

[~~PROPOSED~~] **ORDER**

WHEREAS, on October 9, 2025, the Court-appointed Special Master John S. Siffert recommended that the Court grant Plaintiffs' motion to direct the Teachers' Retirement System of the City of New York ("TRS") to accept and process an Early Retirement Plan Election Form completed by class member Miguelina Quinones (the "Report). (ECF No 12744.)

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Court adopts the Special Master's recommendations in the Report; and

IT IS FURTHER HEREBY ORDERED, ADJUDGED, AND DECREED that TRS promptly accept and process the Early Retirement Plan Election Form completed by Miguelina Quinones.

Dated: New York, New York
       October 31, 2025

                                               */s/ Kimba M. Wood*
                                               KIMBA M. WOOD
                                               United States District Judge