USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: November 20, 2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

ELSA GULINO, ET AL.,

                Plaintiffs,

      v.                                              96-CV-8414 (KMW)

THE BOARD OF EDUCATION OF THE          **ORDER**
CITY SCHOOL DISTRICT OF THE
CITY OF NEW YORK,

                Defendant.
--------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

      On October 28, 2025, Special Master John S. Siffert filed an Interim Report and Recommendation recommending that the Court grant Plaintiffs' motion for an interim award of attorneys' fees (the "Report") associated with prior counsel's (the Center for Constitutional Rights ("CCR")) work on this case. (ECF No. 12745.) The Report recommends an interim award of Plaintiffs' attorneys' fees associated with work on this case by the CCR from January 1996 through September 2004 in the amount of $4,258,052.00. The Report reviews the complex issues addressed by counsel during the above-mentioned time period and the reasonableness of the billing rate for the sole attorney for whom they seek the award. The Special Master also undertook a meticulous review of the attorney's time spent on this case.

2

The Court hereby adopts all of the findings and recommendations of the Report, including the hourly rate recommended by the Special Master. The Court awards Plaintiffs a total of $4,258,052.00 in interim attorneys' fees. The award shall be paid no later than December 19, 2025.

    SO ORDERED.

Dated:  New York, New York
         November 20, 2025                      */s/ Kimba M. Wood*
                                                  KIMBA M. WOOD
                                          United States District Judge