UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

ELSA GULINO, ET AL.,

                    Plaintiffs,

        v.

THE BOARD OF EDUCATION OF THE
CITY SCHOOL DISTRICT OF THE
CITY OF NEW YORK,

                    Defendant.

--------------------------------------------------------X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: December 23, 2025 |

96-CV-8414 (KMW)

**<u>ORDER</u>**

KIMBA M. WOOD, United States District Judge:

On December 22, 2025, Special Master John S. Siffert filed an Interim Report and Recommendation recommending that the Court grant Plaintiffs' sixty-ninth motion for an interim award of attorneys' fees and costs (the "Report"). (ECF No. 12758.) The Report recommends an interim award of Plaintiffs' attorneys' fees and costs associated with work on this case by Crowell & Moring LLP during July 2025 in the amount of $351,320.78. The Report reviews the complex issues addressed by counsel during the above-mentioned time period and the reasonableness of the billing rates for various attorneys and experts. The Special Master also undertook a meticulous review of attorneys' and experts' time.

The Court hereby adopts all of the findings and recommendations of the Report, including the hourly rates recommended by the Special Master.  The Court awards Plaintiffs a total of $351,320.78 in interim attorneys' fees and costs.  The award shall be paid no later than January 23, 2026.

     SO ORDERED.

Dated:  New York, New York
      December 23, 2025

                                      */s/ Kimba M. Wood*
                                        KIMBA M. WOOD
                              United States District Judge