USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  February 24, 2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

ELSA GULINO, MAYLING RALPH, PETER WILDS,    :
and NIA GREENE, on behalf of themselves and all others  :
similarly situated,    :

    :  96 Civ. 8414 (KMW)

    Plaintiffs,    :

    :

    - against -    :  **[~~PROPOSED~~]**
    :  **<u>ORDER</u>**

THE BOARD OF EDUCATION OF THE CITY    :
SCHOOL DISTRICT OF THE CITY OF NEW YORK,   :

    Defendant.    :

---------------------------------------------------------------------- x

WHEREAS, on February 13, 2026, the Court-appointed Special Master John S. Siffert recommended that the Court grant Plaintiffs' motion to direct the Teachers' Retirement System of the City of New York ("TRS") to extend the deadline for class member Aliage Walters to pay her *Gulino* Invoice for Pension Contributions (the "Invoice) to February 28, 2026 (the "Report"). (ECF No. 12781)

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Court adopts all of the findings and recommendations of the Report; and

IT IS FURTHER HEREBY ORDERED, ADJUDGED, AND DECREED that TRS extend the deadline for Ms. Walters to pay the Invoice to February 28, 2026.


Dated: New York, New York
    February 24, 2026       */s/ Kimba M. Wood*
                           KIMBA M. WOOD
                           United States District Judge