USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 24, 2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------- x

ELSA GULINO, MAYLING RALPH, PETER WILDS,
and NIA GREENE, on behalf of themselves and all others
similarly situated,

      Plaintiffs,

  - against -

THE BOARD OF EDUCATION OF THE CITY
SCHOOL DISTRICT OF THE CITY OF NEW YORK,

      Defendant.

----------------------------------------------------------------------- x

: 96 Civ. 8414 (KMW)

: [~~PROPOSED~~]
**ORDER**

WHEREAS, on February 13, 2026, the Court-appointed Special Master John S. Siffert recommended that the Court grant Plaintiffs' motion to direct the New York City Employees' Retirement System ("NYCERS") to extend the deadline for class member Marie Joseph-Victor to pay her *Gulino* Invoice for Pension Contributions (the "Invoice) to February 28, 2026 (the "Report").  (ECF No. 12780)

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Court adopts all of the findings and recommendations of the Report; and

IT IS FURTHER HEREBY ORDERED, ADJUDGED, AND DECREED that NYCERS extend the deadline for Ms. Joseph-Victor to pay the Invoice to February 28, 2026.


Dated: New York, New York
   February 24, 2026       */s/ Kimba M. Wood*_____
                KIMBA M. WOOD
                United States District Judge