UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

ELSA GULINO, MAYLING RALPH, PETER WILDS,
and NIA GREENE, on behalf of themselves and all others
similarly situated,

                Plaintiffs,

          - against -

THE BOARD OF EDUCATION OF THE CITY SCHOOL
DISTRICT OF THE CITY OF NEW YORK,

                Defendant.

---------------------------------------------------------------------- x

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

96 Civ. 8414 (KMW)

**[~~PROPOSED~~]**
**ORDER**

**WHEREAS**, the Court has certified a class defined as:

> All African-American and Latino individuals employed as New York City public school teachers by Defendant, on or after June 29, 1995, who failed to achieve a qualifying score on any administration of the LAST, and as a result either lost or were denied a permanent teaching appointment.[1]

**WHEREAS**, on October 6, 2016, Plaintiffs' counsel submitted their first batch of individual damages demands, the BOE responded to the demands, and the parties litigated those demands pursuant to an individual hearing schedule that the Special Master set.

**WHEREAS**, individual damages hearings continued until the Special Master set a deadline of February 28, 2025, for the parties to resolve all demands for damages, unless good cause was shown.

**WHEREAS**, in April 2025, the parties provided the Special Master with a list of claimants whose demands for damages had not been resolved including: (1) thirty-eight claimants whose damages demands had not been submitted because the claimants had failed to provide counsel with sufficient information or had not authorized Plaintiffs' counsel to submit a demand on their behalf

---

[1] Order Granting Substituted Interim Report & Recommendation, Dkt. No. 826, at 5.

(the "No Demand Claimants"); and (2) 243 claimants who did not satisfy the requirements for class membership (the "Non-Class Member Claimants"). The 243 Non-Class Member Claimants fell into one or more of the following six categories:

1. Claimants who do not identify as African-American or Latino;

2. Claimants who never took the LAST;

3. Claimants who passed the LAST on their first attempt;

4. Claimants who never worked as teachers for the BOE on or after June 29, 1995;

5. Claimants who never worked as teachers for the BOE following their failure of the LAST; and

6. Claimants who neither lost nor were denied a permanent teaching appointment with the BOE as a result of the LAST.

**WHEREAS**, having received this information from the parties, in July 2025 the Special Master sent letters to each of the thirty-eight No Demand Claimants and 243 Non-Class Member Claimants to inform them that their claims would be dismissed if they failed to respond to his letter (the "Dismissal Notice Letter"). The Dismissal Notice Letter provided the specific reason the claimant was to be dismissed and gave the claimant thirty days to respond.

**WHEREAS**, four of the thirty-eight No Demand Claimants responded to the Dismissal Notice Letter within thirty days, but have not shown good cause as to why they failed to provide Plaintiffs' counsel with sufficient information, or have not authorized Plaintiffs' counsel to submit a demand on their behalf. These four No Demand Claimants are listed on **Exhibit A**.

**WHEREAS**, three of the 243 Non-Class Member Claimants responded to the Dismissal Notice Letter within thirty days, but failed to provide sufficient evidence that they satisfy the requirements for class membership. These three Non-Class Member Claimants are listed on **Exhibit B**.

3

**IT IS HEREBY ORDERED** that this Court adopts the Special Master's February 18, 2026

Report and Recommendation;

**IT IS FURTHER ORDERED** that:

1.  The four claimants listed in Exhibit A are hereby DISMISSED from this case for failure to prosecute their claim;

2.  The three claimants listed in Exhibit B are hereby DISMISSED from this case for failure to satisfy the requirements of class membership;

3.  Epiq, the Claims Administrator previously appointed by this Court, will provide, by email and USPS mail, each claimant listed on Exhibit A and Exhibit B with an "Order of Dismissal" identifying the basis for each claimant's dismissal that has been approved by the Parties, the Special Master, and the Court; and

4.  Claimants listed on Exhibits A and B who wish to contest their dismissal from this action may file their objections with the Court no later than ten days after the filing of this order.

ON RECOMMENDATION OF THE SPECIAL MASTER

SO ORDERED.

Dated: March 24, 2026                    _/s/ Kimba M. Wood_____
                                         KIMBA M. WOOD
                                         United States District Judge

4

**EXHIBIT A**
**No Demand Claimants**

|  | NAME | Claim Number |
|---|---|---|
| 1. | Edward Wilson | 1001829 |
| 2. | Levi Samuels | 1001639 |
| 3. | Michele Pierson | 4000739 |
| 4. | Renee Pittman | 1004897 |

## EXHIBIT B
## Non Class Member Claimants

|  | NAME | Claim Number |
|---|---|---|
| 1. | James Taylor | 10000078 |
| 2. | Sabrina Jones | 1015726 |
| 3. | Tony Sanchez | 238 |