UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

\---------------------------------------------------------------------- x

ELSA GULINO, MAYLING RALPH, PETER WILDS, and NIA GREENE, on behalf of themselves and all others similarly situated,

        Plaintiffs,

    - against -

THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,

        Defendant.

\---------------------------------------------------------------------- x

:
:
:
:   96 Civ. 8414 (KMW)
:
:
:
:   [~~PROPOSED~~]
:   **ORDER**
:
:
:
:
:
:

**WHEREAS**, the Court has certified a class defined as:

> All African-American and Latino individuals employed as New York City public school teachers by Defendant, on or after June 29, 1995, who failed to achieve a qualifying score on any administration of the LAST, and as a result either lost or were denied a permanent teaching appointment.[1]

**WHEREAS**, the forty claimants listed on Exhibit A submitted a claim form to Epiq, the Claims Administrator previously appointed by this Court.

**WHEREAS**, thirty-nine claimants listed on Exhibit A subsequently signed notices of withdrawal of their claims in this case.

**WHEREAS**, one claimant listed on Exhibit A represented herself and submitted correspondence to the Special Master withdrawing her claim in this case.

**IT IS HEREBY ORDERED** that this Court adopts the Special Master's February 18, 2026 Report and Recommendation;

**IT IS FURTHER ORDERED** that:

1. The forty claimants listed in Exhibit A are hereby DISMISSED from this case;

---

[1] Order Granting Substituted Interim Report & Recommendation, Dkt. No. 826, at 5.

2.  Epiq, the Claims Administrator previously appointed by this Court, will provide by email and USPS mail, each claimant listed on Exhibit A with an "Order of Dismissal" identifying the basis for each claimant's dismissal that has been approved by the Parties, the Special Master, and the Court; and

3.  Claimants listed on Exhibit A who wish to contest their dismissal from this action may file their objections with the Court no later than ten days after the filing of this order.

ON RECOMMENDATION OF THE SPECIAL MASTER

SO ORDERED.

Dated: March 25, 2026

/s/ Kimba M. Wood
KIMBA M. WOOD
United States District Judge

# Exhibit A

|  | NAME | Claim Number |
|---|---|---|
| **Claimants that signed Withdrawal Notices** | | |
| 1. | Alphonse Alceus | 1002919 |
| 2. | Angela M. Thomas | 4001951 |
| 3. | Anthony Jackson | 1015665 |
| 4. | Augustine Sciabarassi | 4004410 |
| 5. | Carmen Morillo | 1006983 |
| 6. | Cecelia Johnson | 1015658 |
| 7. | Charlene Grant | 4001154 |
| 8. | Cynthia Doretha Whitfield | 168 |
| 9. | Darrell Stevens | 1000335 |
| 10. | Debra Gonzalez | 1013558 |
| 11. | Dominga Blanco | 134 |
| 12. | Ernesia Cribb | 3001102 |
| 13. | Estate of Errol Andre Alphonso | 1003780 |
| 14. | Gissel Pena | 4000389 |
| 15. | Henry Pevey | 1015625 |
| 16. | Isidro Sanchez | 1004777 |
| 17. | Javier Gomez | 1000108 |
| 18. | Johan Bien-Aime | 3000207 |
| 19. | Josefina Feliciano | 1001545 |
| 20. | Joseph Abreu | 1002397 |
| 21. | Julia Sostre | 1010200 |
| 22. | Katiria Arce | 4002188 |
| 23. | Leroy Murphy | 1002857 |
| 24. | Leticia Aviles | 1004088 |
| 25. | Lydia Ester Torres Saunders | 1006293 |
| 26. | Manuel Antonio Mejia | 1012105 |
| 27. | Marie Antoinette Wade | 157 |
| 28. | Marsha Thomas | 1006559 |
| 29. | Mofdy Sedrak | 1015656 |
| 30. | Pamela Terry | 1004575 |
| 31. | Raphael Bello | 1015684 |
| 32. | Rita Scott-Mansha | 1003786 |
| 33. | Rosemary Alo | 4003817 |
| 34. | Savitri Manni | 1000752 |
| 35. | Segla Kossivi | 1000506 |
| 36. | Soledad Cunillera | 1007825 |
| 37. | Steven McCartney | 1015673 |
| 38. | Viola Pope | 140 |
| 39. | Yolanda Lopez | 1015627 |
| **Claimant with Correspondence to Special Master Withdrawing Her Claim** | | |
| 40. | Yael O.G. Fraenkel | 1002108 |