UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------  x
ELSA GULINO, MAYLING RALPH, PETER WILDS,  :
and NIA GREENE, on behalf of themselves and all others  :
similarly situated,  :
                  :  96 Civ. 8414 (KMW)
                  :
          Plaintiffs,  :
                  :
    - against -  :  **[PROPOSED]**
                  :  **ORDER**
                  :
THE BOARD OF EDUCATION OF THE CITY SCHOOL  :
DISTRICT OF THE CITY OF NEW YORK,  :
                  :
          Defendant.  :
----------------------------------------------------------------------  x

WHEREAS, the Court has certified a class defined as:

> All African-American and Latino individuals employed as New York City
> public school teachers by Defendant, on or after June 29, 1995, who failed
> to achieve a qualifying score on any administration of the LAST, and as a
> result either lost or were denied a permanent teaching appointment.[1]

WHEREAS, on October 6, 2016, Plaintiffs' counsel submitted their first batch of individual

damages demands, the BOE responded to the demands, and the parties litigated those demands

pursuant to an individual hearing schedule that the Special Master set.

WHEREAS, individual damages hearings continued until the Special Master set a deadline

of February 28, 2025, for the parties to resolve all demands for damages, unless good cause was

shown.

WHEREAS, in April 2025, the parties provided the Special Master with a list of claimants

whose demands for damages had not been resolved including: (1) Thirty-eight claimants whose

damages demands had not been submitted because the claimants had failed to provide counsel with

sufficient information or had not authorized Plaintiffs' counsel to submit a demand on their behalf

---

[1] Order Granting Substituted Interim Report & Recommendation, Dkt. No. 826, at 5.

2

(the "No Demand Claimants"); and (2) 243 claimants who did not satisfy the requirements for class membership (the "Non-Class Member Claimants"). The 243 Non-Class Member Claimants fell into one or more of the following six categories:

1. Claimants who do not identify as African-American or Latino;

2. Claimants who never took the LAST;

3. Claimants who passed the LAST on their first attempt;

4. Claimants who never worked as teachers for the BOE on or after June 29, 1995;

5. Claimants who never worked as teachers for the BOE following their failure of the LAST; and

6. Claimants who neither lost nor were denied a permanent teaching appointment with the BOE as a result of the LAST.

**WHEREAS**, having received this information from the parties, in July 2025 the Special Master sent letters to each of the thirty-eight No Demand Claimants and 243 Non-Class Member Claimants to inform them that their claims would be dismissed if they failed to respond to his letter (the "Dismissal Notice Letter"). The Dismissal Notice Letter provided the specific reason the claimant was to be dismissed and gave the claimant thirty days to respond.

**WHEREAS**, Thirty-one of the thirty-eight No Demand Claimants did not respond to the Dismissal Notice Letter within thirty days, and have neither shown good cause as to why they failed to provide Plaintiffs' counsel with sufficient information, nor authorized Plaintiffs' counsel to submit a demand on their behalf. The thirty-one No Demand Claimants that failed to respond are listed on **Exhibit A**.

**WHEREAS**, 234 of the 243 Non-Class Member Claimants did not respond to the Dismissal Notice Letter within thirty days, and have failed to provide sufficient evidence that they satisfy the requirements for class membership. The 234 Non-Class Member Claimants that failed to respond are listed on **Exhibit B**.

3

**IT IS HEREBY ORDERED** that this Court adopts the Special Master's February 18, 2026

Report and Recommendation;

**IT IS FURTHER ORDERED** that:

1. The thirty-one claimants listed in Exhibit A are hereby DISMISSED from this case for failure to prosecute their claim;

2. The 234 claimants listed in Exhibit B are hereby DISMISSED from this case for failure to satisfy the requirements of class membership;

3. Epiq, the Claims Administrator previously appointed by this Court, will provide, by email and USPS mail, each claimant listed on Exhibit A and Exhibit B with an "Order of Dismissal" identifying the basis for each claimant's dismissal that has been approved by the Parties, the Special Master, and the Court; and

4. Claimants listed on Exhibit A and Exhibit B who wish to contest their dismissal from this action may file their objections with the Court no later than ten days after the filing of this order.

ON RECOMMENDATION OF THE SPECIAL MASTER

SO ORDERED.

