UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X

ELSA GULINO, MAYLING RALPH, PETER WILDS,     :
and NIA GREENE, on behalf of themselves and all others     :
similarly situated,     :     96 Civ. 8414 (KMW)

              Plaintiffs,     :

       - against -     :     [PROPOSED]
                              **ORDER OF DISMISSAL OF**
                              **JAVIER GOMEZ**
THE BOARD OF EDUCATION OF THE CITY     :     **Claim Number 1000108**
SCHOOL DISTRICT OF THE CITY OF NEW YORK,     :

              Defendant.     :

-------------------------------------------------------------------- X

UPON the recommendation of the Special Master, and pursuant to the previously defined

class in this Title VII action,[1] it is hereby ORDERED that JAVIER GOMEZ is DISMISSED from

the case as a result of signing a notice of withdrawal from the case with prejudice, attached as

Exhibit A.

JAVIER GOMEZ may contest his dismissal from this action by filing an objection with

the Court no later than ten days after the filing of this order.

SO ORDERED.

Dated: April 9, 2026

                           _Kimba M. Wood_
                            KIMBA M. WOOD
                            United States District Judge

---

[1] The class is defined as: All African-American and Latino individuals employed as New York City public school teachers by Defendant, on or after June 29, 1995, who failed to achieve a qualifying score on any administration of the LAST, and as a result either lost or were denied a permanent teaching appointment. *See* Order Granting Substituted Interim Report & Recommendation, Dkt. No. 826, at 5 (Oct. 7, 2016).

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

ELSA GULINO, MAYLING RALPH, PETER WILDS,
and NIA GREENE, on behalf of themselves and all others
similarly situated,

                        Plaintiffs,

                - against -

THE BOARD OF EDUCATION OF THE CITY SCHOOL
DISTRICT OF THE CITY OF NEW YORK,

                      Defendant.

---------------------------------------------------------------- x

96 Civ. 8414 (KMW)

**NOTICE OF
WITHDRAWAL WITH
PREJUDICE OF
DAMAGES DEMAND
AND CLAIM FORM**

I, **Javier Gomez**, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct:

I respectfully give notice that I am withdrawing my claim, and therefore class membership, in the above-captioned case as of today.

I understand by withdrawing my claim, I can no longer pursue recourse for any discrimination I faced from the Board of Education of the City School District of the City of New York due to my inability to pass the Liberal Arts and Sciences Test.

By withdrawing my claim, I understand that all personal representatives, spouses, and relatives who on account of a personal relationship to me might assert a derivative claim for an award that may result from any trial or settlement of this class action will be deemed to have waived any right to that award as well.

I also understand that by withdrawing my claim, I am no longer a member of the plaintiff class in this case.

Dated: ___October 31_____, 2022

                                                 Javier Gomez