UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

ELSA GULINO, MAYLING RALPH, PETER WILDS,     :
and NIA GREENE, on behalf of themselves and all others     :
similarly situated,     :   96 Civ. 8414 (KMW)

    :

         Plaintiffs,     :

    :

      - against -     :         [~~PROPOSED~~]

    :    **ORDER OF DISMISSAL OF**

THE BOARD OF EDUCATION OF THE CITY     :       **EDWARD WILSON**
SCHOOL DISTRICT OF THE CITY OF NEW YORK,     :    **(Claim Number 1001829)**

    :

         Defendant.     :

------------------------------------------------------------------ x

UPON the recommendation of the Special Master, and pursuant to the previously defined

class in this Title VII action,[1] it is hereby ORDERED that EDWARD WILSON is DISMISSED from

the case as a result of his failure to prosecute his claim.

EDWARD WILSON has been provided with multiple opportunities to come forward with

evidence to support his inclusion in the case and avoid dismissal. As of the date of this Order

EDWARD WILSON has failed to prosecute his claim and therefore must be dismissed from the case.

EDWARD WILSON may contest his dismissal from this action by filing an objection with the

Court no later than ten days after the filing of this order.

SO ORDERED.

Dated: April 9, 2026

*Kimba M. Wood*
_____
KIMBA M. WOOD
United States District Judge

---

[1] The class is defined as: All African-American and Latino individuals employed as New York City public school teachers by Defendant, on or after June 29, 1995, who failed to achieve a qualifying score on any administration of the LAST, and as a result either lost or were denied a permanent teaching appointment. *See* Order Granting Substituted Interim Report & Recommendation, Dkt. No. 826, at 5 (Oct. 7, 2016).