UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

ELSA GULINO, MAYLING RALPH, PETER WILDS,
and NIA GREENE, on behalf of themselves and all others
similarly situated, .

               Plaintiffs,

        - against -

THE BOARD OF EDUCATION OF THE CITY
SCHOOL DISTRICT OF THE CITY OF NEW YORK,

               Defendant.

---------------------------------------------------------------------- X

96 Civ. 8414 (KMW)

**[PROPOSED]**
**ORDER OF DISMISSAL OF**
**CHARLOTTE HOUSTON-**
**MARTIN**
**(Claim Number 191)**

UPON the recommendation of the Special Master, and pursuant to the previously defined

class in this Title VII action,[1] it is hereby ORDERED that CHARLOTTE HOUSTON-MARTIN

is DISMISSED from the case as a result of never having served as a permanent or substitute New

York City public school teacher with the BOE on or after June 29, 1995.

CHARLOTTE HOUSTON-MARTIN has been provided with multiple opportunities to

come forward with evidence to support her inclusion in the case and avoid dismissal. As of the

date of this Order, CHARLOTTE HOUSTON-MARTIN has failed to provide sufficient evidence

that she is a member of the class and therefore must be dismissed from the case.

CHARLOTTE HOUSTON-MARTIN may contest her dismissal from this action by filing

an objection with the Court no later than ten days after the filing of this order.

---

[1] The class is defined as: All African-American and Latino individuals employed as New York City public school teachers by
Defendant, on or after June 29, 1995, who failed to achieve a qualifying score on any administration of the LAST, and as a result
either lost or were denied a permanent teaching appointment. *See* Order Granting Substituted Interim Report & Recommendation,
Dkt. No. 826, at 5 (Oct. 7, 2016).

SO ORDERED.

Dated: APRIL 9 , 2026

_____
KIMBA M. WOOD
United States District Judge