UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

ELSA GULINO, MAYLING RALPH, PETER WILDS,
and NIA GREENE, on behalf of themselves and all others
similarly situated,

                 Plaintiffs,

       - against -

THE BOARD OF EDUCATION OF THE CITY
SCHOOL DISTRICT OF THE CITY OF NEW YORK,

                Defendant.

------------------------------------------------------------------- x

   96 Civ. 8414 (KMW)

   [PROPOSED]
**ORDER OF DISMISSAL OF
RENEE PITTMAN
(Claim Number 1004897)**

UPON the recommendation of the Special Master, and pursuant to the previously defined

class in this Title VII action,[1] it is hereby ORDERED that RENEE PITTMAN is DISMISSED from

the case as a result of her failure to prosecute her claim.

RENEE PITTMAN has been provided with multiple opportunities to come forward with

evidence to support her inclusion in the case and avoid dismissal.  As of the date of this Order,

RENEE PITTMAN has failed to prosecute her claim and therefore must be dismissed from the case.

RENEE PITTMAN may contest her dismissal from this action by filing an objection with the

Court no later than ten days after the filing of this order.

SO ORDERED.

Dated: April 9, 2026

_Kimba M. Wood_
KIMBA M. WOOD
United States District Judge

---

[1] The class is defined as: All African-American and Latino individuals employed as New York City public school teachers by Defendant, on or after June 29, 1995, who failed to achieve a qualifying score on any administration of the LAST, and as a result either lost or were denied a permanent teaching appointment. *See* Order Granting Substituted Interim Report & Recommendation, Dkt. No. 826, at 5 (Oct. 7, 2016).