UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X

ELSA GULINO, MAYLING RALPH, PETER WILDS,   :
and NIA GREENE, on behalf of themselves and all others   :
similarly situated,   :   96 Civ. 8414 (KMW)
  :
                Plaintiffs,   :
  :
        - against -   :   [PROPOSED]
  :   **ORDER OF DISMISSAL OF**
THE BOARD OF EDUCATION OF THE CITY   :   **JAMES TAYLOR**
SCHOOL DISTRICT OF THE CITY OF NEW YORK,   :   **(Claim Number 10000078)**
  :
                Defendant.   :

-------------------------------------------------------------------- X

UPON the recommendation of the Special Master, and pursuant to the previously defined

class in this Title VII action,[1] it is hereby ORDERED that JAMES TAYLOR is DISMISSED from

the case as a result of never having served as a permanent or substitute New York City public school

teacher with the BOE on or after June 29, 1995.

JAMES TAYLOR has been provided with multiple opportunities to come forward with

evidence to support his inclusion in the case and avoid dismissal. As of the date of this Order,

JAMES TAYLOR has failed to provide sufficient evidence that he is a member of the class and

therefore must be dismissed from the case.

---

[1] The class is defined as: All African-American and Latino individuals employed as New York City public school teachers by Defendant, on or after June 29, 1995, who failed to achieve a qualifying score on any administration of the LAST, and as a result either lost or were denied a permanent teaching appointment. *See* Order Granting Substituted Interim Report & Recommendation, Dkt. No. 826, at 5 (Oct. 7, 2016).

JAMES TAYLOR may contest his dismissal from this action by filing an objection with the Court no later than ten days after the filing of this order.

SO ORDERED.

Dated: April 9, 2026

_Kimba M. Wood_

KIMBA M. WOOD
United States District Judge