UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------- x

ELSA GULINO, MAYLING RALPH, PETER WILDS, :
and NIA GREENE, on behalf of themselves and all others :
similarly situated, :                                         96 Civ. 8414 (KMW)
:
                         Plaintiffs, :
:
          - against - :                                      [PROPOSED]
:                                              ORDER OF DISMISSAL OF
THE BOARD OF EDUCATION OF THE CITY :                          MELIDA CALLE
SCHOOL DISTRICT OF THE CITY OF NEW YORK, :                   (Claim Number 4004003)
:
                         Defendant. :
--------------------------------------------------------------------- x

UPON the recommendation of the Special Master, and pursuant to the previously defined

class in this Title VII action,[1] it is hereby ORDERED that MELIDA CALLE is DISMISSED

from the case as a result of never having served as a permanent or substitute New York City

public school teacher with the BOE on or after June 29, 1995.

MELIDA CALLE has been provided with multiple opportunities to come forward with

evidence to support her inclusion in the case and avoid dismissal. As of the date of this Order,

MELIDA CALLE has failed to provide sufficient evidence that she is a member of the class and

therefore must be dismissed from the case.

MELIDA CALLE may contest her dismissal from this action by filing an objection with

the Court no later than ten days after the filing of this order.

---

[1] The class is defined as: All African-American and Latino individuals employed as New York City public school teachers by
Defendant, on or after June 29, 1995, who failed to achieve a qualifying score on any administration of the LAST, and as a result
either lost or were denied a permanent teaching appointment. *See* Order Granting Substituted Interim Report & Recommendation,
Dkt. No. 826, at 5 (Oct. 7, 2016).

SO ORDERED.

Dated: April 9 , 2026

KIMBA M. WOOD
United States District Judge