UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

ELSA GULINO, MAYLING RALPH, PETER WILDS,
and NIA GREENE, on behalf of themselves and all others
similarly situated,

                      Plaintiffs,

             - against -

THE BOARD OF EDUCATION OF THE CITY
SCHOOL DISTRICT OF THE CITY OF NEW YORK,

                      Defendant.

: 96 Civ. 8414 (KMW)
:
:
: [PROPOSED]
: **ORDER OF DISMISSAL OF**
: **LEVI SAMUELS**
: **(Claim Number 1001639)**

-------------------------------------------------------------------- x

UPON the recommendation of the Special Master, and pursuant to the previously defined

class in this Title VII action,[1] it is hereby ORDERED that LEVI SAMUELS is DISMISSED from the

case as a result of his failure to prosecute his claim.

LEVI SAMUELS has been provided with multiple opportunities to come forward with

evidence to support his inclusion in the case and avoid dismissal.  As of the date of this Order, LEVI

SAMUELS has failed to prosecute his claim and therefore must be dismissed from the case.

LEVI SAMUELS may contest his dismissal from this action by filing an objection with the

Court no later than ten days after the filing of this order.

SO ORDERED.

Dated: April 9, 2026

                                    _KIMBA M. WOOD_
                                    KIMBA M. WOOD
                                    United States District Judge

---

[1] The class is defined as: All African-American and Latino individuals employed as New York City public school teachers by Defendant, on or after June 29, 1995, who failed to achieve a qualifying score on any administration of the LAST, and as a result either lost or were denied a permanent teaching appointment. *See* Order Granting Substituted Interim Report & Recommendation, Dkt. No. 826, at 5 (Oct. 7, 2016).