UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

ELSA GULINO, MAYLING RALPH, PETER WILDS,
and NIA GREENE, on behalf of themselves and all others
similarly situated,

                      Plaintiffs,

           - against -

THE BOARD OF EDUCATION OF THE CITY
SCHOOL DISTRICT OF THE CITY OF NEW YORK,

                    Defendant.

------------------------------------------------------------------- X

:
:
:
:       96 Civ. 8414 (KMW)
:
:
:
:      **[PROPOSED]**
:   **ORDER OF DISMISSAL OF**
:     **MADELINE RENARD**
:   **(Claim Number 1004246)**
:
:
:

UPON the recommendation of the Special Master, and pursuant to the previously defined

class in this Title VII action,[1] it is hereby ORDERED that MADELINE RENARD is

DISMISSED from the case as a result of her failure to prosecute her claim.

MADELINE RENARD has been provided with multiple opportunities to come forward

with evidence to support her inclusion in the case and avoid dismissal. As of the date of this

Order, MADELINE RENARD has failed to prosecute her claim and therefore must be dismissed

from the case.

MADELINE RENARD may contest her dismissal from this action by filing an objection

with the Court no later than ten days after the filing of this order.

SO ORDERED.

Dated: _April 9__, 2026

                                       _Kimba M. [signature]_

                                     KIMBA M. WOOD
                                     United States District Judge

---

[1] The class is defined as: All African-American and Latino individuals employed as New York City public school teachers by Defendant, on or after June 29, 1995, who failed to achieve a qualifying score on any administration of the LAST, and as a result either lost or were denied a permanent teaching appointment. *See* Order Granting Substituted Interim Report & Recommendation, Dkt. No. 826, at 5 (Oct. 7, 2016).