UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

ELSA GULINO, MAYLING RALPH, PETER WILDS,  :
and NIA GREENE, on behalf of themselves and all others  :
similarly situated,  :

                   Plaintiffs,  :

        - against -  :

THE BOARD OF EDUCATION OF THE CITY  :
SCHOOL DISTRICT OF THE CITY OF NEW YORK,  :

                   Defendant.  :

-------------------------------------------------------------------- x

96 Civ. 8414 (KMW)

**[PROPOSED]
ORDER OF DISMISSAL OF
LILLIAN DINGLE
(Claim Number 222)**

UPON the recommendation of the Special Master, and pursuant to the previously defined class in this Title VII action,[1] it is hereby ORDERED that LILLIAN DINGLE is DISMISSED from the case as a result of never having taken the LAST.

LILLIAN DINGLE has been provided with multiple opportunities to come forward with evidence to support her inclusion in the case and avoid dismissal. As of the date of this Order, LILLIAN DINGLE has failed to provide sufficient evidence that she is a member of the class and therefore must be dismissed from the case.

LILLIAN DINGLE may contest her dismissal from this action by filing an objection with the Court no later than ten days after the filing of this order.

SO ORDERED.

Dated: _4/9_____, 2026

                                          *Kimba M. Wood*
                                      KIMBA M. WOOD
                                      United States District Judge

---

[1] The class is defined as: All African-American and Latino individuals employed as New York City public school teachers by Defendant, on or after June 29, 1995, who failed to achieve a qualifying score on any administration of the LAST, and as a result either lost or were denied a permanent teaching appointment. *See* Order Granting Substituted Interim Report & Recommendation, Dkt. No. 826, at 5 (Oct. 7, 2016).