UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

ELSA GULINO, MAYLING RALPH, PETER WILDS, :
and NIA GREENE, on behalf of themselves and all others :
similarly situated, :

                Plaintiffs, :

      - against - :

THE BOARD OF EDUCATION OF THE CITY :
SCHOOL DISTRICT OF THE CITY OF NEW YORK, :

             Defendant. :

-------------------------------------------------------------------- x

96 Civ. 8414 (KMW)

[PROPOSED]
ORDER OF DISMISSAL OF
JENNIFER GARCIA
(Claim Number 219)

UPON the recommendation of the Special Master, and pursuant to the previously defined

class in this Title VII action,[1] it is hereby ORDERED that JENNIFER GARCIA is DISMISSED

from the case as a result of never having served as a permanent or substitute New York City

public school teacher with the BOE on or after June 29, 1995.

JENNIFER GARCIA has been provided with multiple opportunities to come forward with

evidence to support her inclusion in the case and avoid dismissal. As of the date of this Order,

JENNIFER GARCIA has failed to provide sufficient evidence that she is a member of the class

and therefore must be dismissed from the case.

JENNIFER GARCIA may contest her dismissal from this action by filing an objection

with the Court no later than ten days after the filing of this order.

---

[1] The class is defined as: All African-American and Latino individuals employed as New York City public school teachers by
Defendant, on or after June 29, 1995, who failed to achieve a qualifying score on any administration of the LAST, and as a result
either lost or were denied a permanent teaching appointment. *See* Order Granting Substituted Interim Report & Recommendation,
Dkt. No. 826, at 5 (Oct. 7, 2016).

SO ORDERED.

Dated: /APRIL 9 , 2026

Kimba M. Wood

_____
KIMBA M. WOOD
United States District Judge