UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

ELSA GULINO, MAYLING RALPH, PETER WILDS,
and NIA GREENE, on behalf of themselves and all others
similarly situated,

                       Plaintiffs,

                - against -

THE BOARD OF EDUCATION OF THE CITY
SCHOOL DISTRICT OF THE CITY OF NEW YORK,

                    Defendant.

------------------------------------------------------------------- X

:    96 Civ. 8414 (KMW)

[PROPOSED]
**ORDER OF DISMISSAL OF
LUZ ENEIDA LOPEZ
(Claim Number 4002509)**

UPON the recommendation of the Special Master, and pursuant to the previously defined class in this Title VII action,[1] it is hereby ORDERED that LUZ ENEIDA LOPEZ is DISMISSED from the case as a result of never having lost or been denied a permanent teaching appointment with the BOE as a result of the LAST.

LUZ ENEIDA LOPEZ has been provided with multiple opportunities to come forward with evidence to support her inclusion in the case and avoid dismissal. As of the date of this Order, LUZ ENEIDA LOPEZ has failed to provide sufficient evidence that she is a member of the class and therefore must be dismissed from the case.

LUZ ENEIDA LOPEZ may contest her dismissal from this action by filing an objection with the Court no later than ten days after the filing of this order.

---

[1] The class is defined as: All African-American and Latino individuals employed as New York City public school teachers by Defendant, on or after June 29, 1995, who failed to achieve a qualifying score on any administration of the LAST, and as a result either lost or were denied a permanent teaching appointment. *See* Order Granting Substituted Interim Report & Recommendation, Dkt. No. 826, at 5 (Oct. 7, 2016).

SO ORDERED.

Dated: _____4/9_____, 2026

_Kimba M. Wood_
KIMBA M. WOOD
United States District Judge

2