UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

ELSA GULINO, MAYLING RALPH, PETER WILDS,
and NIA GREENE, on behalf of themselves and all others
similarly situated,

                     Plaintiffs,

           - against -

THE BOARD OF EDUCATION OF THE CITY
SCHOOL DISTRICT OF THE CITY OF NEW YORK,

                   Defendant.

---------------------------------------------------------------------- X

96 Civ. 8414 (KMW)

[PROPOSED]
**ORDER OF DISMISSAL OF**
**JESSICA K GIBSON**
**(Claim Number 4001097)**

UPON the recommendation of the Special Master, and pursuant to the previously defined class in this Title VII action,[1] it is hereby ORDERED that JESSICA K GIBSON is DISMISSED from the case as a result of never having lost or been denied a permanent teaching appointment with the BOE as a result of the LAST.

JESSICA K GIBSON has been provided with multiple opportunities to come forward with evidence to support her inclusion in the case and avoid dismissal. As of the date of this Order, JESSICA K GIBSON has failed to provide sufficient evidence that she is a member of the class and therefore must be dismissed from the case.

JESSICA K GIBSON may contest her dismissal from this action by filing an objection with the Court no later than ten days after the filing of this order.

---

[1] The class is defined as: All African-American and Latino individuals employed as New York City public school teachers by Defendant, on or after June 29, 1995, who failed to achieve a qualifying score on any administration of the LAST, and as a result either lost or were denied a permanent teaching appointment. *See* Order Granting Substituted Interim Report & Recommendation, Dkt. No. 826, at 5 (Oct. 7, 2016).

SO ORDERED.

Dated: ___4/9___, 2026

KIMBA M. WOOD
United States District Judge