UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

ELSA GULINO, MAYLING RALPH, PETER WILDS, and NIA GREENE, on behalf of themselves and all others similarly situated,

        Plaintiffs,

    - against -

THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,

        Defendant.

---------------------------------------------------------------------- x

    96 Civ. 8414 (KMW)

**[PROPOSED]**
**ORDER OF DISMISSAL OF**
**BERNARD BENNET**
**(Claim Number 1015704)**

    UPON the recommendation of the Special Master, and pursuant to the previously defined class in this Title VII action,[1] it is hereby ORDERED that BERNARD BENNET is DISMISSED from the case as a result of never having taken the LAST.

    BERNARD BENNET has been provided with multiple opportunities to come forward with evidence to support his inclusion in the case and avoid dismissal.  As of the date of this Order, BERNARD BENNET has failed to provide sufficient evidence that he is a member of the class and therefore must be dismissed from the case.

    BERNARD BENNET may contest his dismissal from this action by filing an objection with the Court no later than ten days after the filing of this order.

SO ORDERED.

Dated: ____4/9____, 2026

                         *Kimba M. Wood*
                         KIMBA M. WOOD
                         United States District Judge

---

[1] The class is defined as: All African-American and Latino individuals employed as New York City public school teachers by Defendant, on or after June 29, 1995, who failed to achieve a qualifying score on any administration of the LAST, and as a result either lost or were denied a permanent teaching appointment. *See* Order Granting Substituted Interim Report & Recommendation, Dkt. No. 826, at 5 (Oct. 7, 2016).