UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

ELSA GULINO, MAYLING RALPH, PETER WILDS, :
and NIA GREENE, on behalf of themselves and all others :      96 Civ. 8414 (KMW)
similarly situated, :

              Plaintiffs, :

     - against - :      [PROPOSED]
:    **ORDER OF DISMISSAL OF**
THE BOARD OF EDUCATION OF THE CITY :      **PASCUAL RIVERA**
SCHOOL DISTRICT OF THE CITY OF NEW YORK, :      **(Claim Number 183)**
:

             Defendant. :

------------------------------------------------------------------ x

UPON the recommendation of the Special Master, and pursuant to the previously defined

class in this Title VII action,[1] it is hereby ORDERED that PASCUAL RIVERA is DISMISSED

from the case as a result of never having taken the LAST.

PASCUAL RIVERA has been provided with multiple opportunities to come forward with

evidence to support his inclusion in the case and avoid dismissal. As of the date of this Order,

PASCUAL RIVERA has failed to provide sufficient evidence that he is a member of the class and

therefore must be dismissed from the case.

PASCUAL RIVERA may contest his dismissal from this action by filing an objection with

the Court no later than ten days after the filing of this order.

SO ORDERED.

Dated: ____4/9____, 2026

                                      KIMBA M. WOOD
                                      United States District Judge

---

[1] The class is defined as: All African-American and Latino individuals employed as New York City public school teachers by Defendant, on or after June 29, 1995, who failed to achieve a qualifying score on any administration of the LAST, and as a result either lost or were denied a permanent teaching appointment. *See* Order Granting Substituted Interim Report & Recommendation, Dkt. No. 826, at 5 (Oct. 7, 2016).