UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

ELSA GULINO, MAYLING RALPH, PETER WILDS,      :
and NIA GREENE, on behalf of themselves and all others   :        96 Civ. 8414 (KMW)
similarly situated,      :

      :

Plaintiffs,      :

      :

- against -      :        **[PROPOSED]**
      :        **ORDER OF DISMISSAL OF**
THE BOARD OF EDUCATION OF THE CITY      :        **HOWARD THOMAS**
SCHOOL DISTRICT OF THE CITY OF NEW YORK,      :        **(Claim Number 277)**

      :

Defendant.      :

------------------------------------------------------------------- x

UPON the recommendation of the Special Master, and pursuant to the previously defined

class in this Title VII action,[1] it is hereby ORDERED that HOWARD THOMAS is DISMISSED

from the case as a result of having passed the LAST on his first attempt.

HOWARD THOMAS has been provided with multiple opportunities to come forward

with evidence to support his inclusion in the case and avoid dismissal.  As of the date of this

Order, HOWARD THOMAS has failed to provide sufficient evidence that he is a member of the

class and therefore must be dismissed from the case.

HOWARD THOMAS may contest his dismissal from this action by filing an objection

with the Court no later than ten days after the filing of this order.

SO ORDERED.

Dated: ___4/9___, 2026

*Kimba M. Wood*
KIMBA M. WOOD
United States District Judge

---

[1] The class is defined as: All African-American and Latino individuals employed as New York City public school teachers by
Defendant, on or after June 29, 1995, who failed to achieve a qualifying score on any administration of the LAST, and as a result
either lost or were denied a permanent teaching appointment. *See* Order Granting Substituted Interim Report & Recommendation,
Dkt. No. 826, at 5 (Oct. 7, 2016).