UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

ELSA GULINO, MAYLING RALPH, PETER WILDS,
and NIA GREENE, on behalf of themselves and all others
similarly situated,

                     Plaintiffs,

        - against -

THE BOARD OF EDUCATION OF THE CITY
SCHOOL DISTRICT OF THE CITY OF NEW YORK,

                    Defendant.

---------------------------------------------------------------------- x

96 Civ. 8414 (KMW)

~~[PROPOSED]~~

**<u>ORDER</u>**

WHEREAS, on June 1, 2026, the Court-appointed Special Master John S. Siffert recommended that the Court grant Plaintiffs' motion to direct the Teachers' Retirement System of the City of New York ("TRS") to extend the deadline for the Estate of Cherlyn Johnson to pay its *Gulino* Invoice for Pension Contributions (the "Invoice) to July 1, 2026 (the "Report"). (ECF No. 13077)

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Court adopts all of the findings and recommendations of the Report; and

IT IS FURTHER HEREBY ORDERED, ADJUDGED, AND DECREED that TRS extend the deadline for the Estate of Cherlyn Johnson to pay the Invoice to July 1, 2026.

Dated: New York, New York
      June 4, 2026

                                       */s/ Kimba M. Wood*
                                     KIMBA M. WOOD
                                     United States District Judge