UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

ELSA GULINO, ET AL.,

     Plaintiffs,

   v.            96-CV-8414 (KMW)

THE BOARD OF EDUCATION OF THE     **<u>ORDER</u>**
CITY SCHOOL DISTRICT OF THE
CITY OF NEW YORK,

     Defendant.
--------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

On June 5, 2026, Special Master John S. Siffert filed an Interim Report and

Recommendation recommending that the Court grant Plaintiffs' motions for an interim award of

attorneys' fees (the "Report") associated with prior counsel's (DLA Piper LLP (US) ("DLA

Piper")) work on this case.  (ECF No. 13079.)  The Report recommends an interim award of

Plaintiffs' attorneys' fees associated with work on this case by DLA Piper from 2000 to 2014 in

the amount of $5,396,740.00.  The Report reviews the complex issues addressed by counsel

during the above-mentioned time period and the reasonableness of the billing rates for those

attorneys and professional staff for whom they seek the award.  The Special Master also

undertook a meticulous review of attorneys' and staff's time.

2

The Court hereby adopts all of the findings and recommendations of the Report, including the hourly rates recommended by the Special Master.  The Court awards to Plaintiffs, to permit them to pay DLA Piper, a total of $5,396,740.00 in interim attorneys' fees.  The award shall be paid no later than July 8, 2026.

SO ORDERED.

Dated: New York, New York
June 9, 2026

_____/s/ Kimba M. Wood_____
KIMBA M. WOOD
United States District Judge

2