USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _________________
DATE FILED: July 7, 2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

ELSA GULINO, ET AL.,

Plaintiffs,

v.

THE BOARD OF EDUCATION OF THE
CITY SCHOOL DISTRICT OF THE
CITY OF NEW YORK,

Defendant.

-------------------------------------------------------X

96-CV-8414 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

On July 2, 2026, Special Master John S. Siffert filed an Interim Report and Recommendation recommending that the Court grant Plaintiffs' seventy-second motion for an interim award of attorneys' fees and costs (the "Report"). (ECF No. 13086.) The Report recommends an interim award of Plaintiffs' attorneys' fees and costs associated with work on this case by Crowell & Moring LLP from October through December 2025 in the amount of $570,030.61. The Report reviews the complex issues addressed by counsel during the above-mentioned time period and the reasonableness of the billing rates for various attorneys. The Special Master also undertook a meticulous review of the attorneys' time.

The Court hereby adopts all of the findings and recommendations of the Report, including the hourly rates recommended by the Special Master. The Court awards Plaintiffs a total of $570,030.61 in interim attorneys' fees and costs. The award shall be paid no later than August 7, 2026.

SO ORDERED.

Dated: New York, New York
July 7, 2026

*/s/ Kimba M. Wood*
KIMBA M. WOOD
United States District Judge