USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___________________
DATE FILED: September 17, 2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELSA GULINO, MAYLING RALPH, PETER WILDS, and NIA GREENE, on behalf of themselves and all others similarly situated,

Plaintiffs,

- against -

THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,

Defendant.

---

96 Civ. 8414 (KMW)

**~~[PROPOSED]~~ ORDER**

**WHEREAS**, the Court has certified a class defined as:

> All African-American and Latino individuals employed as New York City public school teachers by Defendant, on or after June 29, 1995, who failed to achieve a qualifying score on any administration of the LAST, and as a result either lost or were denied a permanent teaching appointment.[1]

**WHEREAS**, on October 6, 2016, Plaintiffs' counsel submitted their first batch of individual damages demands, the BOE responded to the demands, and the parties litigated those demands pursuant to an individual hearing schedule that the Special Master set.

**WHEREAS**, individual damages hearings continued until the Special Master set a deadline of February 28, 2025, for the parties to resolve all demands for damages, unless good cause was shown.

**WHEREAS**, in April 2025, the parties provided the Special Master with a list of claimants whose demands for damages had not been submitted, including Bethie Auguste, Dawnallegra Powell, Teresa Ortega, and Violeta Dushallari. These claimants for whom demands had not been

[1] Order Granting Substituted Interim Report & Recommendation, Dkt. No. 826, at 5.

submitted ("Non-Class Member Claimants") generally fell into one or more of the following six categories:

1. Claimants who do not identify as African-American or Latino;
2. Claimants who never took the LAST;
3. Claimants who passed the LAST on their first attempt;
4. Claimants who never worked as teachers for the BOE on or after June 29, 1995;
5. Claimants who never worked as teachers for the BOE following their failure of the LAST; and
6. Claimants who neither lost nor were denied a permanent teaching appointment with the BOE as a result of the LAST.

**WHEREAS**, having received this information from the parties, in July 2025 the Special Master sent letters to each of Non-Class Member Claimants to inform them that their claims would be dismissed if they failed to respond to his letter (the "Dismissal Notice Letter"). The Dismissal Notice Letter provided the specific reason the claimant was to be dismissed and gave the claimant thirty days to respond.

**WHEREAS**, Ms. Auguste, Ms. Powell, Ms. Ortega, and Ms. Dushallari responded to the Dismissal Notice Letter within thirty days.

**WHEREAS**, and the parties submitted a Stipulation dated January 30, 2026 containing facts concerning Ms. Auguste, Ms. Powell, Ms. Ortega, and Ms. Dushallari that may be accepted into evidence without further proof or testimony.

**WHEREAS**, Ms. Auguste, Ms. Powell, Ms. Ortega, and Ms. Dushallari failed to provide sufficient evidence that they satisfy the requirements for class membership.

**IT IS HEREBY ORDERED** that this Court adopts the Special Master's August 10, 2026 Report and Recommendation;

**IT IS FURTHER ORDERED** that:

1. Bethie Auguste, Dawnallegra Powell, Teresa Ortega, and Violeta Dushallari are hereby DISMISSED from this case for failure to satisfy the requirements of class membership;

2. Epiq, the Claims Administrator previously appointed by this Court, will provide, by email and USPS mail, Ms. Auguste, Ms. Powell, Ms. Ortega, and Ms. Dushallari with an "Order of Dismissal" identifying the basis for each claimant's dismissal; and

3. Claimants who wish to contest their dismissal from this action may file their objections with the Court no later than ten days after the filing of this order.

ON RECOMMENDATION OF THE SPECIAL MASTER

SO ORDERED.

Dated: September 15, 2026

*/s/ Kimba M. Wood*
KIMBA M. WOOD
United States District Judges