USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___________________
DATE FILED: September 17, 2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------- x

ELSA GULINO, MAYLING RALPH, PETER WILDS, and NIA GREENE, on behalf of themselves and all others similarly situated,

Plaintiffs,

- against -

THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,

Defendant.

----------------------------------------------------------------------- x

96 Civ. 8414 (KMW)

**[~~PROPOSED~~]**
**ORDER OF DISMISSAL OF TERESA ORTEGA (Claim Number 4000297)**

UPON the recommendation of the Special Master, and pursuant to the previously defined class in this Title VII action,[1] it is hereby ORDERED that TERESA ORTEGA is DISMISSED from the case as a result of never having served as a permanent or substitute New York City public school teacher with the BOE following her failure of the LAST.

TERESA ORTEGA has been provided with multiple opportunities to come forward with evidence to support her inclusion in the case and avoid dismissal. As of the date of this Order, TERESA ORTEGA has failed to provide sufficient evidence that she is a member of the class and therefore must be dismissed from the case.

---

[1] The class is defined as: All African-American and Latino individuals employed as New York City public school teachers by Defendant, on or after June 29, 1995, who failed to achieve a qualifying score on any administration of the LAST, and as a result either lost or were denied a permanent teaching appointment. *See* Order Granting Substituted Interim Report & Recommendation, Dkt. No. 826, at 5 (Oct. 7, 2016).

TERESA ORTEGA may contest her dismissal from this action by filing an objection with the Court no later than ten days after the filing of this order.

SO ORDERED.

Dated: September 15, 2026

_*/s/ Kimba M. Wood*________
KIMBA M. WOOD
United States District Judge