UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELSA GULINO, MAYLING RALPH, PETER WILDS, and NIA GREENE, on behalf of themselves and all others similarly situated,

Plaintiffs,

- against -

THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,

Defendant.

---

96 Civ. 8414 (KMW)

**[~~PROPOSED~~]**
**ORDER OF DISMISSAL OF EZABELLE LANCEN (Claim Number 4003936)**

UPON the recommendation of the Special Master, and pursuant to the previously defined class in this Title VII action,[1] it is hereby ORDERED that EZABELLE LANCEN is DISMISSED from the case as a result of failure to meet the requirements of the class definition based on her indicated race.

EZABELLE LANCEN has been provided with multiple opportunities to come forward with evidence to support her inclusion in the case and avoid dismissal. As of the date of this Order, EZABELLE LANCEN has failed to provide sufficient evidence that she is a member of the class and therefore must be dismissed from the case.

[1] The class is defined as: All African-American and Latino individuals employed as New York City public school teachers by Defendant, on or after June 29, 1995, who failed to achieve a qualifying score on any administration of the LAST, and as a result either lost or were denied a permanent teaching appointment. *See* Order Granting Substituted Interim Report & Recommendation, Dkt. No. 826, at 5 (Oct. 7, 2016).

EZABELLE LANCEN may contest her dismissal from this action by filing an objection with the Court no later than ten days after the filing of this order.

SO ORDERED.

Dated: September 24, 2026

__*/s/ Kimba M. Wood*__________
KIMBA M. WOOD
United States District Judge