UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELSA GULINO, MAYLING RALPH, PETER WILDS, and NIA GREENE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,<br><br>Defendant. | 96 Civ. 8414 (KMW)<br><br>~~[PROPOSED]~~<br>**ORDER OF DISMISSAL OF DARRELL STEVENS**<br>**Claim Number 1000335** |

UPON the recommendation of the Special Master, and pursuant to the previously defined class in this Title VII action,[1] it is hereby ORDERED that DARRELL STEVENS is DISMISSED from the case as a result of signing a notice of withdrawal from the case with prejudice, attached as Exhibit A.

DARRELL STEVENS may contest his dismissal from this action by filing an objection with the Court no later than ten days after the filing of this order.

SO ORDERED.

Dated: April 9, 2026

KIMBA M. WOOD
United States District Judge

[1] The class is defined as: All African-American and Latino individuals employed as New York City public school teachers by Defendant, on or after June 29, 1995, who failed to achieve a qualifying score on any administration of the LAST, and as a result either lost or were denied a permanent teaching appointment. *See* Order Granting Substituted Interim Report & Recommendation, Dkt. No. 826, at 5 (Oct. 7, 2016).

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELSA GULINO, MAYLING RALPH, PETER WILDS, and NIA GREENE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,<br><br>Defendant. | 96 Civ. 8414 (KMW)<br><br>**NOTICE OF WITHDRAWAL WITH PREJUDICE OF DAMAGES DEMAND AND CLAIM FORM** |

I, **Darrell Stevens**, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct:

I respectfully give notice that I am withdrawing my claim form, dated December 2, 2014 ("Claim Form"), and therefore class membership, in the above-captioned case as of today.

I understand by withdrawing my Claim Form, I can no longer pursue recourse for any discrimination I faced from the Board of Education of the City School District of the City of New York due to my inability to pass the Liberal Arts and Sciences Test.

By withdrawing my Claim Form, I understand that all personal representatives, spouses, and relatives who on account of a personal relationship to me might assert a derivative claim for an award that may result from any trial or settlement of this class action will be deemed to have waived any right to that award as well.

I also understand that by withdrawing my Claim Form, I am no longer a member of the plaintiff class in this case.

Dated: March 9th, 2021
Bethel, Connecticut

Darrell Stevens
DARRELL STEVENS