Dated: March 30, 2026

*/s/ Kimba M. Wood*
KIMBA M. WOOD
United States District Judge

4

**EXHIBIT A**
**No Demand Claimants**

|     | NAME | Claim Number |
| --- | --- | --- |
| 1. | Aishah Rahman | 1003267 |
| 2. | Arnold Renois | 1003242 |
| 3. | Beverly Greene | 4001165 |
| 4. | Blanca Mendez | 1007942 |
| 5. | Carmen Arevalo | 1013501 |
| 6. | Cavallo Walker | 1012278 |
| 7. | Danielle Guillaume-Jeudy | 1006841 |
| 8. | Daphne Angell | 1007062 |
| 9. | Dawn Ramirez | 1002990 |
| 10. | Deborah Merchant | 1003579 |
| 11. | Deloise Green | 1011567 |
| 12. | Heydys Roa | 4001221 |
| 13. | Isoken Noruwa | 4000217 |
| 14. | Jose Rodriguez | 1014755 |
| 15. | Juan Nunez | 1005854 |
| 16. | Juan Taveras | 1004105 |
| 17. | Katherine Reyes | 1007425 |
| 18. | Keri-Ann Walker | 1012283 |
| 19. | Linnette Swann | 1013576 |
| 20. | Madeline Renard | 1004246 |
| 21. | Mary Seda | 1003536 |
| 22. | Mercy Ledet | 1008279 |
| 23. | Michael Pearson | 1012565 |
| 24. | Nellie Houser | 1011932 |
| 25. | Ricardo Soler | 1010505 |
| 26. | Sallie Williams | 1005519 |
| 27. | Suzane Joseph | 1000479 |
| 28. | Sylvia Patterson | 1011888 |
| 29. | Tameka Harrison | 1001307 |
| 30. | Tammy Bush | 1014442 |
| 31. | Yoanny Nunez | 1004079 |

**EXHIBIT B**
**Non Class Member Claimants**

|  | NAME | Claim Number |
|---|---|---|
| 1. | Aldith Mcconney | 1015676 |
| 2. | Alesha Collins | 250 |
| 3. | Alphonsus Obaji | 226 |
| 4. | Ana Rodriguez | 4004406 |
| 5. | Ana Sanchez | 1015541 |
| 6. | Ana Vargas | 4004121 |
| 7. | Andilene Humphrey | 4004425 |
| 8. | Angela Lorenzo | 201 |
| 9. | Angela Vega | 1009658 |
| 10. | Anita Grunin | 1006747 |
| 11. | Anitha Gaggenapally | 4004480 |
| 12. | Anna Hasty | 4001518 |
| 13. | Annette Dames | 4000126 |
| 14. | Anthony Brown | 4002978 |
| 15. | Anthony Carrena | 1002442 |
| 16. | Anush Saakyan | 4004047 |
| 17. | Aracelis Filpo | 4004142 |
| 18. | Ardita Neziri | 4003973 |
| 19. | Arthur Powell Jr. | 4000777 |
| 20. | Aruwb Ambekisye | 1015649 |
| 21. | Awatef Abdelaziz | 4004012 |
| 22. | Bernard Bennet | 1015704 |
| 23. | Bethania Roche | 259 |
| 24. | Brandi Campbell | 1015709 |
| 25. | Brian Franklyn | 170 |
| 26. | Candice Similton | 1015652 |
| 27. | Cara Parris | 1013046 |
| 28. | Carla Garcia | 4004175 |
| 29. | Carlos Morales | 1015663 |
| 30. | Carmelite Cadet | 1002938 |
| 31. | Carmen Ozuna | 156 |
| 32. | Carolann Joseph | 4002340 |
| 33. | Cecilia Delgado | 4004187 |
| 34. | Charlotte Houston-Martin | 191 |
| 35. | Charlyn Sanchez | 211 |
| 36. | Cheryl Johnson | 1015632 |
| 37. | Chris Castillo | 274 |
| 38. | Christine Nicholas | 4004200 |
| 39. | Cindy Lawrence | 4004021 |
| 40. | Claudette Carr | 235 |

|  | NAME | Claim Number |
|---|---|---|
| 41. | Claudette Grant | 4001155 |
| 42. | Claudia Espinal | 160 |
| 43. | Colleen Walcott | 231 |
| 44. | Collette Marshall | 1015664 |
| 45. | Comlanvi Bamezon | 4004211 |
| 46. | Constantine Tariloff | 4004044 |
| 47. | Cynthia Gonzalez | 190 |
| 48. | Danielle Leconte | 4004226 |
| 49. | Danilso Paulino | 1015213 |
| 50. | David Ben-David | 171 |
| 51. | Dawn Mccrimmon | 1015694 |
| 52. | Deebra Mitchell | 4004541 |
| 53. | Denise Contreras | 4004238 |
| 54. | Denise Montana | 4003931 |
| 55. | Denise Pugh | 200 |
| 56. | Deseree Prince | 4004243 |
| 57. | Diane Thomas | 4001952 |
| 58. | Diurka Devers | 237 |
| 59. | Donnalese Donaldson | 132 |
| 60. | Ebony Bowens | 4004254 |
| 61. | Elaine Taylor | 4001924 |
| 62. | Elba Salinas | 210 |
| 63. | Elena Reyes | 4004524 |
| 64. | Elena Starr | 1010010 |
| 65. | Elie Fleurant | 4000975 |
| 66. | Elizabeth Oliveras-Scudder | 1001505 |
| 67. | Ellen Gaines | 4003938 |
| 68. | Eloise Carter | 1015661 |
| 69. | Elvira Canario | 223 |
| 70. | Erica Newton | 4000194 |
| 71. | Estate Of Jessica Day Flores | 4000983 |
| 72. | Eugenie Joseph | 10000033 |
| 73. | Evelyn Estrada | 4004430 |
| 74. | Fatema Begum | 269 |
| 75. | Fatima Roman | 271 |
| 76. | Felix Severino-Perez | 236 |
| 77. | Flamingo Mitchell | 4003306 |
| 78. | Floyann Goodman | 158 |
| 79. | Francisca Gomez | 4004285 |
| 80. | Francisco Vidot | 247 |

2

| | NAME | Claim Number |
|---|---|---|
| 81. | Gabriela Martinez | 4003147 |
| 82. | Gerarda Ortiz | 178 |
| 83. | Gina Jean-Baptiste | 1014906 |
| 84. | Gina Kemp | 1015650 |
| 85. | Gina Stabile | 4004432 |
| 86. | Gladys Cruz | 4004304 |
| 87. | Gloria Latimore | 193 |
| 88. | Grace Lucas | 1004322 |
| 89. | Graciela Vasquez | 3001280 |
| 90. | Gregory Cook | 213 |
| 91. | Howard Thomas | 277 |
| 92. | Hugo Perez | 1007455 |
| 93. | Hyacinth Farnum | 1001615 |
| 94. | Ileana Milan | 4003288 |
| 95. | Ingrid Criss | 1015703 |
| 96. | Isabel Reyes | 241 |
| 97. | Ivette Rodriguez | 4004549 |
| 98. | Iyanna Cunningham | 1015692 |
| 99. | Jeanette Wright | 177 |
| 100. | Jennifer Bahr | 4003580 |
| 101. | Jennifer Garcia | 219 |
| 102. | Jennifer Scheerer | 4000122 |
| 103. | Jenny Garcia | 1015701 |
| 104. | Jessica K Gibson | 4001097 |
| 105. | Joann Rizzo | 4001220 |
| 106. | Joaritza Noriega | 4004456 |
| 107. | Joelis Cerda | 155 |
| 108. | Johanna Velez | 276 |
| 109. | John Clynch | 4000015 |
| 110. | Joi Allen | 4003597 |
| 111. | Jose Argueta | 4002193 |
| 112. | Jose Chavez | 1015675 |
| 113. | Jose Santos | 206 |
| 114. | Josefina Zuluaga | 1015717 |
| 115. | Juana Bisono | 214 |
| 116. | Juana Fernandez | 227 |
| 117. | Julio E Martinez | 1000983 |
| 118. | Kalimah Small | 1015727 |
| 119. | Kamlesh Karara | 4003613 |
| 120. | Karen Amir | 131 |

|  | NAME | Claim Number |
|---|---|---|
| 121. | Karen Haynes | 225 |
| 122. | Karol Fernandez | 207 |
| 123. | Katia Henriquez | 229 |
| 124. | Keith Merriman | 1015678 |
| 125. | Khaleda Ilias | 4004091 |
| 126. | Khandoker Akter | 10000051 |
| 127. | Koran Kanaifu | 4002356 |
| 128. | Kumari Simo-Sethi | 4004459 |
| 129. | Laila Henen | 4004037 |
| 130. | Laura Guity | 10000072 |
| 131. | Lenyn Garcia | 10000087 |
| 132. | Lillian Dingle | 222 |
| 133. | Lisa Declet | 4003652 |
| 134. | Lola White | 4003942 |
| 135. | Lori Rowser | 265 |
| 136. | Lourdes Castillo | 224 |
| 137. | Luedeni Holness | 4001625 |
| 138. | Luz Eneida Lopez | 4002509 |
| 139. | Luz Melendez | 152 |
| 140. | Lynn Gilford | 1015699 |
| 141. | Lynn Peterson | 1004096 |
| 142. | Lynnette Kean | 4004416 |
| 143. | Magdalena Ramos | 4000836 |
| 144. | Manjusri Chatterjee | 4003924 |
| 145. | Marcia Vargas | 4002622 |
| 146. | Margaret Dennie | 176 |
| 147. | Margaret Hunte | 4001644 |
| 148. | Marguerite Lyn | 1015710 |
| 149. | Maria Domenech | 4003681 |
| 150. | Maria Fermin | 1010542 |
| 151. | Maria Leger | 253 |
| 152. | Maria Leon | 209 |
| 153. | Mariam Makar | 4002554 |
| 154. | Maribel Arminio | 4003691 |
| 155. | Mariette Torres | 242 |
| 156. | Mariluz Ramirez | 3000019 |
| 157. | Mario Gonzalez | 202 |
| 158. | Marion Taylor | 4004018 |
| 159. | Marisol Solis | 228 |
| 160. | Maritza Castillo | 194 |

|  | NAME | Claim Number |
|---|---|---|
| 161. | Marjorie Bishop | 1015702 |
| 162. | Marleni Mallol | 216 |
| 163. | Marta Delrosario | 4003711 |
| 164. | Martina Alcala | 135 |
| 165. | Mary Alonzo | 4004071 |
| 166. | Mary Hurd | 1014211 |
| 167. | Melida Almeida | 4002119 |
| 168. | Melida Calle | 4004003 |
| 169. | Menepelle Nuhann | 4004024 |
| 170. | Mershia Flament | 1015714 |
| 171. | Michael Gordon | 1015655 |
| 172. | Michael Mcneill | 244 |
| 173. | Michelle Cabbell | 4003729 |
| 174. | Miriam Aviles | 249 |
| 175. | Misreen Awawdeh | 4004493 |
| 176. | Mohammad Hossain | 1006862 |
| 177. | Mohammed Mian | 10000050 |
| 178. | Nahed Salib | 4004052 |
| 179. | Naiomi Hendricks | 4004072 |
| 180. | Nancie Eliscar | 4003950 |
| 181. | Nancy Marrero | 4003749 |
| 182. | Nathan Hamilton | 4003758 |
| 183. | Nicole Mannino | 4004078 |
| 184. | Nkolika Saintelus | 10000082 |
| 185. | Norma Wilmer | 179 |
| 186. | Odalyska Padro | 4000329 |
| 187. | Olga Jorge | 4003773 |
| 188. | Olumuyiw Odeyemi | 1005862 |
| 189. | Pascual Rivera | 183 |
| 190. | Paula Benjamin | 1015653 |
| 191. | Pauline Gales | 195 |
| 192. | Peter Mulligan | 1015666 |
| 193. | Philip Bulla | 4004436 |
| 194. | Raquel Martinez | 245 |
| 195. | Rene Dash | 221 |
| 196. | Ronda Ramos | 4003810 |
| 197. | Rosa Cruz | 4000104 |
| 198. | Rosa Munoz | 1009561 |
| 199. | Rosa Nunez-Reyes | 1008300 |
| 200. | Rosa Portillo | 4003813 |

|  | NAME | Claim Number |
|---|---|---|
| 201. | Rosa Valerio | 1011199 |
| 202. | Ruslan Dautov | 4004354 |
| 203. | Ruth Fine | 10000020 |
| 204. | Sadete Mujovic | 4000152 |
| 205. | Sahida Bhuiyan | 4004363 |
| 206. | Sammy Falero | 275 |
| 207. | Sandra Bernal | 4004522 |
| 208. | Sangina Walker | 1015705 |
| 209. | Shanae Nunn | 4004408 |
| 210. | Sharda Ram | 4000820 |
| 211. | Sharon Williams | 4004010 |
| 212. | Stacey Smith | 10000059 |
| 213. | Stephanie Luca | 4003945 |
| 214. | Stephanie Villarson | 278 |
| 215. | Suleyma Urias | 4002591 |
| 216. | Susan Boney | 1015679 |
| 217. | Susan Perez | 4000688 |
| 218. | Talitha Persaud | 4003865 |
| 219. | Tamara Brutus | 4003866 |
| 220. | Tanarsha Rankins | 1015547 |
| 221. | Tanya Hopkins | 1015685 |
| 222. | Tara Lebon | 4003872 |
| 223. | Teresa Ortiz | 1002463 |
| 224. | Tiffany Lakin | 4003881 |
| 225. | Toni Hatcher | 4001519 |
| 226. | Tonya Johnson | 4003887 |
| 227. | Tyina Brooks | 4004382 |
| 228. | Tyree Allison | 4004389 |
| 229. | Victoria Meeres | 1014480 |
| 230. | Wynelle Welch | 4002735 |
| 231. | Yana Stentella | 4004535 |
| 232. | Yanet Martinez | 203 |
| 233. | Yassine Azzounani | 4004455 |
| 234. | Yonghong Mcdowell | 4004391 |